# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHIBUYA HOPPMANN CORPORATION, SHIBUYA KOGYO CO., LTD., and HP HOOD LLC,<br><br>Defendants. | C.A. No. 1:19-cv-02181-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION REGARDING THE COURT'S STAY ORDER (DKT. 500)

Pursuant to the Court's Oral Order dated May 19, 2020 (Dkt. 518), Plaintiff Steuben Foods, Inc. respectfully moves this Court to revisit its stay Order dated February 11, 2020 (Dkt. 500) in view of changed circumstances. In particular, Plaintiff respectfully requests that the Court modify the stay Order by adopting Plaintiff's case narrowing proposal as set forth in Plaintiff's letters to the Court filed on May 22, 2020 (Dkt. 520) and June 8, 2020 (Dkt. 523).

For ease of reference, Plaintiff's proposal would be to narrow this case to the following asserted claims: claims 6, 10, 19, and 20 of U.S. Patent No. 6,945,013; claim 19 of U.S. Patent No. 6,536,188, and claims 3 and 7 of U.S. Patent No. 6,702,985. The grounds for Plaintiff's motion are set forth in those letters, which are incorporated herein by reference.

Pursuant to Local Rule 7.1.1, the undersigned avers that a reasonable effort has been made to reach agreement with Defendants on the matter set forth in this motion.

| | |
|---|---|
| Dated: June 10, 2020 | DEVLIN LAW FIRM LLC<br><br>*/s/ Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>tdevlin@devlinlawfirm.com<br><br>*Attorneys for Plaintiff Steuben Foods, Inc.* |