

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

August 7, 2020

**VIA CM/ECF**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re:    *Steuben Foods, Inc. v. Shibuya Hoppmann Corp., et al.*,
             C.A. No. 1:19-cv-02181-CFC-CJB

Dear Judge Connolly:

      I write on behalf of the parties in the above-reference litigation pursuant to Paragraph 14 of the Court's Scheduling Order.  Attached to this letter is an Amended Joint Claim Construction Chart, which reflects the fact that Plaintiff narrowed certain asserted claims from the case during claim construction briefing.  The amended chart also clarifies the claims in which the claim terms presented for construction appear.

      Lead and Delaware counsel for the parties met by telephone on August 5, 2020, for 15 minutes.  The undersigned and Nathan R. Hoeschen attended the call as Delaware counsel along with Cook Alciati and J.C. Rozendaal as lead counsel for Plaintiff and Defendants, respectively.

      The parties discussed the Amended Joint Claim Construction Chart and the modifications made to it.  In addition, the parties discussed ways the claim terms can be grouped for argument, at the Court's discretion.  To that end, the parties respectfully suggest that the Court could group the "aseptic" terms (*see* pages 5-36 of the Joint Claim Construction Brief) as well as the claim terms from U.S. Patent No. 6,209,591 (*see* pages 79-92 of the Joint Claim Construction Brief) for argument.  Additionally, the parties agree that, absent objection from the Court, the parties would submit slide decks to the Court on August 19, 2020, via email, copying each other.  The parties further agreed, subject to the Court's approval, that for claim terms where Defendants assert an indefiniteness defense, Defendants would present their argument first and Plaintiff would then respond.

                                        Respectfully,

                                        */s/ Timothy Devlin*

                                        Timothy Devlin (No. 4241)

Enclosure
  cc:    Clerk of the Court (via CM/ECF, w/encl.)
         Counsel of Record (via CM/ECF, w/encl.)