IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEUBEN FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-2181-CFC |
| | ) | |
| SHIBUYA HOPPMANN CORP., | ) | |
| SHIBUYA KOGYO CO., LTD., and | ) | |
| HP HOOD LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AMENDED JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Scheduling Order (D.I. 512 in 1:19-cv-02181-CFC-CJB), Plaintiff Steuben Foods, Inc. ("Steuben") and Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co. Ltd. (collectively, "Shibuya"), HP Hood, LLC ("HP Hood") (collectively, "Shibuya and Hood") hereby provide their Amended Joint Claim Construction Chart.

### I.     Construction of terms on which the parties agree.

The parties have agreed to the following constructions:

| Claim Term | Joint Proposed Construction |
|---|---|
| "means for aseptically filling the aseptically disinfected plurality of bottles with the aseptically sterilized foodstuffs"/ "means for aseptically filling the aseptically disinfected plurality of bottles with the aseptically sterilized foodstuffs including a plurality of filling nozzles"<br><br>'188 patent:<br>claims 19, 26, 28, 34, 39 | This term is governed by 35 U.S.C. § 112, ¶ 6.<br><br>Function: aseptically filling the aseptically disinfected plurality of bottles with aseptically sterilized foodstuffs.<br><br>Structure: filling valves and filling nozzles. |
| "intermittently added"<br><br>'985 patent: claims 1 (not asserted), 3, 7 | Added in a non-continuous manner. |

## II.   Parties' constructions of disputed terms.

In accordance with the Scheduling Order, the parties' proposed claim constructions are provided below.  Text-searchable PDF of each of the patents in issue are listed in Exhibits A through C.  The parties reserve their rights to cite additional supporting evidence based on arguments raised in the claim construction

briefs.  The parties reserve the right to use any citation identified by another party

as appropriate to rebut each other's positions.[1]

_____

[1] Steuben Foods, Inc. expressly reserves the right to amend this chart in the event the Court revisits its stay order.  [*See* Dkt. 500].

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| '188 patent claims, 19, 21, 22, 24, 26, 28, 34, 39; '591 patent claim 26 | "aseptic" | Not indefinite;<br><br>The United States FDA level of aseptic, which is confined to FDA regulations related to/governing aseptic packaging. | *See, e.g.*, '013 Patent, Abstract, 1:10-15, 1:31-46, 1:48-2:14, 4:24-58, 3:5-25, 5:41-56, 8:14-31, 10:15-45, 13:54-14:18, Claims 1-3, 7-11, 13, 15-17, 18-20.<br><br>*See, e.g.*, Application No. 09/871,078, Response to Office Action dated July 8, 2004 at 11-13; Appeal Brief dated Mar. 4, 2005 at 2-6; Notice of Allowance dated May 6, 2005 at 2-3.<br><br>*See, e.g.*, IPR2014-01235, Ex. 2024 at 65:21-23, 69:11-24, 76:5-9, 77:13-78:6, 82:12-25.<br><br>*See, e.g.*, Control No. 95/001,452, Response to Office Action dated April 1, 2011 at 10-15, 23-28; Response to Office Action | Indefinite;<br><br>If not indefinite, no standalone construction required because "aseptic" and its various forms (e.g., "aseptically") are construed herein in the context of the full claim terms (e.g., "aseptically disinfecting," "aseptically filling") as needed.<br><br>Alternatively, "The FDA level of aseptic, as reflected in FDA regulations | '188 patent 1:8-12; 1:50-54; 1:62-65; 3:5-25; 4:21-25;6; 10:31-37; 15:47-57.<br><br>*Nestlé USA, Inc. v. Steuben Foods, Inc.*, 686 F. App'x 917, 919 (Fed. Cir. 2017). |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | dated November 28, 2012 at 2-9, 18-24, 28-34, 45-47, and 55-60; Appeal Brief dated December 24, 2014 at 2-5, 14-16, 18-25, 34-35; Rebuttal Brief dated July 6, 2015 at 3-7, 11-13; Hearing Transcript dated Mar. 3, 2016 at 18-22; Request for Rehearing dated April 25, 2016 at 9-13; Rehearing Decision dated Sept. 13, 2016 at 22-23.<br><br>*See, e.g.*, IPR2014-00041, Paper No. 40, Patent Owner Response (Public Version) dated June 3, 2014 at 25-27; IPR2014-01235, Paper No. 63 at 13-14 (PTAB Dec. 21, 2015) (Public Version, Paper No. 69) ("Accordingly, based upon the express disclosure of the '013 Patent specification, based on the | governing aseptic packaging, which do not include FDA's regulations governing the amount of hydrogen peroxide residue that is permitted on foodstuff containers." | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | present record, we construe aseptic as 'aseptic' to any applicable United States FDA standard, and in the absence of any such standard, aseptic assumes its ordinary meaning of free or freed from pathogenic organisms."); IPR2015-00249, Paper No. 76 at 29-33 (PTAB June 2, 2016); IPR2015-00023, Paper No. 14 at 7-8 (PTAB May 4, 2015).<br><br>*See, e.g.*, '188 Patent at 1:46-54, 1:62-67, 2:7-11, 3:2-5, 4:22-38, 10:31-42.<br><br>*See, e.g.*, Application No. 09/306,552, Appeal Brief dated October 3, 2001 at 5-6; Decision on Appeal dated November 26, 2002 at 4-10. | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, Control No. 90/011,072, December 17, 2012, Response to Office Action at 43.<br><br>*See, e.g.*, '468 Patent at Abstract, 1:14-18, 1:44-66, 2:5-34, 2:38-52, 5:41-57, 5:67-6:2, 6:61-65, 8:21-22, 8:39-42, 9:35-38, 14:15-29, 15:51-53, 20:67-21:2, 21:36-38, 23:33-38, 25:22-28, Claims 1-3, 9, 10, 13-22, 24-26, 28-30, 32-34.<br><br>*See, e.g.*, '591 Patent at 1:9-14, 1:39-50, 1:67-2:29, 2:32-46, 4:25-42, 4:51-53, 5:44-48,7:5-6, 7:23-25, 8:19-22, 12:65-13:12, 14:32-34, 16:20-22, 16:56-58, 18:51-55, 20:41-43, Claims 1, 3, 16, 22, 24, 26. | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, Reexamination Control No. 95/000,686, Response to Ex Parte Reexamination Communication dated Jan. 14, 2013 at 1, 8, 12; Appeal Brief of Patent Owner in Inter Partes Reexamination dated Dec. 16, 2014 at 15-16.<br><br>*See, e.g.*, IPR2014-00054, Institution Decision dated Mar. 10, 2014 (Paper 11) at 9-10; Patent Owner's Response dated May 23, 2014 (Paper 31) (IPR2014-00054) at 23-25.<br><br>*See, e.g.*, IPR2015-00249, Patent Owner's Preliminary Response dated Mar. 11, 2015 (Paper 17) at 31-34; Decision Institution of Inter Partes Review dated June 3, 2015 (Paper 25) at 6-7, 28- | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 29; Decision Denying Request for Rehearing dated July 20, 2015 (Paper 37) at 4-9; Patent Owner's Response dated Sep. 9, 2015 (Paper 51) at 3-5, Final Written Decision dated June 2, 2016 (Paper 76) at 29-33.<br><br>*See, e.g.*, IPR2014-00051, Patent Owner's Response dated May 23, 2014 (Paper 38) at 24-26.<br><br>*See, e.g.*, IPR2015-00094, Patent Owner's Preliminary Response dated Feb. 13, 2015 (Paper 8) at 22-24.<br><br>IPR2015-00249, Exhibit 2097 Declaration of Mark Mansour dated October 8, 2018. | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | Control No. 95/001,452 Response to Office Action dated January 20, 2020, at 69-85.<br><br>*Nestlé USA, Inc. v. Steuben Foods, Inc.*, 686 F. App'x 917 (Fed. Cir. 2017).<br><br>*Nestlé USA, Inc. v. Steuben Foods, Inc.*, 884 F.3d 1350 (Fed. Cir. 2018) | | |
| '188 patent, claims 19, 26, 28, 34, 39 | "means for providing a plurality of bottles"/ "means for providing a plurality of bottles, the means including a bottle infeed" | Function: providing a plurality of bottles.<br><br>Corresponding structure: a pushing element, and equivalents. | *See, e.g.*, '188 Patent at 5:33-39, Claims 25-29, 38, 39. | Means plus function claim. Function: provide bottles into the sterilization apparatus. Corresponding structure:<br><br>A first bottle unscrambler (Fig. 1-2: Item 20); | '188 patent, 4:58-63, 5:4-41, 16:64-65, Fig. 1-2, 4-5. |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | a second bottle unscrambler [sic] (Fig. 1: Item 30); <br><br> a bottle lifter (Fig. 1: Item 40); <br> a first lane 18 Fig. 1: Item 18); <br><br> a bottle infeed and sterilization apparatus  (Fig. 5: Item 60); <br><br> a gate in the lanes (Fig. 5: Items 76 and 78); <br><br> an infeed apparatus (Figs. 4-5: Item) <br><br> pushing element (Fig. 5: Item 84). | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| '188 patent, claims 19, 26, 28, 34, 39 | "means for filling the aseptically disinfected plurality of bottles at a rate greater than 100 bottles per minute"/ "means for aseptically filling the aseptically disinfected plurality of bottles at a rate greater than 100 bottles per minute" | Function: aseptically filling the aseptically disinfected plurality of bottles at a rate greater than 100 bottles per minute.<br><br>"Aseptic" as construed above.<br><br>Corresponding structure: a control system for controlling the filling valves and filling nozzles, and a conveyor system that conveys the bottles at such a speed that over 100 bottles are | *See, e.g.*, '188 Patent at 10:61-64, 11:34-35, Claims 25-29, 37-40.<br><br>*See also* evidence identified for "aseptic" above. | Function: filling the aseptically disinfected plurality of bottles at a rate ranging from 100 bottles per minute to infinite bottles per minute.<br><br>Corresponding structure:<br><br>filling valves (Fig.13: Items 194A, 194B) and filling nozzles (Fig. 13: Items 190A, 190B)<br><br>a control system 550 (Figs 1, 3, 13: Item 550) | '188 patent, 7:41-43, 53-67; 8:1-5; 10:42-66; Figs. 3, 8, 13;<br><br>Office Action, Ex Parte Reexamination Control Nos. 90/011,072, 90/011,357, at 97 (Apr. 23, 2013). |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | filled per minute, and equivalents. | | and a conveyor plate. (Fig. 8: Item 94) | |
| '188 patent, claims 19, 21, 26, 28, 34, 39 | "means for aseptically disinfecting the plurality of bottles"/ "means for aseptically disinfecting the plurality of bottles including a plurality of nozzles" | Function: aseptically disinfecting the plurality of bottles.<br><br>"Aseptic" as construed above. Corresponding structure: sterilant applicator nozzles for applying sterilant such as hydrogen peroxide or oxonia or any other suitable aseptic sterilant to the exterior and interior of the bottles, sterilant removal stations | *See, e.g.,* '188 Patent at 4:48-51, 5:44-46, 6:19-26, 6:34-36, 6:66-7:4, 7:21-23, 8:15-20, 8:21-23, 9:44-49, 10:7-9, 10:28-30, Claims 16, 19, 21, 26-28, 30, 38-40.<br><br>*See also* evidence identified for "aseptic" above. | Function: aseptically disinfecting the plurality of bottles.<br><br>Corresponding structure:<br><br>1. A structure that acts to sterilize the outer surface of the bottle outside the sterile tunnel (Fig. 4: Item 36), comprising either:<br><br>a. the bottle infeed and sterilization | '188 patent, 2:56-60; 5:38-6:31; 6:24-31; 7:5-12; 7:28-46; 7:48-57; 7:63-67; 8:14-43; 9:8-11; 9:44-50, 10:3-30; Figs. 1, 3, 4, 5, 8, 10, 11, 15, 16.<br><br>Response to Ex Parte Reexamination, Control Nos. 90/011,072, 90/011,357, at xi (Dec. 17, 2012).<br><br>Office Action, Reexamination Control Nos. 90/011,357, |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | for removing sterilant from the interior and exterior of the bottles, and equivalents. | | apparatus (Figs. 4-5: Item 60);<br><br>b. sterilant (Fig. 4: Item 14);<br><br>c. sterilant application apparatus (Fig. 3: Item 36);<br><br>d. a plurality of measuring cups connected by an air cylinder (5:6-65);<br><br>OR<br><br>e. direct spray of heated hydrogen peroxide (6:24-26); | 90/011,072, at 97-98 (Apr. 23, 2013).<br><br>Prosecution History, Appeal Brief, Application No. 09/971,078, at 11-12 (Oct. 18, 2002).<br><br>Prosecution History, Appeal Brief, Application No. 09/971,078, at 11 (Oct. 18, 2002). (distinguishing the claimed "means for aseptically disinfecting bottles" from the prior art because the prior art "does not teach or suggest heating the sterilant prior |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | f. a metering pump (6:24-31);<br><br>g. a flow meter (6:24-31);<br><br>h. a spray nozzle (6:24-31, Fig. 4, Item 64);<br><br>2. A mechanical scissor mechanism and a vacuum "pick and place" apparatus. (7:48-57, Figs. 3 & 4, Item 104);<br><br>3. An activation and drying station for the bottle exterior (7:5-9) comprising twelve drying positions in the | to applying it");<br>id. (distinguishing the invention from the prior art because "the present invention applies hot atomized sterilant onto the interior surface of each container and subsequently activates and removes the sterilant using hot sterile air"). |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | sterilization chamber (7:7-9); <br><br> 4. structure that sterilizes the interior of the bottles (8:15-43, Figs. 3 & 10, Item 116) comprising: <br><br> a. a sterilant (8:17-20); <br><br> b. a plurality of sterilant measuring devices (Figs. 3, 10: Item 120), c. a plurality of applicator spray nozzles (Fig. 10: Item 122), | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | d. a reservoir of sterilant (Fig. 3, Item 124) e. a metering device (5:56-6:10, 6:24-31). 5. An activation and drying station for the bottle interiors (9:8-11, 9:44-46, 10:3-30, Fig. 11: Item 152) comprising: a. twelve stations for directing hot sterile air, activation and removal of the sterilant from the interior of the bottles (Stations 10 through 21) (9:44-46); | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | b. sterile air supply system (Fig. 11: Item 146)<br><br>c. hot sterile air supply conduit (Fig. 3: Item 148);<br><br>d. a plurality of nozzles (Figs. 1, 11: Item 150);<br><br>6. A control system (Figs. 1, 3, 13 and 16: Item 550) | |
| '188 patent, claims 19, 21, 22, 24, | "aseptically sterilized [low-acid] foodstuffs" | Not indefinite<br><br>"Aseptic" construed as above, no further | *See, e.g.*, '188 Patent at 4:27-30, 1:26-29, 10:31-37, Claims 16, 19, 21, 23-29, 38-40. | Indefinite;<br><br>Alternatively, Foodstuffs that, by application of heat, were | '188 patent 3:1-5; 10:31-34; 15:48-57 |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| 26, 28, 34, 39 | | construction necessary.<br><br>To the extent further construction is required: foodstuffs sterilized in compliance with the United States FDA level of aseptic (i.e. the FDA regulations governing/related to aseptic packaging) | *See, e.g.*, '013 Patent at 4:23-32, 10:31-37.<br><br>*See, e.g.*, Application No. 09/306,552, Response to Office Action dated Feb. 15, 2001 at 3; Amendment dated May 16, 2001 at 7-8; Appeal Brief dated October 3, 2001 at 5.<br><br>*See, e.g.*, IPR2014-01235, Paper 1 at 20; Ex. 1005 at 42; Ex. 2024 at 42:10-19, 65:21-23, 69:11-24, 76:5-9, 77:13-78:6, 82:12-25.<br><br>*See, e.g.*, Application No. 09/871,078, Response to Office Action dated July 8, 2004 at 11-13; Appeal Brief dated Mar. 4, 2005 at 2-6; Notice of Allowance dated May 6, 2005 at 2-3. | rendered free of microorganisms capable of reproducing in the food under normal nonrefrigerated conditions of storage and distribution and viable microorganisms (including spores) of public health significance.<br>OR<br>Foodstuffs sterilized sufficiently to meet the FDA aseptic standard. | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, Control No. 95/001,452, Response to Office Action dated April 1, 2011 at 10-15, 23-28; Response to Office Action dated November 28, 2012 at 2-9, 18-24, 28-34, 45-47, and 55-60; Appeal Brief dated December 24, 2014 at 2-5, 14-16, 18-25, 34-35; Rebuttal Brief dated July 6, 2015 at 3-7, 11-13; Hearing Transcript dated Mar. 3, 2016 at 18-22; Request for Rehearing dated April 25, 2016 at 9-13; Rehearing Decision dated Sept. 13, 2016 at 22-23.<br><br>*See, e.g.*, Application No. 09/306,552, Response to Office Action dated February 15, 2001 at 3; Appeal Brief dated October 3, 2001 at 1, 5-6. | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See also* evidence identified for "aseptic" above. | | |
| '188 patent, claims 19, 21, 22, 24, 26, 28, 34, 39 | "aseptically bottling" | Not indefinite.<br><br>"Aseptic" construed as above, no further construction necessary.<br><br>To the extent further construction is required: bottling in compliance with the United States FDA level of aseptic (i.e. the FDA regulations governing/related to aseptic packaging) | *See, e.g.*, '013 Patent at 1:52-56, 4:23-28, 10:30-42.<br><br>*See, e.g.*, Application No. 09/871,078, Appeal Brief dated October 16, 2002 at 6-7, 12-13.<br><br>*See, e.g.*, Application No. 09/871,078, Response to Office Action dated July 8, 2004 at 11-13; Appeal Brief dated Mar. 4, 2005 at 2-6; Notice of Allowance dated May 6, 2005 at 2-3.<br><br>*See, e.g.*, Application No. 09/306,552 Appeal Brief dated October 3, 2001 at 5-6; Decision on Appeal dated November 26, 2002 at 4-10. | Indefinite;<br><br>Alternatively, filling of a commercially sterilized cooled product into presterilized bottles in an atmosphere free of microorganisms. | '188 patent, 4:21-26; 16:64-66 |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, IPR2014-01235, Ex. 2024 at 65:21-23, 69:11-24, 76:5-9, 77:13-78:6, 78:22-79:9, 82:12-25.<br><br>*See, e.g.*, Control No. 95/001,452, Response to Office Action dated April 1, 2011 at 10-15, 23-28; Response to Office Action dated November 28, 2012 at 2-9, 18-24, 28-34, 45-47, and 55-60; Appeal Brief dated December 24, 2014 at 2-5, 14-16, 18-25, 34-35; Rebuttal Brief dated July 6, 2015 at 3-7, 11-13; Hearing Transcript dated Mar. 3, 2016 at 18-22; Request for Rehearing dated April 25, 2016 at 9-13; Rehearing Decision dated Sept. 13, 2016 at 22-23. | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, '591 Patent at 1:9-50, 1:67-2:29, 2:32-46, 4:25-42, 4:51-59, 5:44-48,7:5-6, 7:23-25, 8:19-22, 12:65-13:12, 14:32-34, 16:20-22, 16:56-58, 18:51-55, 20:41-43, Claims 1, 3, 16, 22, 24, 26.<br><br>*See, e.g.*, '468 Patent at Abstract, 1:14-18, 1:21-27, 1:44-66, 2:5-34, 2:38-52, 5:41-57, 5:67-6:28, 6:61-65, 8:21-22, 8:39-42, 9:35-38, 14:15-29, 15:51-53, 20:44-46, 20:67-21:2, 21:36-38, 23:33-38, 25:22-28, Claims 1-3, 10, 13-22, 24, 26, 28, 30, 32, 34.<br><br>*See, e.g.*, Application No. 95/000,686, Decision Granting Inter Partes Reexamination dated Oct. 12, 2012 at 14; Response to | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | Ex Parte Reexamination Communication dated Jan. 14, 2013 at 8; Declaration of Philip E. Nelson dated Jan. 13, 2012 at ¶ 35.<br><br>*See also* evidence identified for "aseptic," "aseptically disinfecting," and "aseptically sterilized foodstuffs." | | |
| '188 patent, claims 19, 26, 28, 34, 39 | "a rate greater than 100 bottles per minute" | No construction necessary. | *See, e.g.*, '188 patent at 3:13-15; 3:19-21, Claims 9, 16, 19-36, 38-40.<br><br>'013 Patent at 3:16-17, 3:23-24, Claims 1-20.<br><br>*See, e.g.*, Application No. 09/871,078, Response to Office Action dated July 9, 2002 at 8-9; Response to Office Action dated April 28, 2003 at 8. | At a rate ranging from 100 bottles per minute to infinite bottles per minute. | Prosecution History, Brief of Appellants, Application No. 09/306,522, at 7 (Oct. 10, 2001)<br><br>("[T]he ranges attainable by the prior art are not within, touching, or overlapping any of the disclosed, and claimed, ranges of . . . |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, Application No. 09/306,552, Response to Office Action dated February 15, 2001 at 1-3; Appeal Brief dated October 3, 2001 at 1, 5-6.<br><br>*See, e.g.*, '468 Patent at Figs. 3, 5-10, 2:22-35, 2:46-49, 6:61-7:8, 8:24-43, 8:51-65, 13:45-17, 16:51-17:13, 25:19-20, Claim 23.<br><br>All instances of the use of the term "about" in the '468 specification. *Passim.*<br><br>*See, e.g.*, Reexamination Control No. 90/011,072, Third Declaration of Thomas Taggart dated Dec. 17, 2012 at ¶ 32.<br><br>*See also* evidence identified for "bottles." | | bottling fill rates in the invention.")<br><br>Office Action, Ex Parte Reexamination Control Nos. 90/011,072, 90/011,357, at 78 (Apr. 23, 2013) ("In other words there did not appear to be recognition of a problem that 101 or more bottles needed to be achieved in order to solve some problem.") (emphasis added).<br><br>Response to Ex Parte Reexamination Communication, |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Control No. 90/011,072, 90/011,357, at 49 (Dec. 17, 2012). Deposition of Dr. Sudhir Sastry IPR2014-00054 (Exh. 2070) at 470:19-24 (June 27, 2014) ("Q…. [D]oes Claim 40 of the '188 patent have an upper [speed] limit to what is claimed? . . . A. It does not have –state an upper limit."). Deposition of Dr. Sudhir Sastry IPR2014-00054 (Exh. 2070) at 569:25-570:11 (June 27, 2014) |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | ("Q. Now, let me contrast the disclosure of the Taggart patents with the claims. The claims that say, for example, at least greater than 100 bottles per minute. A. Uh-huh. Q. Those claims don't have an upper bound, upper boundary, do they? . . .. A. Yeah, they don't have an upper bound specifically, yes."). Deposition of Dr. Sudhir Sastry IPR2014-00041 (Exh. 2068) at 202:22-204:6 (June 25, 2014) |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | ("Q. Does the claim term, quote, 'greater than 100 bottles per minute,' close quote, have an upper boundary on the bottle-per-minute speed? . . . A. Nothing that I have – I could see there."). |
| '188 patent, claims 19, 21, 26, 28, 34, 39 | "aseptically disinfecting" | Not indefinite.<br><br>"Aseptic" construed as above, no further construction necessary.<br><br>To the extent further construction is required: disinfecting in | *See, e.g.*, '188 Patent at 1:62-67, 1:49-50, 3:2-5, 4:21-37, 5:43-44.<br><br>*See, e.g.*, '013 Patent at 1:64-2:2, 1:51-52, 3:5-8, 4:24-40, 5:44-45.<br><br>*See, e.g.*, Application No. 09/871,078, Response to Office Action dated July 8, 2004 at 11-13; Appeal Brief dated Mar. 4, 2005 at 2-6; | Indefinite;<br><br>Alternatively, application of heat, chemical sterilant(s), or other appropriate treatment that renders the equipment and containers free of viable microorganisms | '188 patent 3:2-5;17:1 |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | compliance with the United States FDA level of aseptic (i.e., the FDA regulations governing/related to aseptic packaging) | Notice of Allowance dated May 6, 2005 at 2-3.<br><br>*See, e.g.*, Application No. 09/306,552, Appeal Brief dated October 3, 2001 at 5-6; Decision on Appeal dated November 26, 2002 at 4-10.<br><br>*See, e.g.*, IPR2014-01235, Ex. 2024 at 65:21-23, 69:11-24, 76:5-9, 77:13-78:6, 82:12-25.<br><br>*See, e.g.,* IPR2015-00249, Ex. 2057, July 22, 2015, Dep. of Dennis R. Heldman at 29:16-31:6.<br><br>*See, e.g.*, Control No. 95/001,452, Response to Office Action dated April 1, 2011 at 10-15, 23-28; Response to Office Action dated November 28, 2012 at | and their spores having public health significance, as well as microorganisms and spores of nonhealth significance, capable of reproducing in the food under normal nonrefrigerated conditions of storage and distribution. | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 2-9, 18-24, 28-34, 45-47, and 55-60; Appeal Brief dated December 24, 2014 at 2-5, 14-16, 18-25, 34-35; Rebuttal Brief dated July 6, 2015 at 3-7, 11-13; Hearing Transcript dated Mar. 3, 2016 at 18-22; Request for Rehearing dated April 25, 2016 at 9-13; Rehearing Decision dated Sept. 13, 2016 at 22-23. *See, e.g.*, Application No. 09/871,078, Appeal Brief dated October 16, 2002 at 2-6; Notice of Allowance dated May 6, 2005 at 2-3. *See, e.g.*, Control No. 95/001,452 Response to Office Action dated April 1, 2011 at 5, 41, 44. | | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.,* Control No. 95/000,686, Declaration of James Akers dated February 13, 2013 at ¶ 23.<br><br>*See, e.g.,* '468 Patent at Abstract, 1:14-18, 1:44-66, 2:5-34, 2:38-52, 5:41-57, 5:67-6:28, 6:61-65, 8:21-22, 8:23-31, 8:39-42, 9:35-38, 14:3-5, 14:15-29, 15:51-53, 20:44-46, 20:67-21:2, 21:36-38, 23:33-38, 25:22-28, Claims 9, 20, 21, 24, 25, 28, 29, 32, 33.<br><br>*See also* evidence identified for "aseptic" above. | | |
| '188 patent claim 21 | "at least about a 6 log reduction in spore organisms" | Not indefinite.<br><br>"[A]t least about a 6 log reduction in spore organisms" is properly | '188 Patent at 1:46-67, 2:8-11, 4:22-38, Claim 21.<br><br>All instances of the use of the term "about" in the '188 specification. *Passim.* | Indefinite.<br><br>Alternatively, more than 5.5 log reduction of surrogate spore organism with greatest resistance | '188 Patent at 4:32-38.<br><br>Declaration of Philip Nelson, Ex Parte Reexamination Control No. |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | construed in its full context, "wherein the means for aseptically disinfecting the plurality of bottles, disinfects to a level producing at least about a 6 log reduction in spore organisms.<br><br>"Aseptic" construed as above, no further construction necessary.<br><br>To the extent further construction is required: spore organisms refers | *See, e.g.*, '468 Patent at 1:44-45, 2:2-5, 5:41-57, 6:4-8, Claims 9-15, 21-23, 25-35.<br><br>All instances of the use of the term "about" in the '468 specification. *Passim.*<br><br>*See, e.g.*, Reexamination Control No. 95/000,686, Response to Ex Parte Reexamination Communication dated Jan. 14, 2013 at 24; Declaration of Philip E. Nelson dated Jan. 13, 2012 at ¶ 40; Rebuttal Appeal Brief of Patent Owner in Inter Partes Reexamination dated May 29, 2015 at 7-8; Rebuttal Appeal Brief of Patent Owner in Inter Partes Reexamination dated Mar. 7, 2016 at 9-10. | to the sterilant used. | 95/000,686, ¶ 40 (Jan. 13, 2012).<br><br>Office Action, Ex Parte Reexamination Control Nos. 90/011,072, 90/011357, at 80 (Apr. 23, 2013) ("[T]he examiner contend[ed] that even if the degree of bottle sterilization disclosed by Buchner or Wilke for that matter was more than 5 or more than 5.5 log reduction it was using the more hydrogen peroxide resistant B. subtilis, and that this equated to a |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | to spore test organisms. | *See, e.g.*, IPR2015-00249, Patent Owner's Preliminary Response dated Mar. 11, 2015 (Paper 17) at 35-36; Patent Owner's Response dated Sep. 9, 2015 (Paper 51) at 6-9.<br><br>*See, e.g.*, IPR2014-00041, May 7, 2014 Deposition of Stephen Spinak at 35:7-36:2, 380:6-382:13.<br><br>*See, e.g.*, IPR2015-00249, Ex. 2035, Feb. 3, 2015, Deposition of Dennis Heldman at 70:4-72:16.<br><br>*See, e.g.*, '013 Patent at 4:24-40, 1:47-56, 1:64-2:2.<br><br>*See, e.g.*, IPR2014-01235, Paper 36 at 34, 51; Ex. 2024 at 70:16-73:6. | | 12 log reduction in C. botulinum or greater than 6 log reduction for other less resistant spore organisms, thus meeting the claim limitation of at least about a 6 log reduction in spore organisms. The examiner also maintains that more than a 5.5 log reduction already meets the limitation of at least about a 6 log reduction."). <br><br>Declaration of Dr. Sudhir Sastry, Ex Parte Reexamination Control No. |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | IPR2015-00249, Ex. 2057, July 22, 2015, Dep. of Dennis R. Heldman at 26:22-28:3.<br><br>IPR2015-00249, Ex. 1021, Oct. 23, 2015, Dep. of Dr. Andre Sharon at 53:5-12, 62:10-15, 65:19-25.<br><br>*See, e.g.*, Control No. 95/001,452, David at 155 (STEUBENRX452_003106); Response to Office Action dated January 24, 2012 at 12.<br><br>*See, e.g.*, Control No. 90/011,072, Response to Office Action dated Dec. 17, 2012 at 8; Declaration of Dr. Sudhir Sastry dated November 23, 2012, ¶ 45. | | 90/011,072, ¶ 21 (Dec. 17, 2012).<br><br>Response to Ex Parte Reexamination Communication, Control No. 90/011,072, 90/011,357, at 49 (Dec. 17, 2012).<br><br>Steuben Reply In Support Of Its Motion To Amend IPR2014-00054 (Paper 81), at 5 (Sept. 5, 2014) ("With respect to the recitation in substitute claim 37 that the reduction is "about a 6 log," Petitioner has asserted that a 5 log reduction |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | *See, e.g.*, IPR2015-00023, Paper 14 at 12-13, Paper 17 at 8.<br><br>*See, e.g.*, IPR2014-00041, May 7, 2014 Deposition of Stephen Spinak at 35:7-36:2, 380:6-382:13.<br><br>Federal Circuit Appeal No. 2016-1750, Dkt. 36 at 13-14.<br><br>*See also* evidence identified for "aseptic" above. | | satisfies the claim term about a 6 log reduction. Paper No. 59 at 7-8. However, because the term 6 log is on the log10 scale, a 5 log reduction (1:100,000) is only 10 percent of a 6 log reduction (1:1,000,000). A 1:100,000 reduction is not 'about' a 1:1,000,000 reduction."). |
| '188 patent claims 26, 28, 34, 39 | "control system for controlling aseptic bottling conditions" | Not indefinite.<br><br>Not means plus function.<br><br>No construction necessary | *See, e.g.*, '013 Patent at 5:66-6:23, 6:52-53, 7:16-19, 7:27-28, 8:6-10, 8:32-33, 9:52-57, 10:61-64, 11:5-8, 12:18-19, 13:64-15:29.<br><br>*See, e.g.*, Control No. 95/001,452, Response to | Indefinite.<br><br>Alternatively,<br><br>Function: controlling | 1:65-67, 5:66-6:19, 6:33-58, 7:13-32, 8:1-14, 8:32-43, 9:44-56, 10:38-11:8, 12:9-19, 13:66-15:36; Figs.1, 3, 13, 16; |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | Office Action dated Nov. 28, 2012 at 13, 21-22, 29, 52, 61.<br><br>*See, e.g.*, '188 Patent at 4:1-3, 4:65-67, 5:66-6:19, 6:52-58, 7:16-19, 7:27-28, 8:9-14, 8:32-33, 9:52-57, 10:61-64, 11:5-8, 12:18-20, 13:66-15:36, Claims 25-29, 34, 38-39.<br><br>*See, e.g.*, Control No. 90/011,072, Declaration of Dr. Nelson dated Nov. 28, 2012 at ¶¶ 26, 38. | aseptic bottling conditions<br><br>Corresponding Structure includes at least:<br><br>1. A control system (Fig. 16: item 550) attached to:<br><br>   a. a bottle counter (Fig. 16: Item A);<br><br>   b. proximity sensors (Fig. 16: Item 114 B);<br><br>   c. conductivity sensors (5:66-6:1, Fig. 16: Items C1 and C2): | A, B, C1-4, D-F, G1-4, H-V.<br><br>Office Action, Reexamination Control Nos. 90/011,357, 90/011,072, at 97-98 (Apr. 23, 2013).<br><br>Response to Ex Parte Reexamination, Control No. 90/011,072, 90/011,357, at xi (Dec. 17, 2012).<br><br>Office Action, Reexamination Control Nos. 90/011,357, 90/011,072, at 17 (Apr. 23, 2013). |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | d. a pressure sensor (Fig. 16: Item C3);<br><br>e. a temperature sensor (Fig. 16: Item C4);<br><br>f. a proximity sensor (Fig. 3: Item 71);<br><br>g. a temperature sensor (Fig. 16: Item E);<br><br>h. a proximity sensor (Fig. 16: Item 114, F);<br><br>i. Conductivity sensors (Fig. 16: | ("monitoring sterility parameters and automatically triggering the machine to stop operation and flags the malfunction. This would require a control system with some form of feedback loop."). |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | Items G1 and G2);<br><br>j. a pressure sensor (Fig. 16: Item G3);<br><br>k. a temperature sensor (Fig. 16: Item G4);<br><br>l. a temperature sensor (Fig. 16: Item H);<br><br>m. a plurality of flow sensors (Fig. 16: Item I)<br><br>n. a pressure sensor (Fig. 16: Item J) | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | o. a volumetric measuring device (Fig. 16:  Item K)<br><br>p. a pressure sensor (Fig. 16: Item L);<br><br>q. a level sensor (Fig. 16, Item M);<br><br>r. proximity sensors (Fig. 16, Item N);<br><br>s. a level sensor (Fig. 16: Item O);<br><br>t. a temperature sensor (Fig. 16: Item P); | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | u. a temperature sensor (Fig. 16: Item Q);<br><br>v. proximity sensors (Fig. 16: Item R);<br><br>w. a speed sensor (Fig. 16: Item S);<br><br>x. a concentration sensor (Fig. 16: Item T);<br><br>y. a pressure sensor to ensure that the pressure of the oxonia is maintained above a predetermined level in the | |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | sanitizing apparatus 300 (Fig. 16: Item U); and<br><br>z. a temperature sensor (Fig. 16: Item V). | |
| '591 patent claim 26 | "rate of more than 350 bottles per minute." | No construction necessary | *See, e.g.*, '591 Patent at Figs. 3, 5-10, 2:17-30, 2:40-43, 5:44-58, 7:7-25, 7:34-49, 13:28-67, 15:31-61, 20:39-40, Claims 1, 4, 16, 26.<br><br>*See, e.g.*, Reexamination Control No. 90/011,072, Third Declaration of Thomas Taggart dated Dec. 17, 2012 at ¶ 32.<br><br>*See also* evidence identified for "bottles." | at a rate ranging from 351 bottles to infinite bottles per minute" | Response in Ex Parte Reexamination, Control No. 90/012,533, at 10 (Sept. 13, 2012). |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| '591 patent claim 26 | "in a single production line" | No construction necessary | *See, e.g.*, '591 Patent at Figs. 1-3, 16, 1:22-50, 2:8-16, 4:60-5:26, 7:35-8:2, 18:58-19:10, Claims 1, 3, 16, 22, 24, 26.<br><br>*See, e.g.*, IPR2014-00051, Decision Institution of Inter Partes Review dated Mar. 10, 2014 (Paper 14) at 14.<br><br>*See, e.g.*, IPR2015-00094, Petition for Inter Partes Review of U.S. Patent No. 6,209,591 dated Oct. 20, 2014 (Paper 1) at 12, 38-39, 46. | linear production line and not a rotary machine | Prosecution History, Amendment, Application No. 09/376,992, at 7 (Aug. 30, 2000) ("Such a rotary machine teaches away from the claimed invention. In particular, a rotary machine creates a turbulence which is detrimental to the claimed filling operation in view of the variations in speed of the bottles during the filling operation.").<br><br>Response in Ex Parte Reexamination, |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Control No. 90/012,533, at 11 (Sept. 13, 2013) ("This [350 bpm] rate is achieved via a single production line as shown in Figure 1-4, 13 and 16."). |
| '591 patent claim 26 | "first sterile region surrounding a region where the product exits the valve" | No construction necessary. | *See, e.g.*, '591 Patent at Abstract, Figs. 23-26, 13:57-14:63, Claims 1, 3, 16, 22, 24, 26.<br><br>*See, e.g.*, Petitioner's Request for Rehearing dated June 3, 2015 (Paper 16) (IPR2015-00094) at 5-6. | A sterile area through which product flows. | 14:24-34; 14:44-63; Figs. 25, 26. |
| '591 patent claim 26 | "a valve activation mechanism for controlling the opening or closing of the valve by extending a portion | No construction necessary. | *See, e.g.*, '591 Patent at Abstract, Figs. 23-26, 7:11-14, 13:57-14:63, 15:32-34, Claims 1, 3, 10, 16, 22, 24, 26. | These limitations require a portion of the valve to move back and forth between two regions in a | 13:57-67. |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| | of the valve from the second sterile region into the first sterile region, such that the valve does not contact the bottle, and by retracting the portion of the valve from the first sterile region back into the second sterile region" | | All instances of the use of the term "into" in the '591 Patent specification. *Passim.*<br><br>*See, e.g.*, Application No. 09/376,992, May 31, 2000, Office Action at 2.<br><br>*See, e.g.*, IPR2014-00051, Corrected Petition for Inter Partes Review of U.S. Patent No. 6,209,591 dated Apr. 24, 2014 (Paper 24) at 50-55. | manner that is capable of moving contaminants between the two regions. | |
| '591 patent claim 26 | "a second sterile region positioned proximate said first sterile region" | No construction necessary. | *See, e.g.*, '591 Patent at Abstract, Figs. 23-26, 13:57-14:63, Claims 1, 16, 22, 24, 26. | a sterile area through which food does not flow | Prosecution History, Amendment, Application No. 09/376,992, at 7-8 (Sept. 5, 2000). |
| '985 patent, claims 1 (not | "first supply source of sterile air," "second supply source . . . of . . . sterile air," and | No construction necessary. | *See, e.g.*, '985 Patent at Abstract, 2:41-44, 2:44-46, 2:46-48, 2:49-50, 2:65-3:3, 2:40-3:35, 3:6-13, 3:14-16, 3:19-21, 3:24-27, 3:28-29, | (For first supply source of sterile air) Independent place of origin for sterile air. | '985 patent, 2:40-48, 9:9-30, 12:30-34, 19:46-63, Fig. 21 |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| asserted), 3 and 7 | "third supply source of . . . sterile . . . air" | | 3:33-35, 6:32-34, 6:32-51, 6:52-7:11, 7:4-11, 7:16-23, 7:16-44, 7:27-33, 8:56-58, 9:31-38, 9:45-10:11, 10:12-33, 12:30-46, 12:52-13:19, 18:40-43, 18:65-67, Figs. 3, 10, 11, 16, 21, claims 1, 6, 8, 10, 11, 13, 17, 18, 20, 24, 27, 28, 31, 33.<br><br>*See, e.g.*, Reexamination No. 90/012,528, Amendment and Response to Office Action dated March 4, 2013, at 8-10; June 4, 2013 Decl. of Dr. Sudhir Sastry, ¶ 9. | (For second supply source of sterile air) Second independent place of origin for sterile air different from the first supply source of sterile air.<br><br>(For third supply source of sterile air) Third independent place of origin of sterile air, different from the first and second supply sources for sterile air. | Office Action, Ex Parte Reexam, Control No. 90/012,528, at 4-6 (Mar. 4, 2013); Examiner Interview Summary, Ex Parte Reexam. Control No. 90/012,528, at Appendix 2 (May 29, 2013);<br><br>Declaration of Sudhir Sastry, Ex Parte Reexam. Control No. 90/012,528, at ¶ 24 (Jan. 22, 2014) |
| '985 patent, | "hot" (i.e., "hot sterile air" and "hot sterile drying air") | Not indefinite. | *See* evidence identified for "first supply source of sterile air," "second supply source . | indefinite OR | '985 patent, 4:65-5:1 9:46-67, |

| Appears in claims | Claim Term | Steuben's Proposed Construction | Steuben's Intrinsic Evidence | Shibuya and Hood's Proposed Construction | Shibuya and Hood's Intrinsic Evidence |
|---|---|---|---|---|---|
| claims 1 (not asserted), 3 and 7 | | No construction necessary. | . . of . . . sterile air," and "third supply source of . . . sterile . . . air." | "air that has been heated to 230ºF" | 12:33-41; 19:59-61 |

DATED: August 7, 2020             */s/ Timothy Devlin*
                                  Timothy Devlin (No. 4241)
                                  DEVLIN LAW FIRM LLC
                                  1526 Gilpin Avenue
                                  Wilmington, DE 19806
                                  (302) 449-9010
                                  tdevlin@devlinlawfirm.com

                                  W. Cook Alciati
                                  GARDELLA GRACE P.A.
                                  80 M Street SE, 1st Floor
                                  Washington, DC 20003
                                  (703) 556-9600
                                  calciati@gardellagrace.com

                                  *Attorneys for Plaintiff Steuben Foods, Inc.*

DATED: August 7, 2020             */s/ Karen E. Keller*
                                  Karen E. Keller (No. 4489)
                                  Jeff Castellano (No. 4837)
                                  Nathan R. Hoeschen (No. 6232)
                                  SHAW KELLER LLP
                                  I.M. Pei Building
                                  1105 North Market Street, 12th Floor
                                  Wilmington, DE 19801
                                  (302) 298-0700
                                  kkeller@shawkeller.com
                                  jcastellano@shawkeller.com
                                  nhoeschen@shawkeller.com

                                  J.C. Rozendaal
                                  Byron L. Pickard
                                  Michael E. Joffre
                                  Jean Paul Y. Nagashima
                                  Anna G. Phillips
                                  William H. Milliken
                                  Robert E. Niemeier
                                  STERNE, KESSLER, GOLDSTEIN
                                      & FOX, P.L.L.C.

1100 New York Ave. NW, Suite 600
Washington, DC 20005
(202) 371-2600
jcrozendaal@sternekessler.com
bpickard@sternekessler.com
mjoffre@sternekessler.com
ynagashima@sternekessler.com
aphillips@sternekessler.com
wmilliken@sternekessler.com
rniemeier@sternekessler.com

*Attorneys for Defendants Shibuya
Hoppmann Corporation, Shibuya
Kogyo Co., Ltd., and HP Hood LLC*