# EXHIBIT C

US006702985B1

(12) **United States Patent** 　　　　　(10) Patent No.: **US 6,702,985 B1**
Taggart et al. 　　　　　　　　　　　(45) Date of Patent: **Mar. 9, 2004**

(54) **APPARATUS AND METHOD FOR PROVIDING CONTAINER INTERIOR STERILIZATION IN AN ASEPTIC PROCESSING APPARATUS**

(75) Inventors: **Thomas D. Taggart**, South Wales, NY (US); **Daniel Newitt**, West Chicago, IL (US)

(73) Assignee: **Steuben Foods, Inc.**, Jamaica, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/354,478**

(22) Filed: **Jul. 15, 1999**

(51) Int. Cl.[7] ................................................. **A61L 2/20**
(52) U.S. Cl. .......................... **422/28**; 422/302; 222/356
(58) Field of Search ........................... 422/28, 33, 292, 422/304, 302; 53/425, 432, 510, 511; 118/323, 317; 222/356

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,380,984 A | 8/1945 | Moeller | 226/68 |
| 3,783,581 A | 1/1974 | Pierce | 53/37 |
| 3,891,779 A | 6/1975 | Robinson | 426/399 |
| 3,899,862 A * | 8/1975 | Muys et al. | 53/21 |
| 4,045,945 A | 9/1977 | Moller et al. | 53/167 |
| 4,175,140 A | 11/1979 | Bachmann et al. | 426/399 |
| 4,369,898 A | 1/1983 | Andersson | 222/4 |
| 4,494,357 A | 1/1985 | DiGeronimo | 53/167 |
| 4,566,591 A | 1/1986 | Turtschan et al. | 206/427 |
| 4,597,242 A | 7/1986 | Hendriks et al. | 53/426 |
| 4,622,800 A | 11/1986 | Turtschan | 53/167 |
| 4,683,701 A * | 8/1987 | Rangwala et al. | 422/302 |
| 4,730,482 A | 3/1988 | Cerny et al. | 73/49.3 |
| 4,742,667 A * | 5/1988 | Muller et al. | 422/302 X |
| 4,903,891 A | 2/1990 | Gordon | 229/48 |
| 4,936,486 A | 6/1990 | Kummerer | 222/42 |
| 4,987,721 A | 1/1991 | Turtschan | 53/167 |
| 4,987,726 A | 1/1991 | Petho et al. | 53/510 |
| 4,992,247 A | 2/1991 | Foti | 422/304 |
| 4,996,824 A | 3/1991 | Torterotot | 53/426 |
| 5,001,886 A | 3/1991 | Turtschan | 53/167 |
| 5,007,232 A | 4/1991 | Caudill | 53/426 |
| 5,135,014 A * | 8/1992 | Beswick | 118/317 |
| 5,251,423 A | 10/1993 | Turtschan | 53/426 |
| 5,313,990 A | 5/1994 | Clusserath | 141/6 |
| 5,365,774 A | 11/1994 | Horlacher | 73/49.3 |
| 5,398,734 A | 3/1995 | Hartel | 141/82 |
| 5,406,772 A | 4/1995 | Dinius | 53/67 |
| 5,529,099 A | 6/1996 | Janek et al. | 141/129 |
| 5,534,222 A * | 7/1996 | Kelbrick et al. | 422/33 |
| 5,564,481 A | 10/1996 | Clusserath | 141/92 |
| 5,582,796 A * | 12/1996 | Carey et al. | 422/65 |
| 5,673,535 A | 10/1997 | Jagger | 53/282 |
| 5,720,148 A | 2/1998 | Bedin et al. | 53/167 |
| 5,848,515 A | 12/1998 | Catelli et al. | 53/167 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 63048881 * | 9/1989 | 53/425 |
| KR | 96-8699 | 6/1996 | |

OTHER PUBLICATIONS

BOSCH Product Literature: "Aseptically operating filling and closing lines for bottles, jars and wide–mouth containers of glass", Prior art.

* cited by examiner

*Primary Examiner*—Elizabeth McKane
(74) *Attorney, Agent, or Firm*—Schmeiser, Olsen & Watts

(57) **ABSTRACT**

An apparatus and method for providing container interior sterilization in an aseptic processing apparatus. An atomized sterilant is applied to an interior surface of a container such as a bottle. A supply of hot sterile drying air is applied to the interior surface to activate and dry the sterilant.

**23 Claims, 18 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent   Mar. 9, 2004   Sheet 3 of 18   US 6,702,985 B1



FIG. 3



FIG. 4



FIG. 5

FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

U.S. Patent

Mar. 9, 2004

Sheet 11 of 18

US 6,702,985 B1



FIG. 13



FIG. 14



FIG. 15



FIG. 16







FIG.20



FIG. 21

US 6,702,985 B1

**1**

## APPARATUS AND METHOD FOR PROVIDING CONTAINER INTERIOR STERILIZATION IN AN ASEPTIC PROCESSING APPARATUS

### FIELD OF THE INVENTION

The present invention relates generally to systems for the aseptic packaging of food products. More particularly, the present invention relates to an apparatus and method for providing container interior sterilization in an aseptic processing apparatus.

### BACKGROUND OF THE INVENTION

Sterilized packaging systems in which a sterile food product is placed and sealed in a container to preserve the product for later use are well known in the art. Methods of sterilizing incoming containers, filling the containers with pasteurized product, and sealing the containers in an aseptic sterilization tunnel are also known.

Generally, containers such as cups are sterilized using a mixture of hydrogen peroxide and a carrier gas such as air. The hydrogen peroxide vapor mixture is directed against the interior surface of the cup and a condensate film forms. Cups typically have a ratio of an opening diameter to a height of greater than 1.0. The hydrogen peroxide vapor may be easily introduced through the large opening and the vapor easily covers the interior surface of the cup. Furthermore, a hot drying gas may easily flow through and dry the interior of the cup. For containers such as bottles, with an opening to a height ratio of less than 1.0, difficulties arise in attempting to sterilize to aseptic standards the large interior surface. For example, difficulties occur when trying to rapidly introduce a sterilant through the small bottle opening onto the large interior surface. It is difficult to achieve a uniform coating of sterilant over the interior surface. Additionally, the sterilant vapor may condense and form droplets on the surface. These droplets are difficult to remove and can cause residual sterilant levels above an acceptable level. For example, for the sterilant hydrogen peroxide, the residual level must be less than 0.5 PPM in order to meet FDA standards. The small bottle opening also restricts the flow of drying gas that can enter, pass through, and exit the bottle.

Another disadvantage in the design of typical hydrogen peroxide sterilization equipment is the build up of hydrogen peroxide droplets in the delivery nozzles or other delivery apparatus. These droplets can eventually be directed into the container and become impossible to heat and evaporate, and therefore, will result in a residual level of hydrogen peroxide in the container which will be greater than the FDA allowable 0.5 PPM.

Packaged food products can generally be categorized as high acid products (Ph below 4.5) or low acid products (Ph of 4.5 and above). The high acid content of a high acid product helps to reduce bacteria growth in the product, thereby increasing the shelf life of the product. The low acid content of a low acid product, however, necessitates the use of more stringent packaging techniques, and often requires refrigeration of the product at the point of sale.

Several packaging techniques, including extended shelf life (ESL) and aseptic packaging, have been developed to increase the shelf life of low acid products. During ESL packaging, for example, the packaging material is commonly sanitized and filled with a product in a presterilized tunnel under "ultra-clean" conditions. By using such ESL packaging techniques, the shelf life of an ESL packaged product is commonly extended from about 10 to 15 days to about 90 days. Aseptic packaging techniques, however, which require that the packaging take place in a sterile environment, using presterilized containers, etc., are capable of providing a packaged product having an even longer shelf life of 150 days or more. In fact, with aseptic packaging, the shelf life limitation is often determined by the quality of the taste of the packaged product, rather than by a limitation caused by bacterial growth.

For the aseptic packaging of food products, an aseptic filler must, for example, use an FDA (Food and Drug Administration) approved sterilant, meet FDA quality control standards, use a sterile tunnel or clean room, and must aseptically treat all packaging material. The food product must also be processed using an "Ultra High Temperature" (UHT) pasteurization process to meet FDA aseptic standards. The packaging material must remain in a sterile environment during filling, closure, and sealing operations.

Many attempts have been made, albeit unsuccessfully, to aseptically fill containers, such as bottles or jars having small openings, at a high output processing speed. In addition, previous attempts for aseptically packaging a low acid product in plastic bottles or jars (e.g., formed of polyethylene terepthalate (PET) or high density polyethylene (HDPE)), at a high output processing speed, have also failed. Furthermore, the other fillers have not been successful in providing a high output aseptic filler that complies with the stringent United States FDA standards for labeling a packaged product as "aseptic." In the following description of the present invention, the term "aseptic" denotes the United States FDA level of aseptic.

### SUMMARY OF THE INVENTION

In order to overcome the above deficiencies, the present invention provides an apparatus and method for providing container interior sterilization in an aseptic processing apparatus. The interior container sterilization is applied in an apparatus for providing aseptically processed low acid products in a container having a small opening, such as a glass or plastic bottle or jar, at a high output processing speed. The present invention includes a plurality of sterile air supply sources. For example, a first supply source of sterile air is used to atomize a sterilant (e.g., hydrogen peroxide), within an atomizing venturi. A second supply source of sterile air is used to provide hot sterile air to the atomized sterilant leaving the atomizing venturi. A third supply source of sterile air is used to provide hot sterile air for activating and drying the sterilant on the interior surface of the container. The second supply source of heated sterile air, prevents the formation of hydrogen peroxide droplets. This results in a design that will meet the FDA regulations for each and every bottle that is manufactured. Typically, in the aseptic packaging industry, a low volume of air at a high temperature is applied to the packaging materials. This method works well when the container material can withstand relatively high temperatures such as when cups are made of polypropylene. However, this often results in deformation and softening of packaging materials formed of PET or HDPE. In order to prevent softening and deformation of the bottles, when formed from these types of plastic materials, the present invention applies high volumes of air at relatively low temperatures over an extended period of time in the activation and drying apparatus. A long exposure time is predicated by the geometry of the bottle and the softening temperature of the material used to form the bottle. In the present invention, about 24 seconds are allowed for directing hot sterile air from the third supply source of sterile air

**3**

into the interior of the bottles. In order to achieve aseptic sterilization, the bottle is maintained at about 131° F. for at least 5 seconds. Many features are incorporated into the interior bottle sterilization apparatus in order to meet the various FDA aseptic standards and the 3A Sanitary Standards and Accepted Practices.

The present invention generally provides an apparatus comprising:

a first supply source of sterile air;

a supply source of sterilant;

an atomizing system producing an atomized sterilant from the mixing of the sterile air from the first supply source of sterile air with the sterilant;

a second supply source of a hot sterile air for providing the hot sterile air to the atomized sterilant;

a probe for applying the atomized sterilant into an interior of a container; and

a third supply source of a hot sterile drying air for activating and drying the sterilant in the interior of the container.

Also provided is a method comprising:

providing a first supply of sterile air;

providing a supply of sterilant;

producing an atomized sterilant by mixing the first supply of sterile air with the sterilant;

providing a second supply of hot sterile air to the atomized sterilant;

providing a probe for applying the atomized sterilant into an interior of a container; and

supplying a third supply of hot sterile drying air for activating and drying the sterilant in the interior of the container.

### BRIEF DESCRIPTION OF THE DRAWINGS

The features of the present invention will best be understood from a detailed description of the invention and a preferred embodiment, thereof selected for the purposes of illustration, and shown in the accompanying drawings in which:

FIG. **1** is a plan view of an aseptic processing apparatus in accordance with a preferred embodiment of the present invention;

FIG. **2** is a side view of the aseptic processing apparatus of FIG. **1**;

FIG. **3** is a partial cross-sectional side view of the aseptic processing apparatus of FIG. **1**;

FIG. **4** is a cross-sectional side view of a bottle infeed and sterilization apparatus;

FIG. **5** illustrates a cross-sectional top view of the bottle infeed and sterilization apparatus taken along line **5—5** of FIG. **4**;

FIG. **6** is an interior sectional view of an interior wall taken along line **6—6** of FIG. **4**;

FIG. **7** is a cross-sectional view of the bottle infeed and sterilization apparatus taken along line **7—7** of FIG. **4**;

FIG. **8** is a perspective view of a conveying plate for use in the aseptic processing apparatus of the present invention;

FIG. **9** is a perspective view of a partition in a sterilization tunnel;

FIG. **10** is a cross-sectional side view of an interior bottle sterilization apparatus and the partition located between stations **8** and **9**;

**4**

FIG. **11** is a cross-sectional side view of the partition located between stations **22** and **23**;

FIG. **12** is a cross-sectional side view of the partition located between stations **35** and **36**;

FIG. **13** is a cross-sectional side view of a lid sterilization and heat sealing apparatus;

FIG. **14** is a side view of a lifting apparatus with a gripper mechanism for lifting the bottles from the sterilization tunnel;

FIG. **15** is a top view of the aseptic processing apparatus;

FIG. **16** is a side view of the aseptic processing apparatus indicating the control and monitoring locations that are interfaced with a control system;

FIG. **17** is a plan view of a daisy chain of lids;

FIG. **18** is a plan view of another embodiment of a daisy chain of lids with holes for receiving pins of a drive wheel;

FIG. **19** is another embodiment of the lid sterilization and heat sealing apparatus including a pin drive apparatus;

FIG. **20** is a perspective view of the heat sealing and gripper apparatus; and

FIG. **21** is a schematic diagram of a sterilization control system for the interior bottle sterilization apparatus.

### DETAILED DESCRIPTION OF THE INVENTION

Although certain preferred embodiments of the present invention will be shown and described in detail, it should be understood that various changes and modifications may be made without departing from the scope of the appended claims. The scope of the present invention will in no way be limited to the number of constituting components, the materials thereof, the shapes thereof, the relative arrangement thereof, etc., and are disclosed simply as an example of the preferred embodiment. The features and advantages of the present invention are illustrated in detail in the accompanying drawings, wherein like reference numerals refer to like elements throughout the drawings. Although the drawings are intended to illustrate the present invention, the drawings are not necessarily drawn to scale.

The present invention provides an aseptic processing apparatus **10** that will meet the stringent United States FDA (Food and Drug Administration) requirements and 3A Sanitary Standards and Accepted Practices required to label a food product (foodstuffs) as "aseptic". Hereafter, "aseptic" will refer to the FDA level of aseptic. The present invention provides an aseptic processing apparatus **10** for producing at least about a 12 log reduction of *Clostridium botulinum* in food products. In addition, the present invention produces packaging material with at least about a 6 log reduction of spores. Actual testing of the aseptic processing apparatus is accomplished with spore test organisms. These test organisms are selected on their resistance to the media selected used to achieve sterility. For example, when steam is the media, the test organism is *Bacillus stearothermophilus*. When hydrogen peroxide is the media, then the test organism is *Bacillus subtilis* var. *globigii*.

The present invention processes containers such as bottles or jars that have a small opening compared to its height and its greatest width (e.g., the ratio of the opening diameter to the height of the container is less than 1.0). In the preferred embodiment, a bottle **12** (see, e.g., FIG. **8**) is illustrated as the container. The container may alternately comprise a jar. The bottle **12** is preferably formed of a plastic such as polyethylene terepthalate (PET) or high density polyethylene (HDPE), although other materials such as glass may also

5

6

be used. The present invention uses an aseptic sterilant such as hydrogen peroxide ($H_2O_2$) or oxonia (hydrogen peroxide and peroxyacetic acid) to sterilize the bottles **12**. In the preferred embodiment of the present invention, hydrogen peroxide is used as the sterilant. The present invention uses hydrogen peroxide with a concentration of less than about 35% and ensures that the bottles **12** have less than about 0.5 ppm of residual hydrogen peroxide after each bottle **12** is sterilized.

FIGS. **1**–**3** illustrate several views of an aseptic processing apparatus **10** in accordance with a preferred embodiment of the present invention. As shown, the aseptic processing apparatus **10** includes a first bottle unscrambler **20**, a second bottle unscrambler **30**, and a bottle lifter **40** for providing a supply of properly oriented empty bottles. The empty bottles are delivered to a filler apparatus **50** after passing through a bottle infeed and sterilization apparatus **60** for aseptic sterilization. The filled bottles are sealed at a first capping apparatus **400** or a second capping apparatus **410**. A control system **550** monitors and controls the operation of the aseptic processing apparatus **10**. The filled and sealed bottles are packed and palletized using a first case packing apparatus **480**, a second case packing apparatus **490**, a first palletizer **500**, and a second palletizer **510**.

The bottles **12** arrive at a first bottle unscrambler **20** with a random orientation, such that an opening **16** (see FIG. **8**) of each bottle **12** can be oriented in any direction. The first bottle unscrambler **20** manipulates the bottles **12** until the opening **16** of each bottle **12** is in a top vertical position. The bottles **12** leave the first bottle unscrambler **20** in a series formation with the opening **16** of each bottle **12** oriented vertically. The bottles **12** travel in single file in a first lane **18** to a first bottle lifter **40**. The first bottle lifter **40** lifts and transports the bottles **12** to a bottle infeed and sterilization apparatus **60**. A second bottle unscrambler **30** may also used to provide a supply of vertically oriented bottles **12**. The bottles **12** output from the second bottle unscrambler **30** travel in single file in a second lane **22** to a second bottle lifter **42**, which lifts and transports the bottles **12** to the bottle infeed and

FIG. **3** illustrates the bottle infeed, sterilization, and conveying apparatus **60** attached to the filler apparatus **50**. FIG. **4** illustrates a cross-sectional side view of the bottle infeed, sterilization, and conveying apparatus **60**. FIG. **5** illustrates a cross-sectional top view of the bottle infeed, sterilization, and conveying apparatus **60** taken along line **5**—**5** of FIG. **4**. The bottle infeed and sterilization apparatus **60** preferably inputs six bottles **12** in a horizontal direction from the first lane **18** and six bottles in a horizontal direction from the second lane **22** (FIG. **5**). A gate **76** in the first lane **18** selectively groups six bottles **12** at a time in first horizontal row **24**. A gate **78** in the second lane **22** selectively groups six bottles **12** at a time in a second horizontal row **28**. An infeed apparatus **80** includes a pushing element **84** for pushing the bottles **12** in the first horizontal row **24** into a first vertical lane **26**. A corresponding infeed apparatus **80** includes a pushing element **86** for pushing the bottles **12** in the second horizontal row **28** into a second vertical lane **32**. The six bottles **12** in the first vertical lane **26** and the six bottles **12** in the second vertical lane **32** are directed downward into the bottle infeed and sterilization apparatus **60**.

Referring to FIG. **4**, as the bottles **12** move downward in the first vertical lane **26** and the second vertical lane **32**, a sterilant **14**, such as heated hydrogen peroxide, oxonia, or other aseptic sterilant, is applied to an outside surface **34** of each bottle **12** by a sterilant application apparatus **36**. The outside surface **34** of a bottle **12** is illustrated in greater detail

in FIG. **8**. The bottles **12** may move downward in the first vertical lane **26** and the second vertical lane **32** by the force of gravity. Alternatively, controlled downward movement of the bottles **12** can be created by the use of a conveying device such as a moving conveying chain. A plurality of pins are attached to the conveying chain. Each bottle **12** rests on one of the pins attached to the conveying chain. Therefore, the motion of each bottle is controlled by the speed of the moving conveying chain.

A sterilant such as hydrogen peroxide may be provided to the sterilant application apparatus **36** in many ways. For example, liquid hydrogen peroxide may be provided in a reservoir at a level maintained by a pump and overflow pipe. A plurality of measuring cups (e.g., approximately 0.5 ml each) connected by an air cylinder are submerged into the reservoir and are lifted above the liquid level. Thus, a measured volume of liquid hydrogen peroxide is contained in each measuring cup.

Each measuring cup may include a conductivity probe that is configured to send a signal to the control system **550** indicating that the measuring cup is full. A tube (e.g., having a diameter of about $\frac{1}{16}$") is positioned in the center of the measuring cup. A first end of the tube is positioned near the bottom of the measuring cup. A second end of the tube is connected to the sterilant application apparatus **36**. The sterilant application apparatus **36** includes a venturi and a heated double tube heat exchanger. When the measuring cup is full, and a signal is received from the control system **550**, a valve is opened allowing pressurized sterile air to enter the venturi. The pressurized air flow causes a vacuum to be generated in second end of the tube causing liquid hydrogen peroxide to be pulled out of the measuring cup. The liquid hydrogen peroxide is sprayed into a sterile air stream which atomizes the hydrogen peroxide into a spray. The atomized hydrogen peroxide enters the double tube heat exchanger in order to heat the atomized hydrogen peroxide above its vaporization phase. The double tube heat exchanger is heated with steam and the temperature is monitored and controlled by the control system **550**. In FIG. **4**, the application of the sterilant **14** by the sterilant application apparatus **36** is accomplished through the use of spray nozzles **64** that produce a sterilant fog which is directed to the entire outside surface **34** of each bottle **12**.

Alternatively, a direct spray of heated hydrogen peroxide may be continuously applied to the outside surface **34** of each bottle **12**. For producing the direct spray, a metering pump regulates the amount of hydrogen peroxide, a flow meter continuously measures and records the quantity of hydrogen peroxide being dispensed, a spray nozzle produces a fine mist, and a heat exchanger heats the hydrogen peroxide above the vaporization point.

FIGS. **3** and **4** illustrate the sterilization chamber **38** for activation and drying of bottles **12** which is included in the bottle infeed, sterilization, and conveying apparatus **60**. The sterilization chamber **38** sterilizes the outside surface **34** of each bottle **12**. The sterilization chamber **38** encloses a conduit **39**. Sterile heated air, which is generated by a sterile air supply system **146** (FIG. **3**), enters the conduit **39** of the sterilization chamber **38** through ports **67** and **68** located at the bottom of the sterilization chamber **38**. The sterile heated air also enters through a bottom opening **62** of the bottle infeed and sterilization apparatus **60**. The sterile heated air travels up through the conduit **39** of the sterilization chamber **38**, and exits the top of the sterilization chamber **38** through an exhaust conduit **70**. The sterile heated air continuously flows in an upward direction through the sterilization chamber **38**, thus preventing any contaminants from

7

entering the bottle infeed and sterilization apparatus **60**. To create the sterile heated air, the air is first passed through a filtering system (e.g., a group of double sterile air filters to sterilize the air. The air is then heated in a heating system (e.g., an electric heater) to about 230° F. The air temperature is regulated by the control system **550**. Other techniques for providing the sterile heated air may also be used. The control system **550** monitors the air pressure and flow rate of the sterile heated air to ensure that an adequate flow of the hot sterile air is maintained in the bottle sterilization chamber **38** of the bottle infeed and sterilization apparatus **60**.

As illustrated in FIGS. **4**, **6**, and **7**, the sterilization chamber **38** includes two opposing, interior, perforated walls **72A**, **72B**. The perforated walls **72A** and **72B** guide the bottles **12** downward in the first vertical lane **26** and the second vertical lane **32**, respectively. The perforated walls **72A**, **72B** also allow the complete circulation of hot sterile air around the outside surface **34** of each bottle **12** in the sterilization chamber **38**. The sterilization chamber **38** supplies hot sterile air to the outside surface **34** of each bottle **12** between the sterilant application apparatus **36** and the bottom opening **62** of the bottle infeed and sterilization apparatus **60**. This sterilant may be hydrogen peroxide or oxonia (hydrogen peroxide and peroxyacetic acid).

In accordance with the preferred embodiment of the present invention, twelve drying positions are provided in the sterilization chamber **38**. Each bottle **12** is exposed to the hot sterile air in the sterilization chamber **38** for about at least 24 seconds. This provides time sufficient time for the hydrogen peroxide sterilant to break down into water and oxygen, to kill any bacteria on the bottles **12**, and to evaporate from the outside surface **34** of the bottles **12**.

An exhaust fan **73** is located at a top of the exhaust conduit **70** to provide an outlet from the sterilization tunnel **90**, and to control the sterile air flow rate through the sterilization chamber **38**. The exhaust fan **73** is controlled by the control system **550**. The control system **550** controls the sterile air temperature preferably to about 230° F., and controls the sterile air flow rate through the sterilization chamber **38**. The flow rate is preferably about 1800 scfm through the sterilization chamber **38**. The bottles **12** leave the sterilization chamber **38** with a hydrogen peroxide concentration of less than 0.5 PPM.

As shown in FIGS. **3** and **4**, a plurality of proximity sensors **71** located along the sides of the vertical lanes **26**, **32** detect any bottle **12** jams that occur within the sterilization chamber **38**. The proximity sensors **71** transmit an alarm signal to the control system **550**. The bottles **12** leave the bottle infeed and sterilization apparatus **60** through the bottom opening **62**, and enter a sterilization tunnel **90** of the filler apparatus **50**.

In the preferred embodiment of the present invention, the filler apparatus **50** includes forty-one (41) index stations **92**, hereafter referred to as "stations." Various index stations **92** are illustrated in FIGS. **3**, **4**, and **11–15**. The conveying motion of the bottles **12** to the various stations **92** through the filler apparatus **50** is based on an is indexing motion. The filler apparatus **50** is designed to convey the bottles **12** through the various operations of the filler **50** in a two by six matrix. The twelve bottles **12** in the two by six matrix are positioned in, and displaced by, a conveying plate **94** as illustrated in FIG. **8**. Therefore, twelve bottles **12** are exposed to a particular station **92** at the same time. A conveying apparatus **100** moves the set of twelve bottles **12** in each conveying plate **94** sequentially through each station **92**.

8

Referring to FIGS. **3** and **4**, the bottles **12** are supplied from an infeed chamber **102** to station **2** of the filler apparatus **50** through the bottom opening **62** of the bottle infeed and sterilization apparatus **60**. The infeed chamber **102** is enclosed to direct sterile hydrogen peroxide laden air completely around the outer surface **34** of the bottles **12**. A mechanical scissors mechanism and a vacuum "pick and place" apparatus **104** position twelve bottles **12** at a time (in a two by six matrix, FIG. **8**) into one of the conveying plates **94**.

A plurality of conveying plates **94** are attached to a main conveyor **106**. The main conveyor **106** forms a continuous element around conveyor pulleys **108** and **110** as illustrated in FIG. **3**. A bottle support plate **107** supports a bottom **120** of each bottle **12** as the bottles **12** are conveyed from station to station through the filler apparatus **50**. Each conveying plate **94** passes through stations **1** through **41**, around pulley **108**, and returns around pulley **110** to repeat the process. The main conveyor **106**, conveying plates **94**, and pulleys **108** and **110** are enclosed in the sterilization tunnel **90**.

At station **4**, the bottles **12** in the conveying plate **94** enter a bottle detection apparatus **112**. The bottle detection apparatus **112** determines whether all twelve bottles **12** are actually present and correctly positioned in the conveying plate **94**. Proximity sensors **114** detect the presence and the alignment of each bottle **12**. In the present invention, a bottle **12** with correct alignment is in an upright position with the opening **16** of the bottle **12** located in an upward position. Information regarding the location of any misaligned or missing bottles **12** is relayed to the control system **550**. The control system **550** uses this location information to ensure that, at future stations **92**, bottle filling or sealing will not occur at the locations corresponding to the misaligned or missing bottles **12**.

At station **7**, as illustrated in FIGS. **3** and **10**, the bottles **12** in the conveying plate **94** enter an interior bottle sterilization apparatus **116**. A sterilant, such as hydrogen peroxide, oxonia, or any other suitable aseptic sterilant is applied as a heated vapor fog into the interior **118** of each bottle **12**. Preferably, hydrogen peroxide is used as the sterilant in the present invention. The application of sterilant is accomplished with the use of a plurality of sterilant measuring devices **121** and a plurality of probes **123**. Each probe **123** includes any practical means for transferring the sterilant from the probe **123** to the interior surface **119** of the bottle **12**. For example, an opening or a plurality of openings may be used for ejecting the sterilant onto the interior surface **119**. Preferably, in the present invention, an applicator spray nozzle **122** is included in each probe **123**. The applicator spray nozzle **122** provides uniform sterilant application without droplet formation on the interior surface **119** of the bottle **12**. A separate measuring device **121** and the probe **123** are used for each of the twelve bottle **12** locations in the conveying plate **94**. Each sterilant measuring device **121** may include a spoon dipper **304** (e.g., approximately 0.5 ml each) as illustrated in FIG. **21**. Each bottle **12** is supplied with the same measured quantity of sterilant, preferably in the form of hot vapor fog. A pump **306** provides a sterilant (e.g., hydrogen peroxide) from a sterilant supply tank **310** to a reservoir **124**. An overflow pipe **308** maintains the sterilant liquid level in the reservoir **124** by returning excess sterilant to the sterilant supply tank **310**. The spoon dipper **304** connected to an air cylinder **316** is submerged into the reservoir **124** and is lifted above the liquid level. Thus, a measured volume of liquid hydrogen peroxide (e.g., approximately 0.5 ml) is contained in each spoon dipper **304**.

US 6,702,985 B1

9

Each spoon dipper **304** may include a conductivity probe that is configured to send a signal to the control system **550** indicating that the spoon dipper **304** is full. A tube **312** (e.g., having a diameter of about $1/16$") is positioned in the center of the spoon dipper **304**. A first end of the tube **312** is positioned near the bottom of the spoon dipper **304**. A second end of the tube **312** is connected to an atomizing venturi **314**.

A pressurized air source **318** is connected by a conduit **320** to a flow adjust valve **322**. A conduit **324** connects the flow adjust valve **322** to a regulator valve **326**. A conduit **328** connects the regulator valve **326** with a solenoid actuated valve **330**. A conduit **332** connects the solenoid actuated valve **330** with the air cylinder **316**. The control system **550** controls the solenoid actuated valve **330** which controls the compressed air supplied to the air cylinder **316**. Compressed air supplied to the air cylinder **316** lowers or lifts the spoon dipper **304** into or out of the liquid sterilant.

A conduit **334** connects the flow adjust valve **322** with the regulator valve **336**. A conduit **338** connects the regulator valve **336** with a sterile air filter **340**. A conduit **342** connects the sterile air filter **340** with a solenoid actuated valve **344**. A conduit **346** connects the solenoid actuated valve **344** with the atomizing venturi **314**. When the spoon dipper **304** is full, and a signal is received from the control system **550**, the solenoid actuated valve **344** is opened allowing pressurized sterile air to enter the atomizing venturi **314** through the conduit **346**. The pressurized air flow causes a vacuum to be generated in the second end of the tube **312** causing liquid hydrogen peroxide to be pulled out of the spoon dipper **304**.

A first supply of sterile air is supplied through conduit **346**. The pressurized air supplied through conduit **346** is used to atomize the hydrogen peroxide sterilant in the atomizing venturi **314**. Atomization of the liquid hydrogen peroxide may be provided by other means such as by using ultrasonic frequencies to atomize the liquid hydrogen peroxide.

A conduit **348** connects with the atomizing venturi **314**, passes through a heat exchanger **350** (e.g., double tube heat exchanger), and connects with a probe **123** including the applicator spray nozzle **122**. A conduit **352** connects a steam supply **354** with a valve **356**. A conduit **358** connects the valve **356** with a regulator valve **360**. A conduit **382** connects the regulator valve **360** with the heat exchanger **350**.

A second supply of hot sterile air is supplied to the atomized sterilant through a conduit **378**. A humidity control apparatus **362** maintains the humidity level of the air entering a blower **364**. A conduit **366** connects the blower **364** with a heater **368**. A conduit **370** connects the heater **368** with a sterile filter **372**. A conduit **374** connects the sterile filter **372** with a flow adjust valve **376**. The conduit **378** connects the flow adjust valve **376** with the conduit **348**. A conduit **380** connects the sterile filter **372** with a bypass valve **382**. The blower **364** operates continuously supplying humidity controlled air to the heater **368**. The flow of heated sterile air is controlled with the flow adjust valve **376** and travels through conduit **378**.

Exiting conduit **378**, the second supply of hot sterile air enters the conduit **348** to mix with the atomized hydrogen peroxide from the atomizing venturi **314**. Excess flow of heated sterile air travels through conduit **380** and passes through the bypass valve **382**. The second supply of hot sterile air assists in obtaining a uniform concentration of hydrogen peroxide in the air stream in conduit **348** and provides enough momentum to ensure that all portions of the bottle **12** interior **118** are contacted by hydrogen peroxide.

10

Furthermore, the second supply of hot sterile air is continuously blowing, whereas the first supply of sterile air and hydrogen peroxide in conduit **346** is intermittent corresponding to the movement of the bottles **12**. Since the second supply of hot sterile air is continuous, hydrogen peroxide does not have the ability to fall out of the air stream and deposit in the delivery conduit **348** in the form of drops. This ensures that the delivery of hydrogen peroxide is consistent from one bottle **12** application to the next and does not allow a drop to be directed into the bottle **12** interior **118**.

The mixture of heated sterile air and atomized hydrogen peroxide in conduit **348** passes through the double tube heat exchanger **350**. The double tube heat exchanger **350** adds additional heat to the atomized hydrogen peroxide. Heat is supplied to the double tube heat exchanger **350** from the steam supply **354** controlled by the regulator valve **360**. Generally, hydrogen peroxide has chemical stabilizers in it that may cause a white powder precipitate to form on the inner surfaces of the double tube heat exchanger **350**. This occurs when the temperature differential between the supplied steam heat and the gas to be heated is large. In the present inventions the temperature of the atomized hydrogen peroxide is typically about the same as the supplied steam heat so that a minimal amount of precipitate occurs. Another embodiment of the invention eliminates the need for the double tube heat exchanger **350** because the temperature of the atomized hydrogen peroxide is already at the desired temperature.

The temperature of the atomized gas entering the interior **118** of the bottle **12** is in the range of about 100° C. to 120° C. This temperature is limited to prevent the plastic bottles **12** from melting. The droplet size occurring on the interior surface **119** of the bottles **12** is in the range of about 300 to 500 micrometers. The initial concentration level of hydrogen peroxide on the interior surface **119** of the bottle **12** is about 35%.

As illustrated in FIG. 21, the control system **550** monitors the temperatures at locations denoted as "T" in the interior bottle sterilization apparatus **116**. The temperatures "T" are measured in the conduit **348**, in the heater **368**, and in the conduit **370**. Additionally, the control system **550** monitors the pressures at locations denoted as "P" as illustrated in FIG. 21. The pressures "P" are measured in the conduit **328**, conduit **338**, and in the conduit **382**.

The control system **550** monitors and controls a spray apparatus **126** that includes the probe **123** including the applicator spray nozzles **122** FIG. 10. Each applicator spray nozzle **122** sprays the sterilant into the interior **118** of a corresponding bottle **12** as a hot vapor fog. The probe **123** including applicator spray nozzles **122** are designed to extend through the bottle openings **16**. The probe **123** including applicator spray nozzles **122** descends into the interior **118** and toward the bottom of the bottles **12**. This ensures the complete application of sterilant to the entire interior **118** and interior surface **119** of each bottle **12**. Alternately, the probe **123** including the applicator spray nozzles **122** may be positioned immediately above the bottle openings **16** prior to the application of sterilant.

FIG. 9 illustrates a perspective view of a partition **130** that provides control of sterile air flow within the sterilization tunnel **90** of the filler apparatus **50**. The partition **130** includes a top baffle plate **132**, a middle baffle plate **134**, and a bottom baffle plate **136**. The top baffle plate **132** and the middle baffle plate **134** are provided with cut-outs **133** which correspond to the outer shape of each bottle **12** and to the

US 6,702,985 B1

11

outer shape of the conveyor plate **94**. The cut-outs **133** allow each bottle **12** and each conveyor plate **94** to pass through the partition **130**. A space **138** between the middle baffle plate **134** and the bottom baffle plate **136** allows each empty conveyor plate **94** to pass through the partition **130** as it travels on its return trip from the pulley **108** toward the pulley **110**.

As illustrated in FIG. **3**, partitions **130A**, **130B**, and **130C**, are located within the sterilization tunnel **90**. FIG. **10** illustrates a cross-sectional view of partition **130A** including baffle plates **132A**, **134A**, and **136A**. The partition **130A** is located between stations **8** and **9**. FIG. **11** illustrates a cross-sectional view of partition **130B** including baffle plates **132B**, **134B**, and **136B**. The partition **130B** is located between stations **22** and **23**. FIG. **12** illustrates a cross-sectional view of partition **130C** including baffle plates **132C**, **134C**, and **136C**. The partition **130C** is located between stations **35** and **36**. As illustrated in FIG. **3**, sterile air is introduced through sterile air supply sources (e.g., conduits **140**, **142**, and **144**) into the sterilization tunnel **90**. The sterile air conduit **140** is located at station **23** (FIG. **11**), the sterile air conduit **142** is located at station **27** (FIG. **3**), and the sterile air conduit **144** is located at station **35** (FIG. **12**).

The partition **130A** separates an activation and drying apparatus **152** from the interior bottle sterilization apparatus **116**. The partition **130B** separates the activation and drying apparatus **152** from a main product filler apparatus **160** and a lid sterilization and heat sealing apparatus **162**. Thus, a first sterilization zone **164** is created that includes the activation and drying apparatus **152**. Partition **130C** separates the main product filler apparatus **160** and the lid sterilization and heat sealing apparatus **162** from a bottle discharge apparatus **280**. Thus, partitions **130B** and **130C** create a second sterilization zone **166** that includes the main product filler apparatus **160** and the lid sterilization and heat sealing apparatus **162**. A third sterilization zone **172** includes the bottle discharge apparatus **280**. A fourth sterilization zone **165** includes the interior bottle sterilization apparatus **116**. The second sterilization zone **166** provides a highly sterile area where the bottles **12** are filled with a product and sealed. The second sterilization zone **166** is at a higher pressure than the first sterilization zone **164** and the third sterilization zone **172**. Therefore, any gas flow leakage is in the direction from the second sterilization zone **166** out to the first sterilization zone **164** and the third sterilization zone **172**. The first sterilization zone **164** is at a higher pressure than the fourth sterilization zone **165**. Therefore, gas flow is in the direction from the first sterilization zone **164** to the fourth sterilization zone **165**.

The partitions **130A**, **130B**, and **130C** create sterilization zones **164**, **165**, **166**, and **172** with different concentration levels of gas laden sterilant (e.g., hydrogen peroxide in air). The highest concentration level of sterilant is in the fourth sterilization zone **165**. For example, with the sterilant hydrogen peroxide, the concentration level of hydrogen peroxide is about 1000 ppm (parts per million) in the fourth sterilization zone **165**. The hydrogen peroxide sterilant level is about 3 ppm in the first sterilization zone **164**. The lowest concentration level of sterilant is in the second sterilization zone **166**. In the second sterilization zone **166**, the hydrogen peroxide sterilant concentration level is less than 0.5 ppm and typically about 0.1 ppm. Advantageously, this helps to maintain the main product filler apparatus **160** and the lid sterilization and heat sealing apparatus **162** at a low sterilant concentration level. This prevents unwanted high levels of sterilant to enter the food product during the filling and lidding process. The hydrogen peroxide sterilant concentration level is about 0.1 ppm in the third sterilization zone **172**.

12

As illustrated in FIG. **3**, a gas such as hot sterile air enters the first sterilization zone **164** at a rate of about 2400 cfm (cubic feet per minute). The temperature of the hot sterile air is about 230° F. The hot sterile air enters the first sterilization zone **164** through conduit **148**. Additional hot sterile air enters the second sterile zone through sterile air conduits **140**, **142**, and **144** at a total rate of about 1000 cfm (FIG. **3**). Also, hot sterile air enters at a rate of about 1800 cfm through ports **67** and **68** leading into the infeed and sterilization apparatus **60**. A portion of the hot sterile air exits the sterilization tunnel **90** at a rate of about 1500 cfm through a plurality of exhaust ports **153** located in the first sterilization zone **164** (FIG. **15**). A portion of the hot sterile air exits the sterilization tunnel **90** at a rate about 100 cfm through an opening **282** (FIG. **14**). The bottles **12** exit the sterilization tunnel **90** through the opening **282**. The continuous flow of sterile air flow out through the opening **282** prevents contaminants from entering the sterilization tunnel **90**.

As illustrated in FIG. **3**, the hot sterile air is drawn out of the fourth sterilization zone **165** of the sterilization tunnel **90** through the bottom opening **62** in the bottle infeed and sterilization apparatus **60**. Next, the hot sterile air from the infeed and sterilization apparatus together with the fourth sterilization zone **165** exits out of the exhaust conduit **70** of the infeed and sterilization apparatus at a rate of about 3600 cfm. This outflow of hot sterile air from the bottle infeed and sterilization apparatus **60** prevents contaminants from entering the bottle infeed sterilization apparatus **60** and the sterilization tunnel **90**.

Stations **10** through **21** include twelve stations for directing hot sterile air into each bottle **12** for the activation and removal of the sterilant from the interior of the bottle **12**. In these twelve stations, a third supply of hot sterile air is provided through the sterile air supply system **146**. The sterile air supply system **146** supplies hot sterile air to a plurality of nozzles **150** in the activation and drying apparatus **152**. The hot sterile air flow in each bottle **12** is about 40 SCFM. Hot sterile air is supplied to the sterile air supply system **146** through conduit **148**. The air is first passed through a filtration system to sterilize the air. The air is then heated in a heating system to about 230° F. The air temperature is regulated by the control system **550**. Also, the control system **550** monitors it the air pressure and flow rate to ensure that an adequate flow of hot sterile air is maintained in the sterilization tunnel **90** of the application and drying apparatus **152**.

As shown in FIG. **8**, each bottle **12** generally has a small opening **16** compared to its height "H." A ratio of a diameter "D" of the bottle **12** to the height "H" of the bottle **12** is generally less than 1.0. The small bottle opening **16** combined with a larger height "H" restricts the flow of hot gas into the interior **118** of the bottle **12**. Also, PET and HDPE bottle materials have low heat resistance temperatures. These temperatures commonly are about 55° C. for PET and about 121° C. for HDPE. Typically, in the aseptic packaging industry, a low volume of air at a high temperature is applied to the packaging materials. This often results in deformation and softening of packaging materials formed of PET and HDPE. In order to prevent softening and deformation of the bottles **12**, when formed from these types of materials, the present invention applies high volumes of air at relatively low temperatures over an extended period of time in the activation and drying apparatus **152**. The plurality of nozzles **150** of the activation and drying apparatus **152** direct hot sterile air into the interior **118** of each bottle **12** (FIG. **11**). A long exposure time is predicated by the geometry of the bottle **12** and the softening temperature of the material used

US 6,702,985 B1

13

to form the bottle 12. In the present invention, about 24 seconds are allowed for directing hot sterile air from the plurality of nozzles 150 into each bottle for the activation and removal of sterilant from the interior surface 119 of the bottle 12. To achieve aseptic sterilization, a minimum bottle temperature of about 131° F. should be held for at least 5 seconds. To achieve this bottle temperature and time requirements, including the time required to heat the bottle, the sterilant is applied for about 1 second and the hot sterile air is introduced for about 24 seconds. The hot sterile air leaves the nozzles 150 at about 230° F. and cools to about 131° F. when it enters the bottle 12. The hot sterile air is delivered at a high volume so that the bottle 12 is maintained at about 131° F. for at least 5 seconds. The about 24 seconds provides adequate time for the bottle 12 to heat up to about 131° F. and to maintain this temperature for at least 5 seconds. After bottle 12 has dried, the residual hydrogen peroxide remaining on the bottle 12 surface is less than 0.5 PPM.

A foodstuff product is first sterilized to eliminate bacteria in the product. An "Ultra High Temperature" (UHT) pasteurization process is required to meet the aseptic FDA is standard. The time and temperature required to meet the aseptic FDA standard depends on the type of foodstuff. For example, milk must be heated to 282° F. for not less than 2 seconds in order to meet the aseptic standards.

After UHT pasteurization, the product is delivered to a main product filler apparatus 160. The main product filler apparatus is illustrated in FIGS. 3 and 13. The main product filler 160 can be sterilized and cleaned in place to maintain aseptic FDA and 3A standards. A pressurized reservoir apparatus 180 that can be steam sterilized is included in the main product filler apparatus 160. As illustrated in FIG. 13, the pressurized reservoir apparatus 180 includes an enclosed product tank 182 with a large capacity (e.g., 15 gallons). The product tank 182 is able to withstand elevated pressures of about 60 psig or more. The pressurized reservoir apparatus 180 also includes a level sensor 184, a pressure sensor 186, a volumetric measuring device 188, and a filling nozzle 190. The product tank 182 includes a single inlet with a valve cluster including a sterile barrier to separate the product process system from aseptic surge tanks and the main product filler apparatus 160. The product tank 182 has an outlet with twelve connections. At each connections is a volumetric measuring device 188 such as a mass or volumetric flow meter. A plurality of filling nozzles 190A, 190B are provided at stations 23, 25, respectively. In addition, there are a plurality of volumetric measuring devices 188A and 188B to measure the volume of product entering each bottle 12 at stations 23 and 25, respectively. The control system 550 calculates the desired volume of product to be inserted into each bottle 12, and controls the product volume by opening or closing a plurality of valves 194A and 194B. The activation mechanisms for valves 194A and 194B have a sterile barrier to prevent contamination of the product. The plurality of valves 194A control the volume of product flowing through a corresponding plurality of nozzles 196A into the bottles 12 at station 23. The plurality of valves 194B control the volume of product flowing through a corresponding plurality of nozzles 196B into the bottles 12 at station 25. The control system 550 uses the previously stored information provided by the bottle detection apparatus 112 to only allow filling to occur at the locations where bottles 12 are actually present and correctly aligned.

The initial sterilization process for the pressurized reservoir apparatus 180 includes the step of exposing all of the surfaces of the pressurized reservoir apparatus 180 that

14

come in contact with the product to steam at temperatures above about 250° F. for a minimum of about 30 minutes. Elements such as cups 198A and 198B are used to block off nozzle outlets 196A and 196B respectively, to allow a buildup of steam pressure to about 50 psig inside the pressurized reservoir apparatus 180. Condensate generated as the steam heats the interior surfaces of the pressurized reservoir apparatus 180 is collected in the cups 198A and 198B. This condensate is released when the cups 198A and 198B are removed from the nozzle outlets 196A and 196B. Once the interior surfaces of the pressurized reservoir apparatus 180 are sterilized, the steam is shut off, and sterile air is used to replace the steam. The sterile air reduces the interior temperature of the pressurized reservoir apparatus 180 to the temperature of the product before the product is allowed to enter the enclosed product tank 182. Sterile air is directed through sterile air conduits 142 and 144 into the second sterilization zone 166 at a volume rate of about 800 scfm (FIG. 13). The sterile air flow entering the second sterilization zone 166 provides sterile air to the main product filler apparatus 160 and to the lid sterilization and heat sealing apparatus 162.

The main product filler apparatus 160 includes a separate filling position for each bottle. The bottle 12 filling operation is completed for six bottles at station 23 and for six bottles at station 25.

FIGS. 3 and 13 illustrate the lid sterilization and heat sealing apparatus 162. A lid 200 is applied to each of the twelve bottles 12 at station 31. For a fully aseptic bottle filler, complete lid 200 sterilization is necessary, and therefore a sterilant such as hydrogen peroxide is typically used. In the present invention, the lids are formed of a material such as foil or plastic. The lids 200 are joined together by a small interconnecting band 203 that holds them together to form a long continuous chain of lids 200, hereinafter referred to as a "daisy chain" 202. The daisy chain 202 of lids is illustrated in FIGS. 17. A daisy chain 202 of lids 200 is placed on each of a plurality of reels 210. For the twelve bottle configuration of the present invention, six of the reels 210, each holding a daisy chain 202 of lids 200, are located on each side of a heat sealing apparatus 214. Each daisy chain 202 of lids 200 winds off of a corresponding reel 210 and is sterilized, preferably using a hydrogen peroxide bath 204. The concentration of hydrogen peroxide can range from about 30 to 40%, however, preferably the concentration is about 35%. Each lid 200 remains in the hydrogen peroxide bath 204 for at least 18 seconds. A plurality of hot sterile air knives 208, which are formed by jets of hot sterile air, activate the hydrogen peroxide to sterilize the lids 200 on the daisy chain 202. The hot sterile air temperature is about 135° C. The hot air knives 208 also remove excess hydrogen peroxide from the lids 200. A plurality of heated platens 205 further dry the lids 200 so that the residual concentration of hydrogen peroxide is less than 0.5 PPM. The hydrogen peroxide bath 204 prevents any contaminants from entering the sterilization tunnel 90 via the lidding operation.

Once sterilized, the lids 200 enter the sterilization tunnel 90 where they are separated from the daisy chain 202 and placed on a bottle 12. Each lid is slightly larger in diameter then that of the opening 16 of a bottle 12. During the placement of the lid 200 on the bottle 12, a slight mechanical crimp of the lid 200 is formed to locate and hold the lid 200 on the bottle 12. The crimp holds the lid 200 in place on the bottle 12 until the bottle 12 reaches a station 33 for sealing.

Another embodiment of a lid sterilization and heat sealing apparatus 552 is illustrated in FIG. 19. As illustrated in FIG. 18, the daisy chain 215 of lids 200 includes a hole 207

15

located in each interconnecting band 203. Each hole 207 receives a pin 209 of a drive sprocket 211.

The daisy chain 215A, 215B of lids 200 is placed on each of a plurality of reels 210 (e.g. 210A and 210B). For the twelve bottle configuration of the present invention, six of the reels 210, each holding a daisy chain 215A, 215B of lids 200, are located on each side of a heat sealing apparatus 214. Each daisy chain 215A, 215B of lids 200 winds off of a corresponding reel 210 and is sterilized preferably using a hydrogen peroxide bath 204. The concentration of hydrogen peroxide can range from about 30 to 40%, however, preferably the concentration is about 35%. The lids 200 remain in the hydrogen peroxide bath 204 for at least 18 seconds. A plurality of hot sterile air knives 208, which are formed by jets of hot sterile air, activate the hydrogen peroxide to sterilize the lids 200 on the daisy chain 215A, 215B. The hot sterile air temperature is about 135° C. The hot air knives 208 also remove excess hydrogen peroxide form the lids 200. A plurality of heated platens 205 further dry the lids 200 so that the residual concentration of hydrogen peroxide is less than 0.5 PPM. The hydrogen peroxide bath 204 prevents any contaminants from entering the sterilization tunnel 90 via the lidding operation. The drive sprocket 211A includes a plurality of pins 209 that engage with the holes 207 of the daisy chain 215A. The drive sprocket 211A rotates in a counterclockwise direction and indexes and directs the daisy chain 215A, through a plurality of guides 217A. The guides 217A may include a plurality of rollers 221A to further guide and direct an end 219A of the daisy chain 215A over the bottle 12A. The drive sprocket 211B includes a plurality of pins 209 that engage with the holes 207 of the daisy chain 215B. The drive sprocket 211B rotates in a clockwise direction and indexes and directs the daisy chain 215B through a plurality of guides 217B. The guides 217B may include a plurality of rollers 221B to further guide and direct an end 219B of the daisy chain 215B over the bottle 12B.

Once sterilized, the lids 200 enter the sterilization tunnel 90 where they are separated from the daisy chain 215A, 217B and placed on the bottle 12A, 12B. At station 33, the lids 200 are applied to the bottles 12. As illustrated in FIGS. 13 and 20, the heat sealing apparatus 214 includes a heated platen 216 that applies heat and pressure against each lid 200 for a predetermined length of time, to form a seal between the lid 200 and the bottle 12A, 12B. Although lidding for a bottle has been described, it should be appreciated that lidding of other containers (e.g. jars) can be provided by the present invention. FIG. 20 illustrates a perspective view of the heat sealing apparatus 214, the daisy chain 215A, the gripper apparatus 554, the bottle 12A, and the conveying plate 94. The lid 200 is its located above the bottle opening 16. The gripper apparatus 554 includes a grip 223 for capturing the bottle 12A by a bottle lip 225. The gripper apparatus 554 lifts the bottle 12A in an upward direction so that the lid 200 is pressed between a bottle top lip 227 and the heated platen 216. The interconnecting band 203 severs and separates the lid 200 on the bottle 12 from the next lid on the daisy chain 215A. The heated platen 216 is in a two by six configuration to seal twelve of the bottles 12 at a time. There is a separate gripper apparatus 554 for each of the twelve bottles 12. After each bottle 12 is sealed, its gripper apparatus 554 lowers and releases the bottle 12 and each bottle 12 continues to station 37.

At station 37, the lid 200 seal and bottle 12 integrity are checked in a known manner by a seal integrity apparatus (not shown) comprising, for example, a bottle squeezing mechanism and a proximity sensor. Each bottle 12 is squeezed by the bottle squeezing mechanism which causes

16

the lid 200 on the bottle 12 to extend upward. The proximity sensor detects if the lid 200 has extended upward, which indicates an acceptable seal, or whether the seal remains flat, which indicates a leaking seal or bottle 12. The location of the defective bottles 12 are recorded by the control system 550 so that the defective bottles will not be packed.

Bottle discharge from the sterilization tunnel 90 of the filler apparatus 50 occurs at stations 38 and 40 as illustrated in FIGS. 3, 13 and 14. A bottle discharge apparatus 280 is located at stations 38 and 40. At this point in the filler apparatus 50, the filled and sealed bottles 12 are forced in an upward direction such that a top portion 284 of each bottle 12 protrudes through the opening 282 in the sterilization tunnel 90 (FIG. 14). A rotating cam 290 or other suitable means (e.g., an inflatable diaphragm, etc.) may be used to apply a force against the bottom 120 of each bottle 12 to force the bottle 12 in an upward direction.

As illustrated in FIG. 14, the bottle discharge apparatus 280 comprises a lifting apparatus 286 that includes a gripper 288 that grasps the top portion 284 of each bottle 12 and lifts the bottle 12 out through the opening 282 in the sterilization tunnel 90. In order to ensure that contaminated air cannot enter the sterilization tunnel 90, the sterile air in the sterilization tunnel 90 is maintained at a higher pressure than the air outside the sterilization tunnel 90. Thus, sterile air is always flowing out of the sterilization tunnel 90 through the opening 282. In addition, the gripper 288 never enters the sterilization tunnel 90, because the top portion 284 of the bottle 12 is first lifted out of the sterilization tunnel 90 by the action of the rotating cam 290 before being grabbed by the gripper 288.

FIG. 15 illustrates a top view of the filler apparatus 50 including the bottle infeed and sterilization apparatus 60, the interior bottle sterilization apparatus 116, and the activation and drying apparatus 152. FIG. 15 additionally illustrates the main filler apparatus 160, the lid sterilization and heat sealing apparatus 162, and the bottle discharge apparatus 280.

Referring again to FIGS. 1 and 14, the lifting apparatus 286 lifts the bottles 12 at station 38 and places the bottles 12 in a first lane 292 that transports the bottles 12 to a first capping apparatus 410. In addition, the lifting apparatus 286 lifts the bottles 12 at station 40 and places the bottles 12 in a second lane 294 that transports the bottles 12 to a second capping apparatus 400.

The first capping apparatus 410 secures a cap (not shown) on the top of each bottle 12 in the first lane 292. The second capping apparatus 400 secures a cap on the top of each bottle 12 in the second lane 294. The caps are secured to the bottles 12 in a manner known in the art. It should be noted that the capping process may be performed outside of the sterilization tunnel 90 because each of the bottles 12 have previously been sealed within the sterilization tunnel 90 by the lid sterilization and heat sealing apparatus 162 using a sterile lid 200.

After capping, the bottles 12 are transported via the first and second lanes 292, 294 to labelers 460 and 470. The first labeling apparatus 470 applies a label to each bottle 12 in the first lane 292. The second labeling apparatus 460 applies a label to each bottle 12 in the second lane 294.

From the first labeling apparatus 470, the bottles 12 are transported along a first set of multiple lanes (e.g., 4) to a first case packing apparatus 490. From the second labeling apparatus 460, the bottles 12 are transported along a second set of multiple lanes to a second case packing apparatus 480. Each case packing apparatus 480, 490 gathers and packs a

US 6,702,985 B1

17

plurality of the bottles **12** (e.g., twelve) in each case in a suitable (e.g., three by four) matrix.

A first conveyor **296** transports the cases output by the first case packer **490** to a first palletizer **510**. A second conveyor **298** transports the cases output by the second case packer **480** to a second palletizer **500**. A vehicle, such as a fork lift truck, then transports the pallets loaded with the cases of bottles **12** to a storage warehouse.

Referring again to FIG. **3**, the main conveyor **106** and each conveying plate **94** are cleaned and sanitized once during each revolution of the main conveyor **106**. Specifically, after each empty conveying plate **94** passes around the pulley **108**, the conveying plate **94** is passed through a liquid sanitizing apparatus **300** and a drying apparatus **302**. The liquid sanitizing apparatus **300** sprays a mixture of a sterilizing agent (e.g., oxonia, (hydrogen peroxide and peroxyacetic acid)) over the entire surface of each conveying plate **94** and associated components of the main conveyor **106**. In the drying apparatus **302**, heated air with is used to dry the main conveyor **106** and conveying plates **94**.

Stations **1** through **40** are enclosed in the sterilization tunnel **90**. The sterilization tunnel **90** is supplied with air that is pressurized and sterilized. The interior of the sterilization tunnel **90** is maintained at a pressure higher than the outside environment in order to eliminate contamination during the bottle processing. In addition, to further ensure a sterile environment within the sterilization tunnel **90**, the sterile air supply provides a predetermined number of air changes (e.g., 2.5 changes of air per minute) in the sterilization tunnel **90**.

Before bottle production is initiated, the bottle infeed and sterilization apparatus **60** and the filler apparatus **50** are preferably sterilized with an aseptic sterilant. For example, a sterilant such as a hot hydrogen peroxide mist may be applied to all interior surfaces of the bottle infeed and sterilization apparatus **60** and the filler apparatus **50**. Then, hot sterile air is supplied to activate and remove the hydrogen peroxide, and to dry the interior surfaces of the bottle infeed and sterilization apparatus **60** and the filler apparatus **50**.

FIG. **16** is a side view of the aseptic processing apparatus **10** of the present invention indicating the location of the control and monitoring devices that are interfaced with the control system **550**. The control system **550** gathers information and controls process functions in the aseptic processing apparatus **10**. A preferred arrangement of the control and monitoring devices are indicated by encircled letters in FIG. **16**. A functional description of each of the control and monitoring devices is listed below. It should be noted that these control and monitoring devices are only representative of the types of devices that may be used in the aseptic processing apparatus **10** of the present invention. Other types and combinations of control and monitoring devices may be used without departing from the intended scope of the present invention. Further, control system **550** may respond in different ways to the outputs of the control and monitoring devices. For example, the control system **550** may automatically adjust the operational parameters of the various components of the aseptic processing apparatus **10**, may generate and/or log error messages, or may even shut down the entire aseptic processing apparatus **10**. In the preferred embodiment of the present invention, the control and monitoring devices include:

    A. A bottle counter to ensure that a predetermined number of the bottles **12** (e.g., six bottles) on each upper

18

horizontal row **24**, **28** enter the loading area of the bottle infeed and sterilization apparatus **60**.

B. A proximity sensor to ensure that the first group of bottles **12** has dropped into the first bottle position in the bottle infeed and sterilization apparatus **60**.

C1. A conductivity sensor to ensure that the measuring cup used by the sterilant application apparatus **36** is full.

C2. A conductivity sensor to ensure that the measuring cup used by the sterilant application apparatus **36** is emptied in a predetermined time.

C3. A pressure sensor to ensure that the pressure of the air used by the sterilant application apparatus **36** is within predetermined atomization requirements.

C4. A temperature sensor to ensure that each heat heating element used by the sterilant application apparatus **36** is heated to the correct temperature.

D. A proximity sensor (e.g., proximity sensor **71**, FIG. **3**) to ensure that a bottle jam has not occurred within the bottle infeed and sterilization apparatus **60**.

E. A temperature sensor to ensure that the temperature of the heated sterile air entering the bottle infeed and sterilization apparatus **60** is correct.

F. A proximity sensor that to ensure that each conveying plate **94** is fully loaded with bottles **12**.

G1. A conductivity sensor to ensure that the measuring cup used by the interior bottle sterilization apparatus **116** is full.

G2. A conductivity sensor to ensure that the measuring cup used by the interior bottle sterilization apparatus **116** is emptied in a predetermined time.

G3. A pressure sensor to ensure that the pressure of the air used by the interior bottle sterilization apparatus **116** is within predetermined atomization requirements.

G4. A temperature sensor to ensure that each heat heating element used by the interior bottle sterilization apparatus **116** is heated to the correct temperature.

H. A temperature sensor to ensure that the air drying temperature within the activation and drying apparatus **152** is correct.

I. A plurality of flow sensors to ensure that the airflow rate of the sterile air entering the sterilization tunnel **90** is correct.

J. A pressure sensor to ensure that the pressure of the sterile air entering the activation and drying apparatus **152** is correct.

K. A measuring device (e.g., volumetric measuring device **188**, FIG. **3**) to ensure that each bottle **12** is filled to a predetermined level.

L. A pressure sensor to ensure that the pressure in the product tank **182** is above a predetermined level.

M. A level sensor to ensure that the level of product in the product tank **182** is maintained at a predetermined level.

N. Proximity sensors to ensure that the daisy chains **202** of lids **200** are present in the lid sterilization and heat sealing apparatus **162**.

O. A level sensor to ensure that the hydrogen peroxide level in the hydrogen peroxide bath **204** in the lid sterilization and heat sealing apparatus **162** is above a predetermined level.

P. A temperature sensor to ensure that the temperature of the hot sterile air knives **208** of the lid sterilization and heat sealing apparatus **162** is correct.

**19**

Q. A temperature sensor to ensure that the heat sealing apparatus **214** is operating at the correct temperature.

R. Proximity sensors to ensure that the bottles **12** are discharged from the filler.

S. A speed sensor to measure the speed of the conveying apparatus **100**.

T. A concentration sensor to ensure that the concentration of oxonia is maintained at a predetermined level in the sanitizing apparatus **300**.

U. A pressure sensor to ensure that the pressure of the oxonia is maintained above a predetermined level in the sanitizing apparatus **300**.

V. A temperature sensor to ensure that the drying temperature of the drying apparatus **302** is correct.

The following steps are performed during the "Clean In Place" (CIP) process in the filler apparatus **50**;

23. Conductivity sensor to verify caustic and acid concentrations.

24. Temperature sensor to verify "Clean In Place" solution temperatures.

25. Flow meter to verify "Clean In Place" flow rates.

26. Time is monitored to ensure that adequate cleaning time is maintained.

The follow steps are performed during sterilization of the bottle filler apparatus **50**;

27. Temperature sensors for measuring steam temperatures.

28. Proximity sensors to ensure filler nozzle cleaning/sterilization cups are in position.

29. Temperature sensors for air heating and cooling.

30. Flow meter for hydrogen peroxide injection.

31. Time is monitored to ensure the minimum time periods are met (steam, hydrogen peroxide application and activation/drying).

The foregoing description of the present invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and many modifications and variations are possible in light of the above teaching. Such modifications and variations that may be apparent to a person skilled in the art are intended to be included within the scope of this invention.

We claim:

1. Apparatus for sterilizing a container comprising:

a first supply source of sterile air;

a supply source of sterilant;

an atomizing system producing an atomized sterilant from the mixing of the sterile air from the first supply source of sterile air with the sterilant;

a second supply source providing a non-intermittent supply of hot sterile air to a conduit wherein said conduit is operationally coupled between said atomizing system and a container, and wherein said atomized sterilant is intermittently added to said conduit;

a mechanism for applying the atomized sterilant and the second supply source of hot sterile air on to the container; and

a third supply source of a hot sterile drying air for activating and drying the sterilant in the interior of the container, wherein the container is upright.

2. The apparatus of claim **1**, further including a heater for adding additional heat to the atomized sterilant.

3. The apparatus of claim **1**, wherein the container is a bottle.

**20**

4. The apparatus of claim **1**, wherein the sterilant is hydrogen peroxide.

5. The apparatus of claim **1**, wherein the atomizing system further includes an atomizing venturi.

6. The apparatus of claim **1**, wherein the second supply source of non-intermittent hot sterile air further includes a humidity control system for maintaining the humidity of the hot sterile air.

7. The apparatus of claim **1**, wherein after drying the container interior surface retains a concentration of hydrogen peroxide less than 0.5 PPM.

8. The apparatus of claim **7**, wherein the third supply source of hot sterile drying air is applied to the container for about 24 seconds.

9. The apparatus of claim **8**, wherein the step of providing a second supply of non-intermittent hot sterile air further includes providing a humidity control system for maintaining the humidity of the non-intermittent hot sterile air.

10. The apparatus of claim **1**, wherein said atomized sterilant is only added to said conduit per each application of atomized sterilant and the second supply source of hot sterile air on to the container.

11. The apparatus of claim **1**, wherein said second supply source is provided only during operation of said apparatus.

12. The apparatus of claim **1**, wherein the supply source of sterilant further includes a spoon dipper apparatus.

13. A method for sterilizing a container comprising:

providing a first supply of sterile air;

providing a supply of sterilant;

producing an atomized sterilant by mixing the first supply of sterile air with the sterilant;

applying the atomized sterilant to the container;

supplying a third supply of hot sterile drying air for activating and drying the sterilant in the interior of the container, wherein the container is upright and plastic; and

applying the third supply of hot sterile drying air to the container for about 24 seconds, wherein the interior of the container immediately after the applying retains a concentration of hydrogen peroxide of less than 0.5 PPM.

14. The method of claim **13**, further including the step of providing a heater for adding additional heat to the atomized sterilant.

15. The method of claim **13**, wherein the container is a bottle.

16. The method of claim **13**, wherein the sterilant is hydrogen peroxide.

17. The method of claim **13**, wherein the step of producing an atomized sterilant further includes providing an atomizing venturi for mixing the first supply of sterile air with the sterilant.

18. The method of claim **13**, further comprising:

providing a conduit operationally coupled between the container and a location where said atomized sterilant is produced;

providing a second supply of non-intermittent hot sterile air to the conduit;

adding the atomized sterilant to the conduit intermittently; and further wherein the applying the atomized sterilant step includes applying a mixture of the non-intermittent hot sterile air and the atomized sterilant to the container.

US 6,702,985 B1

21

**19**. The method of claim **18**, wherein the adding the atomized sterilant is done per each said applying said mixture.

**20**. The method of claim **18**, wherein said providing a second supply is done during operation of said method.

**21**. The method of claim **13**, wherein providing a supply of sterilant further includes providing a spoon dipper apparatus for measuring a quantity of the sterilant.

**22**. Apparatus comprising:

means for supplying a first source of sterile air;

means for supplying a source of sterilant, including a spoon dipper apparatus;

means for providing an atomizing system for producing an atomized sterilant from the mixing of sterile air from the first source of sterile air with the sterilant;

means for applying a second source of hot sterile air non-intermittently to a volume;

22

means for applying the atomizing sterilant intermittently to the volume thereby mixing the second source of non-intermittent hot sterile air with the atomizing sterilant;

means for applying the mixture of atomized sterilant and the second source of non-intermittent hot sterile air to a container; and

means for supplying a third source of hot sterile drying air into the interior of the container for activating and drying the sterilant, wherein the container is upright.

**23**. The apparatus of claim **22**, wherein the means for supplying a third source of hot sterile drying air further includes a means for providing a residual concentration of hydrogen peroxide less than 0.5 PPM.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,702,985 B1                                    Page 1 of  1
DATED           : March 9, 2004
INVENTOR(S)     : Taggart et al.

     It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 5,</u>
Line 40, insert -- sterilization apparatus 60 -- after the word "and".

Signed and Sealed this

Eighteenth Day of May, 2004



JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

US006702985C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10235th)

# United States Patent
Taggart et al.

(10) **Number:** US 6,702,985 C1
(45) **Certificate Issued:** Jul. 31, 2014

(54) **APPARATUS AND METHOD FOR PROVIDING CONTAINER INTERIOR STERILIZATION IN AN ASEPTIC PROCESSING APPARATUS**

(75) Inventors: **Thomas D. Taggart**, South Wales, NY (US); **Daniel Newitt**, West Chicago, IL (US)

(73) Assignee: **Steuben Foods Incorporated**, Jamaica, NY (US)

**Reexamination Request:**
No. 90/012,528, Sep. 13, 2012

**Reexamination Certificate for:**
Patent No.: 6,702,985
Issued: **Mar. 9, 2004**
Appl. No.: 09/354,478
Filed: Jul. 15, 1999

Certificate of Correction issued May 18, 2004

(51) **Int. Cl.**
*B67C 7/00* (2006.01)

(52) **U.S. Cl.**
CPC ..................................... *B67C 7/0073* (2013.01)
USPC ............................. **422/28**; 222/356; 422/302

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,528, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Sean E Vincent

(57) **ABSTRACT**

An apparatus and method for providing container interior sterilization in an aseptic processing apparatus. An atomized sterilant is applied to an interior surface of a container such as a bottle. A supply of hot sterile drying air is applied to the interior surface to activate and dry the sterilant.



US 6,702,985 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1-8** and **10-12** is confirmed.

Claims **9**, **22** and **23** are cancelled.

Claims **13** and **18** are determined to be patentable as
amended.

Claims **14-17** and **19-21**, dependent on an amended claim,
are determined to be patentable.

New claims **24-36** are added and determined to be
patentable.

**13**. A method for sterilizing a container comprising:
providing a first supply of sterile air;
providing a supply of sterilant;
producing an atomized sterilant by mixing the first supply
of sterile air with the sterilant;
*providing a conduit operationally coupled between the
container and a location where said atomized sterilant is
produced;*
*adding the atomized sterilant to the conduit;*
*providing a second supply of hot sterile air to the conduit;*
*mixing the second supply of hot sterile air with the atom-
ized sterilant;*
applying the *mixture of* atomized sterilant *and the second
supply of hot sterile air* to the container;
supplying a third supply of hot sterile drying air for acti-
vating and drying the sterilant in the interior of the
container, wherein the container is upright and plastic;
and
applying the third supply of hot sterile drying air to the
container for about 24 seconds, wherein the interior of
the container immediately after the applying retains a
concentration of hydrogen peroxide of less than 0.5
PPM.
**18**. The method of claim **13**, [further comprising:
providing a conduit operationally coupled between the
container and a location where said atomized sterilant is
produced;
providing a second supply of non-intermittent hot sterile
air to the conduit;]
*wherein the adding the atomized sterilant includes adding
the atomized sterilant to the conduit intermittently; and*
[further]
wherein the [applying the atomized sterilant step includes
applying a mixture of the non-intermittent hot sterile air
and the atomized sterilant to the container] *providing a
second supply of hot sterile air to the conduit includes
providing the second supply of hot sterile air to the
conduit non-intermittently*.
**24**. Apparatus for sterilizing a container comprising:
*a first supply source of sterile air;*
*a supply source of sterilant;*

**2**

*an atomizing system producing an atomized sterilant from
the mixing of the sterile air from the first supply source of
sterile air with the sterilant;*
*a second supply source providing a non-intermittent sup-
ply of hot sterile air to a conduit wherein said conduit is
operationally coupled between said atomizing system
and a container, and wherein said atomize sterilant is
intermittently added to said conduit;*
*a mechanism for applying the atomized sterilant and the
second supply source of hot sterile air on to the con-
tainer;*
*a third supply source of a hot sterile drying air for activat-
ing and drying the sterilant in the interior of the con-
tainer, wherein the container is upright; and*
*a control system including a concentration sensor to moni-
tor a concentration of the atomized sterilant.*
*25. The apparatus of claim 24, wherein the control system
further includes a flow rate sensor to monitor a flow rate.*
*26. The apparatus of claim 24, further comprising a con-
tainer conveying system configured to carry containers in a
downstream direction through a zone including a sterilization
apparatus, a zone including a filler apparatus, and a zone
including a bottle discharge apparatus, wherein each of said
zones is separate and distinct.*
*27. The apparatus of claim 26, wherein the zone including
a sterilization apparatus, the zone including a filler appara-
tus, and the conveying system are configured to maintain
containers on the conveying system at a substantially con-
stant temperature for at least five seconds after application of
the atomized sterilant and the second supply source of hot
sterile air to the containers as the containers travel through
the zone including a sterilization apparatus toward the zone
including a filler apparatus.*
*28. Apparatus for sterilizing a container comprising:*
*a first supply source of sterile air:*
*a supply source of sterilant;*
*an atomizing system producing an atomized sterilant from
the mixing of the sterile air from the first supply source of
sterile air with the sterilant;*
*a second supply source providing a non-intermittent sup-
ply of hot sterile air to a conduit wherein said conduit is
operationally coupled between said atomizing system
and a container, and wherein said atomized sterilant is
intermittently added to said conduit;*
*a mechanism for applying the atomized sterilant and the
second supply source of hot sterile air on to the con-
tainer;*
*a third supply source of a hot sterile drying air for activat-
ing and drying the sterilant in a interior of the container,
wherein the container is upright; and*
*a container conveying system configured to carry contain-
ers in a downstream direction through a zone including
a sterilization apparatus, a zone including a filler appa-
ratus, and a zone including a bottle discharge appara-
tus, wherein each of said zones is separate and distinct.*
*29. The apparatus of claim 28, further comprising a control
system including a flow rate sensor.*
*30. The apparatus of claim 29, further comprising the
control system including a concentration sensor to monitor a
concentration of the atomize sterilant.*
*31. The apparatus of claim 28, further comprising a deliv-
ery apparatus for the third supply source of hot sterile air,
wherein the delivery apparatus is configured to deliver the
third supply of hot sterile air upstream away from the zone
including a filler apparatus.*
*32. The apparatus of claim 28, wherein the zone including
a sterilization apparatus, the zone including a filler appara-*

US 6,702,985 C1

**3**

tus, and the conveying system are configured to maintain containers on the conveying system at a substantially constant temperature for at least five seconds after application of the atomized steriliant and the second supply source of hot sterile air to the containers as the containers travel through the zone including a sterilization apparatus toward the zone including a filler apparatus.

33. Apparatus for sterilizing a container comprising:

a first supply source of sterile air;

a supply source of steriliant:

an atomizing system producing an atomized steriliant from the mixing of the sterile air from the first supply source of sterile air with the steriliant;

a second supply source providing a non-intermittent supply of hot sterile air to a conduit wherein said conduit is operationally coupled between said atomizing system and a container, and wherein said atomized steriliant is intermittently added to said conduit;

a mechanism for applying the atomized steriliant and the second supply source of hot sterile air on to the container;

a third supply source of a hot sterile drying air for activating and drying the steriliant in the interior of the container, wherein the container is upright; and

a container conveying system configured to carry containers in a downstream direction through a zone including

**4**

a sterilization apparatus, a zone including a filler apparatus, and a zone including a discharge apparatus, each of said zones being defined at least in part by one or more partitions,

wherein the zone including a filler apparatus is at a higher pressure than the zone including the sterilization apparatus and the zone including the discharge apparatus such that any gas flow leakage occurs in a direction away from the zone including the filler operation.

34. The apparatus of claim 33, further comprising a control system including a flow rate sensor.

35. The apparatus of claim 33, further comprising a control system including a concentration sensor to monitor a concentration of the atomized steriliant.

36. The apparatus of claim 33, wherein the zone including a sterilization apparatus, the zone including a filler apparatus and the conveying system are configured to maintain containers on the conveying system at a substantially constant temperature for at least five seconds after application of the atomized steriliant and the second supply source of hot sterile air to the containers as the containers travel through the zone including a sterilization apparatus toward the zone including the filler apparatus.

* * * * *