# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:19-cv-02181-CFC-CJB |
| ) | |
| SHIBUYA HOPPMANN CORP., ) | |
| SHIBUYA KOGYO CO., LTD., and ) | |
| HP HOOD LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiff Steuben Foods, Inc. and Defendants Shibuya Hoppmann Corp., Shibuya Kogyo Co., Ltd., and HP Hood LLC hereby stipulate, subject to the approval of the Court, to modify the Scheduling Order (D.I. 512), previously modified on September 25, 2020 (D.I. 536) and on December 7, 2020 (D.I. 568), as follows:

Currently, the Opening Expert Reports are due to be exchanged on February 11, 2021; Rebuttal Expert Reports are due to be exchanged on March 11, 2021; and Reply Expert Reports are due to be exchanged on April 8, 2021. (*See* D.I. 536 at 1.) The parties stipulate to extend the expert discovery deadlines by 7 days, such that Opening Expert Reports are due on February 18, 2021; Rebuttal Expert Reports are due on March 18, 2021; Reply Expert Reports are due on April 15, 2021; and the close of expert discovery is May 7, 2021. The deadlines for dispositive motions remain as scheduled. The parties' stipulation is summarized in the following table:

| Event | Current Date | Revised Date |
|---|---|---|
| Opening Expert Reports | February 11, 2021 | February 18, 2021 |
| Rebuttal Expert Reports | March 11, 2021 | March 18, 2021 |
| Reply Expert Reports | April 8, 2021 | April 15, 2021 |
| Close of Expert Discovery | April 30, 2021 | May 7, 2021 |
| Dispositive Motion Deadline | June 4, 2021 | June 4, 2021 |

DATED: January 26, 2021

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

W. Cook Alciati
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
(703) 556-9600
calciati@gardellagrace.com

Olivia E. Marbutt
KENT & RISLEY LLC
5755 N. Point Parkway, Ste. 57
Alpharetta, GA 30022
(404) 855-3865
oliviamarbutt@kentrisley.com

*Attorneys for Steuben Foods, Inc.*

DATED: January 26, 2021

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

        J.C. Rozendaal
        Byron L. Pickard
        Michael E. Joffre
        Deirdre M. Wells
        Jean Paul Y. Nagashima
        Anna G. Phillips
        William H. Milliken
        Robert E. Niemeier
        STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
        1100 New York Ave. NW, Suite 600
        Washington, DC 20005
        (202) 371-2600
        jcrozendaal@sternekessler.com
        bpickard@sternekessler.com
        mjoffre@sternekessler.com
        dwells@sternekessler.com
        ynagashima@sternekessler.com
        aphillips@sternekessler.com
        wmilliken@sternekessler.com
        rniemeier@sternekessler.com

        *Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC*

SO ORDERED this ___ day of _____, 2021.

_____
United States District Court Judge