IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2181-CFC-CJB |
| | ) |
| SHIBUYA HOPPMANN CORP., | ) |
| SHIBUYA KOGYO CO., LTD., and | ) |
| HP HOOD LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (NO. 4) OF INVALIDITY OF U.S. PATENT NOS. 6,536,188 AND 6,209,591**

Pursuant to Federal Rule of Civil Procedure 56, defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC (collectively, "Defendants") hereby move for summary judgment of invalidity of U.S. Patent Nos. 6,536,188 and 6,209,591. The grounds for Defendants' motion are fully set forth in Defendants' Opening Brief and the Concise Statement of Material Facts, filed concurrently herewith.

NOW, THEREFORE, Defendants respectfully request the Court grant this motion and to enter the attached proposed order.

|  |  |
|---|---|
| OF COUNSEL:<br>J.C. Rozendaal<br>Byron L. Pickard<br>Michael E. Joffre<br>Deirdre M. Wells<br>William H. Milliken<br>Jean Paul Y. Nagashima<br>Anna G. Phillips<br>Robert E. Niemeier<br>STERNE, KESSLER, GOLDSTEIN<br> & FOX PLLC<br>1100 New York Ave. NW, Suite 600<br>Washington, DC  20005<br>(202) 371-2600<br><br>Dated: June 4, 2021 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC* |