IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2181-CFC-CJB |
| | ) |
| SHIBUYA HOPPMANN CORP., | ) |
| SHIBUYA KOGYO CO., LTD., and | ) |
| HP HOOD LLC, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (NO. 4) OF INVALIDITY OF U.S. PATENT NOS. 6,536,188 AND 6,209,591**

At Wilmington this ____ day of _____, 2021, the Court, having considered Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 6,536,188 and 6,209,591, and all papers and arguments submitted therewith; it is HEREBY ORDERED that the motion is GRANTED.

_____
United States District Judge