IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2181-CFC-CJB |
| | ) |
| SHIBUYA HOPPMANN CORP., | ) |
| SHIBUYA KOGYO CO., LTD., and | ) |
| HP HOOD LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXCLUDE THE LOST PROFITS AND REASONABLE ROYALTY ANALYSIS OF PLAINTIFF'S EXPERT DAVID BLACKBURN, PH.D.

Pursuant to Federal Rules of Evidence 702 and 703, defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC (collectively, "Defendants") hereby move to exclude the lost profits and reasonable royalty analysis of Plaintiff's expert David Blackburn, Ph.D. The grounds for Defendants' motion are fully set forth in Defendants' Opening Brief, filed concurrently herewith. Pursuant to D. Del. LR 7.1.1, the parties have met and conferred on the subject of this motion but have been unable to reach agreement.

NOW, THEREFORE, Defendants respectfully request the Court grant this motion and to enter the attached proposed order.

|  |  |
|---|---|
| OF COUNSEL:<br>J.C. Rozendaal<br>Byron L. Pickard<br>Michael E. Joffre<br>Deirdre M. Wells<br>William H. Milliken<br>Jean Paul Y. Nagashima<br>Anna G. Phillips<br>Robert E. Niemeier<br>STERNE, KESSLER, GOLDSTEIN<br> & FOX P.L.L.C<br>1100 New York Avenue NW, Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br><br>Dated: June 4, 2021 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC* |