IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2181-CFC-CJB |
| | ) |
| SHIBUYA HOPPMANN CORP., | ) |
| SHIBUYA KOGYO CO., LTD., and | ) |
| HP HOOD LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF
PLAINTIFF'S EXPERT DR. ANDRE SHARON**

Pursuant to Federal Rule of Evidence 702, defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC (collectively, "Defendants") hereby move to exclude the testimony of Plaintiff's expert Dr. Andre Sharon regarding aseptic packaging and processing. The grounds for Defendants' motion are fully set forth in Defendants' Opening Brief, filed concurrently herewith. Pursuant to D. Del. LR 7.1.1, the parties have met and conferred on the subject of this motion but have been unable to reach agreement.

NOW, THEREFORE, Defendants respectfully request the Court grant this motion and to enter the attached proposed order.

OF COUNSEL:
J.C. Rozendaal
Byron L. Pickard
Michael E. Joffre
Deirdre M. Wells
William H. Milliken
Jean Paul Y. Nagashima
Anna G. Phillips
Robert E. Niemeier
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600

Dated: June 4, 2021

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC*