# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEUBEN FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:19-cv-02181-CFC-CJB |
| | ) | |
| SHIBUYA HOPPMANN CORP., | ) | |
| SHIBUYA KOGYO CO., LTD., and | ) | **REDACTED** |
| HP HOOD LLC, | ) | |
| | ) | **Redacted Version** |
| Defendants. | ) | **filed June 28, 2021** |
| | ) | |

**PLAINTIFF STEUBEN FOODS, INC.'S RESPONSES TO DEFENDANTS'
CONCISE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT NO. 4**

Plaintiff Steuben Foods, Inc. respectfully submits this Response to Defendants' Concise Statement of Undisputed Facts in support of its Motion for Summary Judgment No. 4 of Invalidity of U.S. Patent Nos. 6,538,188 and 6,209,591.[1]

## I.    RESPONSE TO CONCISE STATEMENT OF UNDISPUTED FACTS

**<u>Defendants' Fact No. 1:</u>**        Undisputed.

**<u>Defendants' Fact No. 2:</u>**        Partially disputed.  Steuben does not understand what Defendants intend with their characterization of the claims.  The claims of the '188 patent recite:  "A device for aseptically bottling aseptically sterilized foodstuffs having at least about a 12 log reduction in *Clostridium botulinum* comprising: [. . .] means for filling the aseptically disinfected plurality of bottles at a rate greater than 100 bottles per minute."  *E.g.*, Ex. 71 at 16:64-17:6.

**<u>Defendants' Fact No. 3:</u>**        Partially disputed.  Steuben does not understand what Defendants intend with their characterization of the claims.  Claim 26 of the '591 patent recites an "Apparatus for aseptically filling a series of bottles comprising: a valve for controlling a flow of low-acid food product into a bottle at a

---

[1] Exhibits 1-46 are Exhibits to the Declaration of W. Cook Alciati, dated June 4, 2021.  Exhibits 47-76 are Exhibits to the Second Declaration of W. Cook Alciati dated June 21, 2021.

rate of more than 350 bottles per minute in a single production line."  Ex. 55, Reexam. Certificate, 2:56-60.

**Defendants' Fact No. 4:**          Partially disputed.  Steuben acknowledges that the claim language does not recite an explicit upper limit.  To the extent Defendants intend to assert that a POSITA would understand the claim term to have an unbounded, unlimited, or infinite scope, Steuben disputes that, as Defendants themselves necessarily acknowledge that the "speed of the patented bottling apparatus has some practical upper limit governed" according to Defendants "by the strength of the materials used, the speed of the available means used to power the mechanisms, and the time required to activate and dry the sterilant on the bottles." *See* Defs.' Fact No. 7; Ex. 59, ¶¶516, 547.

**Defendants' Fact No. 5:**          Partially disputed.   Steuben does not fully understand what exactly Defendants assert with this alleged "fact."   Steuben understands "a machine" refers to an embodiment of an aseptic bottling apparatus and that "every speed above 100 bottles per minute" as used by Defendants would include the infinite range of speeds alleged by Defendants.   Thus, Steuben understands Defendants to allege here that the patent specifications do not describe a machine with unbounded or infinite throughput.  Steuben does not dispute that fact.  Steuben does dispute that a POSITA would read the claims as claiming an infinite or unbounded bottling speed.  ██████ REDACTED ██████

3

████████ REDACTED ████████   Ex. 57 at 157:9-16; Ex. 59, ¶¶534,

547.  Defendants themselves necessarily acknowledge that the "speed of the patented

bottling apparatus has some practical upper limit governed," according to

Defendants, "by the strength of the materials used, the speed of the available means

used to power the mechanisms, and the time required to activate and dry the sterilant

on the bottles."  Defs.' Fact No. 7.

**<u>Defendants' Fact No. 6:</u>**        Disputed.    Steuben does not understand what

Defendants allege to be an "arbitrarily high throughput" and on that basis at least

disputes this alleged fact.    Whatever Defendants mean by "arbitrarily high

throughput," Steuben disputes this, as the practical upper limit is not arbitrary, but

rather, as Defendants elsewhere acknowledge, is governed by the physical realities

of the industry.  *See* Defs.' Fact No. 7.

**<u>Defendants' Fact No. 7:</u>**        Undisputed with the caveat that additional factors

impact the practical upper limit.  Ex. 59, ¶¶516, 522.

**<u>Defendants' Fact No. 8:</u>**        Disputed.  Ex. 59, ¶528.

**<u>Defendants' Fact No. 9:</u>**        Undisputed.

**<u>Defendants' Fact No. 10:</u>**        Disputed.  Ex. 59, ¶528.

## II.    STATEMENT OF ADDITIONAL UNDISPUTED FACTS

**Fact No. 11:**     A POSITA would not understand the asserted claims of the '188 and '591 patents to be claiming an infinite throughput.  Ex. 57 at 157:9-16, 178:15-179:3; Ex. 59, ¶¶513-16.

**Fact No. 12:**     The practical upper limit of the throughput a POSITA would expect to be achieved by an aseptic bottling machine would be at or near the limit of the throughput achieved by machines being used to aseptically bottle foodstuffs.  Ex. 57 at 170:8-171:10; Ex. 59, ¶¶520-21.

**Fact No. 13:**     As of February 2, 1999, maximum throughput of aseptic bottling machines used to commercially bottle products was around 1,000 bottles per minute with speeds around 1,200 bottles per minute envisioned.  Ex. 59, ¶521; Ex. 72, SHC-001-0009691-92.

**Fact No. 14**:     ███████████ REDACTED ███████████

███████████ Ex. 58, ¶¶1143-45, 1147, 1149, 1152.

## III.   ADDITIONAL FACTS AS TO WHICH A GENUINE DISPUTE MAY EXIST TO BE TRIED.

As explained in Steuben's memorandum in opposition to Defendants' motion, Steuben respectfully submits that Defendants' lack of evidence to dispute the facts below should result in summary judgment in Steuben's favor.  If the Court is inclined to nonetheless allow Defendants to dispute these facts without evidence, then they should be decided by a jury.

**<u>Fact No. 15:</u>**        The specifications of the '188 and '591 patents teach a POSITA to make and use an aseptic bottling machine with a throughput in the range of 1,000-2,000 bottles per minute without undue experimentation.  Ex. 59, ¶¶528-32; Ex. 60 at 170:25-172:1, 176:1-190:1; Ex. 59, ¶¶524-30; Ex. 61, ¶159; Ex. 62 at 81:21-82:19.

**<u>Fact No. 16:</u>**        The specifications of the '188 and '591 patents demonstrate to a POSITA that the inventor was in possession of an aseptic bottling machine that could operate with a throughput in the range of 1,000-2,000 bottles per minute.  Ex. 59, ¶¶528-32; Ex. 60 at 170:25-172:1, 176:1-190:1.

**<u>Fact No. 17:</u>**        The specifications demonstrate to a POSITA that the inventor was in possession of an embodiment of an aseptic bottling machine that could operate with a throughput of 360 bottles per minute.  Ex. 59, ¶¶526-27, 536-39, 543, 548.

**<u>Fact No. 18:</u>**        The specifications teach a POSITA to make and use an aseptic bottling machine with a throughput of 360 bottles per minute without undue experimentation.  Ex. 59, ¶¶526-27, 536-39, 543, 548.

**<u>Fact No. 19:</u>**        A POSITA could duplicate the preferred embodiment as many times as needed to reach an arbitrarily high throughput of bottles per minute.  Ex. 59, ¶¶ 533, 541.

DATED: June 21, 2021

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

W. Cook Alciati
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
(703) 556-9600
calciati@gardellagrace.com
*Attorneys for Steuben Foods, Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to the Court's Scheduling Order, I hereby confirm that this Response to Concise Statement of Undisputed Facts complies with the type and number limitations set in the Scheduling Order. I certify that this document contains 1,038 words, which were counted using the word count feature in Microsoft Word, in 14-point Times New Roman font.

DATED: June 21, 2021

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

W. Cook Alciati
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
(703) 556-9600
calciati@gardellagrace.com
*Attorneys for Steuben Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing document to be served

on June 21, 2021, upon the following in the manner indicated:

**BY E-MAIL:**

Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th
Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

J.C. Rozendaal
Byron L. Pickard
Michael E. Joffre
Deirdre M. Wells
William H. Milliken
Jean Paul Y. Nagashima
Anna G. Phillips
Robert E. Niemeier
STERNE, KESSLER, GOLDSTEIN
   & FOX, P.L.L.C.
1100 New York Ave. NW, Suite 600
Washington, DC 20005
(202) 371-2600
jcrozendaal@sternekessler.com
bpickard@sternekessler.com
mjoffre@sternekessler.com
dwells@sternekessler.com
wmilliken@sternekessler.com
ynagashima@sternekessler.com
aphillips@sternekessler.com
rniemeier@sternekessler.com
Steuben-ShibuyaSKGF@sternekessler.com


*/s/ Timothy Devlin*
Timothy Devlin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEUBEN FOODS, INC.,       )
                                 )
        Plaintiff,       )
                                 )
        v.              )   C.A. No. 1:19-cv-02181-CFC-CJB
                                 )
SHIBUYA HOPPMANN CORP.,   )   **REDACTED**
SHIBUYA KOGYO CO., LTD., and   )
HP HOOD LLC,            )
                                 )
        Defendants.     )

## DECLARATION OF W. COOK ALCIATI IN SUPPORT OF
## STEUBEN FOODS, INC.'S OPPOSITION TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT NO. 4

I, W. Cook Alciati, declare as follows:

1.     I am a principal at Gardella Grace P.A., co-counsel for Plaintiff Steuben Foods, Inc.  I submit this Declaration in support of Steuben's Opposition to Defendants' Motion for Summary Judgment No. 4.

2.     Attached hereto as Exhibit 55 is a true and correct annotated copy of U.S. Patent 6,209,591.

3.     Attached hereto as Exhibit 56 is a true and correct annotated copy of excerpts of the transcript of the August 20, 2020, *Markman* Hearing.  The full transcript was attached as Exhibit 3 to the Alciati Declaration, dated June 4, 2021. *See* Dkt. 637-3.

4.     Attached hereto as Exhibit 57 is a true and correct annotated copy of

excerpts of the April 30, 2021, deposition of James Glancey, which is marked Highly Confidential.  The entirety of the deposition transcript was attached as Exhibit 7 to the Alciati Declaration, dated June 4, 2021.  *See* Dkt. 637-7.

5.      Attached hereto as Exhibit 58 is a true and correct copy of annotated excerpts of the Opening Expert Report of James Glancey Regarding Invalidity of United States Patent Nos. 6,536,188, 6,209,591, and 6,702,985, dated February 23, 2021, which is marked as Highly Confidential.   The entirety of Dr. Glancey's Opening Expert Report was attached as Exhibit 7 to the Alciati Declaration, dated June 4, 2021.  *See* Dkt. 640-1.

6.      Attached hereto as Exhibit 59 is a true and correct copy of annotated excerpts of the Rebuttal Expert Report of Andre Sharon, Ph.D., dated March 18, 2021, on the issue of validity, which is marked as Highly Confidential.  The cover sheet to the report inadvertently refers to the report as relating to infringement.  The entirety of Dr. Sharon's Rebuttal Report was attached as Exhibit 24 to the Alciati Declaration, dated June 4, 2021.  *See* Dkt. 641-4.

7.      Attached hereto as Exhibit 60 is a true and correct annotated copy of the May 11, 2021, deposition transcript of Dr. Andre Sharon.

8.      Attached hereto as Exhibit 61 is a true and correct copy of annotated excerpts of the Opening Expert Report of David Bresnahan Regarding Invalidity of United States Patent Nos. 6,536,188, 6,209,591, and 6,702,985, dated February 23,

2021, which is marked as Highly Confidential.  The entirety of Dr. Bresnahan's Opening Report was attached as Exhibit 14 to the Alciati Declaration, dated June 4, 2021.  *See* Dkt. 640-2.

9.     Attached hereto as Exhibit 62 is a true and correct copy of annotated excerpts of the transcript of the May 4, 2021, deposition of David Bresnahan.  The entirety of the deposition transcript was attached as Exhibit 8 to the Alciati Declaration, dated June 4, 2021.  *See* Dkt. 637-8.

10.     Attached hereto as Exhibit 71 is a true and correct annotated copy of U.S. Patent 6,536,188.

11.     Attached hereto as Exhibit 72 is a true and correct copy of annotated excerpts from a magazine article titled Development of a PET Bottle In-Line Formation Aseptic Filling Line, Packaging Technology (August 1998) by K. Miyazaki and a true and correct copy of its certified English translation.  The document was produced bearing Bates range SHC-001-0009686 through SHC-001-0009702.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed this 21st day of June, 2021.

     */s/  W. Cook Alciati*
     W. Cook Alciati

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused copies of the foregoing document to be served

on June 21, 2021, upon the following in the manner indicated:

**<u>BY E-MAIL</u>:**

Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th
Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

J.C. Rozendaal
Byron L. Pickard
Michael E. Joffre
Deirdre M. Wells
William H. Milliken
Jean Paul Y. Nagashima
Anna G. Phillips
Robert E. Niemeier
STERNE, KESSLER, GOLDSTEIN
   & FOX, P.L.L.C.
1100 New York Ave. NW, Suite 600
Washington, DC 20005
(202) 371-2600
jcrozendaal@sternekessler.com
bpickard@sternekessler.com
mjoffre@sternekessler.com
dwells@sternekessler.com
wmilliken@sternekessler.com
ynagashima@sternekessler.com
aphillips@sternekessler.com
rniemeier@sternekessler.com
Steuben-ShibuyaSKGF@sternekessler.com


*/s/ Timothy Devlin*
Timothy Devlin

# EXHIBIT 55

US006209591B1

(12) **United States Patent**

Taggart

(10) Patent No.: **US 6,209,591 B1**

(45) Date of Patent: **Apr. 3, 2001**

(54) **APPARATUS AND METHOD FOR PROVIDING CONTAINER FILLING IN AN ASEPTIC PROCESSING APPARATUS**

(75) Inventor: **Thomas D. Taggart**, South Wales, NY (US)

(73) Assignee: **Steuben Foods, Inc.**, Elma, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/376,992**

(22) Filed: **Aug. 18, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/118,404, filed on Feb. 2, 1999.

(51) Int. Cl.[7] .......................................... **B65B 1/04**
(52) U.S. Cl. ................................ **141/89**; 141/129; 141/48
(58) Field of Search ................................ 141/89–93, 97, 141/172, 129, 275–278, 48, 63

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,380,984 | 8/1945 | Moeller . |
| 3,783,581 | 1/1974 | Pierce . |
| 3,891,779 | 6/1975 | Robinson . |
| 4,045,945 | 9/1977 | Moller et al. . |
| 4,175,140 | 11/1979 | Bachmann et al. . |
| 4,369,898 | 1/1983 | Andersson . |
| 4,494,357 | 1/1985 | DiGeronimo . |
| 4,566,591 | 1/1986 | Turtschan et al. . |
| 4,597,242 | 7/1986 | Hendriks et al. . |
| 4,622,800 | 11/1986 | Turtschan . |
| 4,730,482 | 3/1988 | Cerny et al. . |

| | | |
|---|---|---|
| 4,903,891 | 2/1990 | Gordon . |
| 4,936,486 | 6/1990 | Kummerer . |
| 4,987,721 | 1/1991 | Turtschan . |
| 4,987,726 | 1/1991 | Petho et al. . |
| 4,992,247 | 2/1991 | Foti . |
| 4,996,824 | 3/1991 | Torterotot . |
| 5,001,886 | 3/1991 | Turtschan . |
| 5,007,232 | 4/1991 | Caudill . |
| 5,163,487 * | 11/1992 | Clusserath ............................. 141/92 |
| 5,251,423 | 10/1993 | Turtschan . |
| 5,313,990 | 5/1994 | Clusserath . |
| 5,365,774 | 11/1994 | Horlacher . |
| 5,398,734 | 3/1995 | Hartel . |
| 5,406,772 | 4/1995 | Dinius . |
| 5,529,099 | 6/1996 | Janek et al. . |
| 5,564,481 | 10/1996 | Clusserath . |
| 5,673,535 | 10/1997 | Jagger . |
| 5,720,148 | 2/1998 | Bedin et al. . |
| 5,848,515 | 12/1998 | Catelli et al. . |
| 6,041,834 * | 3/2000 | Fujikawa et al. .................... 141/172 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 569 754 B1 | 5/1998 | (EP) . |
| 96-8699 | 6/1996 | (KR) . |

* cited by examiner

*Primary Examiner*—Steven O. Douglas
(74) *Attorney, Agent, or Firm*—Schmeiser, Olsen & Watts

(57) **ABSTRACT**

An apparatus and method for providing container product filling in an aseptic processing apparatus. An apparatus including a valve mechanism for controlling the opening or closing of a valve including extending a portion of the valve from a second sterile region into a first sterile region, thereby, preventing contaminants from being carried into the first sterile region.

**28 Claims, 22 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

Case 1:19-cv-02181-CFC-CJB   Document 700   Filed 06/28/21   Page 25 of 60 PageID #: 26717



**FIG. 12**



FIG. 13



**FIG. 14**



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 24



FIG. 23



FIG. 26



FIG. 25

## 1

### APPARATUS AND METHOD FOR PROVIDING CONTAINER FILLING IN AN ASEPTIC PROCESSING APPARATUS

This application claims benefit to U.S. provisional application Serial No. 60/118,404, filed Feb. 2, 1999.

### FIELD OF THE INVENTION

The present invention relates generally to systems for the aseptic packaging of food products. More particularly, the present invention relates to an apparatus and method for providing container product filling in an aseptic processing apparatus.

### BACKGROUND OF THE INVENTION

Sterilized packaging systems in which a sterile food product is placed and sealed in a container to preserve the product for later use are well known in the art. Methods of sterilizing incoming containers, filling the containers with pasteurized product, and sealing the containers in an aseptic sterilization tunnel are also known.

Liquid product fillers are known in the art. Generally, a container is placed under a filler head. The filler head opens and dispenses the liquid product. When the container is filled to a desired level, the filler head closes and stops the flow of liquid product into the container. Commonly, in line aseptic fillers use completely mechanical devices for measuring and dosing product into containers. These devices include a first apparatus for measuring the amount of material to be dispensed, and a second apparatus which functions as a filling nozzle. Typically, the first apparatus includes a piston cylinder apparatus for measuring the amount of material. The amount of material measured by the piston cylinder apparatus is limited by the diameter and stroke of the piston. The first and second apparatus include complicated mechanical members which are difficult to sterilize, clean, and maintain.

Typically, rotary fillers include multiple filling stations and allow about 7 to 15 seconds for filling. Some of the rotary bottle fillers use electronic measuring devices for dosing the desired amount of product into a bottle. In order to meet FDA (Food and Drug Administration) "aseptic" standards and 3A Sanitary Standards, all surfaces of the filler that come into contact with the liquid product must be sterilized. Before filling commences, a plurality of interior parts of the filler must be removed, sterilized, and replaced. This time consuming and expensive process is necessary in order to ensure the complete sterilization of all surfaces that come into contact with the liquid product.

Packaged food products can generally be categorized as high acid products (Ph below 4.5) or low acid products (Ph of 4.5 and above). The high acid content of a high acid product helps to reduce bacteria growth in the product, thereby increasing the shelf life of the product. The low acid content of a low acid product, however, necessitates the use of more stringent packaging techniques, and often requires refrigeration of the product at the point of sale.

Several packaging techniques, including extended shelf life (ESL) and aseptic packaging, have been developed to increase the shelf life of low acid products. During ESL packaging, for example, the packaging material is commonly sanitized and filled with a product in a presterilized tunnel under "ultra-clean" conditions. By using such ESL packaging techniques, the shelf life of an ESL packaged product is commonly extended from about 10 to 15 days to about 90 days. Aseptic packaging techniques, however,

## 2

which require that the packaging take place in a sterile environment, using presterilized containers, etc., are capable of providing a packaged product having an even longer shelf life of 150 days or more. In fact, with aseptic packaging, the shelf life limitation is often determined by the quality of the taste of the packaged product, rather than by a limitation caused by bacterial growth.

For the aseptic packaging of food products, an aseptic filler must, for example, use an FDA (Food and Drug Administration) approved sterilant, meet FDA qualtiy control standards, use a sterile tunnel or clean room, and must aseptically treat all packaging material. The food product must also be processed using an "Ultra High Temperature" (UHT) pasteurization process to meet FDA aseptic standards. The packaging material must remain in a sterile environment during filling, closure, and sealing operations.

Many attempts have been made, albeit unsuccessfully, to aseptically fill containers, such as bottles or jars having small openings, at a high output processing speed. In addition, previous attempts for aseptically packaging a low acid product in plastic bottles or jars (e.g., formed of polyethylene terepthalate (PET) or high density polyethylene (HDPE)), at a high output processing speed, have also failed. Furthermore, the prior art has not been successful in providing a high output aseptic filler that complies with the stringent United States FDA standards for labeling a packaged product as "aseptic." In the following description of the present invention, the term "aseptic" denotes the United States FDA level of aseptic.

### SUMMARY OF THE INVENTION

In order to overcome the above deficiencies, the present invention provides an apparatus and method for providing container product filling in an aseptic processing apparatus. Additionally, the present invention provides both a "Clean In Place" (CIP) process for cleaning, and a "Sterilizing in Place" for sterilizing all of the interior surfaces of the filler without having to disassemble the filler. The filler apparatus includes a smooth filling tube which is easy to clean and sterilize. The filler apparatus is used in a system for providing aseptically processed low acid products in a container having a small opening, such as a glass or plastic bottle or jar, at a high output processing speed. Many features are incorporated into the filler apparatus in order to meet various FDA aseptic standards and 3A Sanitary Standards and Accepted Practices.

The present invention generally provides an apparatus comprising:

a valve for controlling a flow of product;

a first sterile region surrounding a region where the product exits the valve;

a second sterile region positioned proximate said first sterile region;

a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the second sterile region.

The present invention generally provides a method comprising the steps of:

controlling a flow of product using a valve;

surrounding a region where the product exits the valve with a sterile region;

providing a second sterile region positioned proximate said first sterile region; and

3

controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the second sterile region.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features of the present invention will best be understood from a detailed description of the invention and a preferred embodiment, thereof selected for the purposes of illustration, and shown in the accompanying drawings in which:

FIG. 1 is plan view of an aseptic processing apparatus in accordance with a preferred embodiment of the present invention;

FIG. 2 side view of the aseptic processing apparatus of FIG. 1;

FIG. 3 is a partial cross-sectional side view of the aseptic processing apparatus of FIG. 1;

FIG. 4 is a cross-sectional side view of a bottle infeed and sterilization apparatus;

FIG. 5 illustrates a cross-sectional top view of the bottle infeed and sterilization apparatus taken along line 5—5 of FIG. 4;

FIG. 6 is an interior sectional view of an interior wall taken along line 6—6 of FIG. 4;

FIG. 7 is a cross-sectional view of the bottle infeed and sterilization apparatus taken along line 7—7 of FIG. 4;

FIG. 8 is a perspective view of a conveying plate for use in the aseptic processing apparatus of the present invention;

FIG. 9 is a perspective view of a partition in a sterilization tunnel;

FIG. 10 is a cross-sectional side view of an interior bottle sterilization apparatus and the partition located between stations 8 and 9;

FIG. 11 is a cross-sectional side view of the partition located between stations 22 and 23;

FIG. 12 is a cross-sectional side view of the partition located between stations 35 and 36;

FIG. 13 is a cross-sectional side view of a lid sterilization and heat sealing apparatus;

FIG. 14 is a side view of a lifting apparatus with a gripper mechanism for lifting the bottles from the sterilization tunnel;

FIG. 15 is a top view of the aseptic processing apparatus;

FIG. 16 is a side view of the aseptic processing apparatus indicating the control and monitoring locations that are interfaced with a control system;

FIG. 17 is a plan view of a daisy chain of lids;

FIG. 18 is a plan view of another embodiment of a daisy chain of lids with holes for receiving pins of a drive wheel;

FIG. 19 is another embodiment of the lid sterilization and heat sealing apparatus including a pin drive apparatus;

FIG. 20 is perspective view of the heat sealing and gripper apparatus;

FIG. 21 is a schematic diagram of a sterilization control system for the interior bottle sterilization apparatus;

FIG. 22 is a side view of a main product filler apparatus;

FIG. 23 is a cross-sectional view of a valve in a closed position in a first sterile region;

FIG. 24 is a cross-sectional view with a portion of a valve stem displaced from a non-sterile region into the first sterile region;

4

FIG. 25 is a cross-sectional view of the valve in a closed position in a first sterile region, and with the portion of the valve stem located in a second sterile region; and

FIG. 26 is a cross-sectional view of the valve in an open position where the portion of the valve located in the second sterile region has been displaced into the first sterile region.

## DETAILED DESCRIPTION OF THE INVENTION

Although certain preferred embodiments of the present invention will be shown and described in detail, it should be understood that various changes and modifications may be made without departing from the scope of the appended claims. The scope of the present invention will in no way be limited to the number of constituting components, the materials thereof, the shapes thereof, the relative arrangement thereof, etc., and are disclosed simply as an example of the preferred embodiment. The features and advantages of the present invention are illustrated in detail in the accompanying drawings, wherein like reference numerals refer to like elements throughout the drawings. Although the drawings are intended to illustrate the present invention, the drawings are not necessarily drawn to scale.

The present invention provides an aseptic processing apparatus 10 that will meet the stringent United States FDA (Food and Drug Administration) requirements and 3A Sanitary Standards and Accepted Practices required to label a food product (foodstuffs) as "aseptic." Hereafter, "aseptic" will refer to the FDA level of aseptic. The present invention provides an aseptic processing apparatus 10 for producing at least about a 12 log reduction of *Clostridium botulinum* in food products. In addition, the present invention produces packaging material with at least about a 6 log reduction of spores. Actual testing of the aseptic processing apparatus is accomplished with spore test organisms. These test organisms are selected on their resistance to the media selected used to achieve sterility. For example, when steam is the media, the test organism is *Bacillus stearothermophilus*. When hydrogen peroxide is the media, then the test organism is *Bacillus subtilis* var. *globigii*.

The present invention processes containers such as bottles or jars that have a small opening compared to its height and its greatest width (e.g., the ratio of the opening diameter to the height of the container is less than 1.0). In the preferred embodiment, a bottle 12 (see, e.g., FIG. 8) is illustrated as the container. The container may alternately comprise a jar. The bottle 12 is preferably formed of a plastic such as polyethylene terephthalate (PET) or high density polyethylene (HDPE), although other materials such as glass may also be used. The present invention uses an aseptic sterilant such as hydrogen peroxide ($H_2O_2$) or oxonia (hydrogen peroxide and peroxyacetic acid) to sterilize the bottles 12. In the preferred embodiment of the present invention, hydrogen peroxide is used as the sterilant. The present invention uses hydrogen peroxide with a concentration of less than about 35% and ensures that the bottles 12 have less than about 0.5 ppm of residual hydrogen peroxide after each bottle 12 is sterilized.

FIGS. 1–3 illustrate several views of an aseptic processing apparatus 10 in accordance with a preferred embodiment of the present invention. As shown, the aseptic processing apparatus 10 includes a first bottle unscrambler 20, a second bottle unscrambler 30, and a bottle lifter 40 for providing a supply of properly oriented empty bottles. The empty bottles are delivered to a filler apparatus 50 after passing through a bottle infeed and sterilization apparatus 60 for aseptic ster-

5

ilization. The filled bottles are sealed at a first capping apparatus **400** or a second capping apparatus **410**. A control system **550** monitors and controls the operation of the aseptic processing apparatus **10**. The filled and sealed bottles are packed and palletized using a first case packing apparatus **480**, a second case packing apparatus **490**, a first palletizer **500**, and a second palletizer **510**.

The bottles **12** arrive at a first bottle unscrambler **20** with a random orientation, such that an opening **16** (see FIG. **8**) of each bottle **12** can be oriented in any direction. The first bottle unscrambler **20** manipulates the bottles **12** until the opening **16** of each bottle **12** is in a top vertical position. The bottles **12** leave the first bottle unscrambler **20** in a series formation with the opening **16** of each bottle **12** oriented vertically. The bottles **12** travel in single file in a first lane **18** to a first bottle lifter **40**. The first bottle lifter **40** lifts and transports the bottles **12** to a bottle infeed and sterilization apparatus **60**. A second bottle unscrambler **30** may also used to provide a supply of vertically oriented bottles **12**. The bottles **12** output from the second bottle unscrambler **30** travel in single file in a second lane **22** to a second bottle lifter **42**, which lifts and transports the bottles **12** to the bottle infeed and sterilization apparatus **60**.

FIG. **3** illustrates the bottle infeed, sterilization, and conveying apparatus **60** attached to the filler apparatus **50**. FIG. **4** illustrates a cross-sectional side view of the bottle infeed, sterilization, and conveying apparatus **60**. FIG. **5** illustrates a cross-sectional top view of the bottle infeed, sterilization, and conveying apparatus **60** taken along line **5—5** of FIG. **4**. The bottle infeed and sterilization apparatus **60** preferably inputs six bottles **12** in a horizontal direction from the first lane **18** and six bottles in a horizontal direction from the second lane **22** (FIG. **5**). A gate **76** in the first lane **18** selectively groups six bottles **12** at a time in first horizontal row **24**. A gate **78** in the second lane **22** selectively groups six bottles **12** at a time in a second horizontal row **28**. An infeed apparatus **80** includes a pushing element **84** for pushing the bottles **12** in the first horizontal row **24** into a first vertical lane **26**. A corresponding infeed apparatus **80** includes a pushing element **86** for pushing the bottles **12** in the second horizontal row **28** into a second vertical lane **32**. The six bottles **12** in the first vertical lane **26** and the six bottles **12** in the second vertical lane **32** are directed downward into the bottle infeed and sterilization apparatus **60**.

Referring to FIG. **4**, as the bottles **12** move downward in the first vertical lane **26** and the second vertical lane **32**, a sterilant **14**, such as heated hydrogen peroxide, oxonia, or other aseptic sterilant, is applied to an outside surface **34** of each bottle **12** by a sterilant application apparatus **36**. The outside surface **34** of a bottle **12** is illustrated in greater detail in FIG. **8**. The bottles **12** may move downward in the first vertical lane **26** and the second vertical lane **32** by the force of gravity. Alternatively, controlled downward movement of the bottles **12** can be created by the use of a conveying device such as a moving conveying chain. A plurality of pins are attached to the conveying chain. Each bottle **12** rests on one of the pins attached to the conveying chain. Therefore, the motion of each bottle is controlled by the speed of the moving conveying chain.

A sterilant such as hydrogen peroxide may be provided to the sterilant application apparatus **36** in many ways. For example, liquid hydrogen peroxide may be provided in a reservoir at a level maintained by a pump and overflow pipe. A plurality of measuring cups (e.g., approximately 0.5 ml each) connected by an air cylinder are submerged into the reservoir and are lifted above the liquid level. Thus, a measured volume of liquid hydrogen peroxide is contained in each measuring cup.

6

Each measuring cup may include a conductivity probe that is configured to send a signal to the control system **550** indicating that the measuring cup is full. A tube (e.g., having a diameter of about $^1/_{16}$") is positioned in the center of the measuring cup. A first end of the tube is positioned near the bottom of the measuring cup. A second end of the tube is connected to the sterilant application apparatus **36**. The sterilant application apparatus **36** includes a venturi and a heated double tube heat exchanger. When the measuring cup is full, and a signal is received from the control system **550**, a valve is opened allowing pressurized sterile air to enter the venturi. The pressurized air flow causes a vacuum to be generated in second end of the tube causing liquid hydrogen peroxide to be pulled out of the measuring cup. The liquid hydrogen peroxide is sprayed into a sterile air stream which atomizes the hydrogen peroxide into a spray. The atomized hydrogen peroxide enters the double tube heat exchanger in order to heat the atomized hydrogen peroxide above its vaporization phase. The double tube heat exchanger is heated with steam and the temperature is monitored and controlled by the control system **550**. In FIG. **4**, the application of the sterilant **14** by the sterilant application apparatus **36** is accomplished through the use of spray nozzles **64** that produce a sterilant fog which is directed to the entire outside surface **34** of each bottle **12**.

Alternatively, a direct spray of heated hydrogen peroxide may be continuously applied to the outside surface **34** of each bottle **12**. For producing the direct spray, a metering pump regulates the amount of hydrogen peroxide, a flow meter continuously measures and records the quantity of hydrogen peroxide being dispensed, a spray nozzle produces a fine mist, and a heat exchanger heats the hydrogen peroxide above the vaporization point.

FIGS. **3** and **4** illustrate the sterilization chamber **38** for activation and drying of bottles **12** which is included in the bottle infeed, sterilization, and conveying apparatus **60**. The sterilization chamber **38** sterilizes the outside surface **34** of each bottle **12**. The sterilization chamber **38** encloses a conduit **39**. Sterile heated air, which is generated by a sterile air supply system **146** (FIG. **3**), enters the conduit **39** of the sterilization chamber **38** through ports **67** and **68** located at the bottom of the sterilization chamber **38**. The sterile heated air also enters through a bottom opening **62** of the bottle infeed and sterilization apparatus **60**. The sterile heated air travels up through the conduit **39** of the sterilization chamber **38**, and exits the top of the sterilization chamber **38** through an exhaust conduit **70**. The sterile heated air continuously flows in an upward direction through the sterilization chamber **38**, thus preventing any contaminants from entering the bottle infeed and sterilization apparatus **60**. To create the sterile heated air, the air is first passed through a filtering system (e.g., a group of double sterile air filters to sterilize the air. The air is then heated in a heating system (e.g., an electric heater) to about 230° F. The air temperature is regulated by the control system **550**. Other techniques for providing the sterile heated air may also be used. The control system **550** monitors the air pressure and flow rate of the sterile heated air to ensure that an adequate flow of the hot sterile air is maintained in the bottle sterilization chamber **38** of the bottle infeed and sterilization apparatus **60**.

As illustrated in FIGS. **4**, **6**, and **7**, the sterilization chamber **38** includes two opposing, interior, perforated walls **72A**, **72B**. The perforated walls **72A** and **72B** guide the bottles **12** downward in the first vertical lane **26** and the second vertical lane **32**, respectively. The perforated walls **72A**, **72B** also allow the complete circulation of hot sterile air around the outside surface **34** of each bottle **12** in the

US 6,209,591 B1

7

sterilization chamber 38. The sterilization chamber 38 supplies hot sterile air to the outside surface 34 of each bottle 12 between the sterilant application apparatus 36 and the bottom opening 62 of the bottle infeed and sterilization apparatus 60. This sterilant may be hydrogen peroxide or oxonia (hydrogen peroxide and peroxyacetic acid).

In accordance with the preferred embodiment of the present invention, twelve drying positions are provided in the sterilization chamber 38. Each bottle 12 is exposed to the hot sterile air in the sterilization chamber 38 for about at least 24 seconds. This provides time sufficient time for the hydrogen peroxide sterilant to break down into water and oxygen, to kill any bacteria on the bottles 12, and to evaporate from the outside surface 34 of the bottles 12.

An exhaust fan 73 is located at a top of the exhaust conduit 70 to provide an outlet from the sterilization tunnel 90, and to control the sterile air flow rate through the sterilization chamber 38. The exhaust fan 73 is controlled by the control system 550. The control system 550 controls the sterile air temperature preferably to about 230° F., and controls the sterile air flow rate through the sterilization chamber 38. The flow rate is preferably about 1800 scfm through the sterilization chamber 38. The bottles 12 leave the sterilization chamber 38 with a hydrogen peroxide concentration of less than 0.5 PPM.

As shown in FIGS. 3 and 4, a plurality of proximity sensors 71 located along the sides of the vertical lanes 26, 32 detect any bottle 12 jams that occur within the sterilization chamber 38. The proximity sensors 71 transmit an alarm signal to the control system 550. The bottles 12 leave the bottle infeed and sterilization apparatus 60 through the bottom opening 62, and enter a sterilization tunnel 90 of the filler apparatus 50.

In the preferred embodiment of the present invention, the filler apparatus 50 includes forty-one (41) index stations 92, hereafter referred to as "stations." Various index stations 92 are illustrated in FIGS. 3, 4, and 11–15. The conveying motion of the bottles 12 to the various stations 92 through the filler apparatus 50 is based on an indexing motion. The filler apparatus 50 is designed to convey the bottles 12 through the various operations of the filler 50 in a two by six matrix. The twelve bottles 12 in the two by six matrix are positioned in, and displaced by, a conveying plate 94 as illustrated in FIG. 8. Therefore, twelve bottles 12 are exposed to a particular station 92 at the same time. A conveying apparatus 100 moves the set of twelve bottles 12 in each conveying plate 94 sequentially through each station 92.

Referring to FIGS. 3 and 4, the bottles 12 are supplied from an infeed chamber 102 to station 2 of the filler apparatus 50 through the bottom opening 62 of the bottle infeed and sterilization apparatus 60. The infeed chamber 102 is enclosed to direct heated hydrogen peroxide laden air completely around the outer surface 34 of the bottles 12. A mechanical scissors mechanism and a vacuum "pick and place" apparatus 104 position twelve bottles 12 at a time (in a two by six matrix, FIG. 8) into one of the conveying plates 94.

A plurality of conveying plates 94 are attached to a main conveyor 106. The main conveyor 106 forms a continuous element around conveyor pulleys 108 and 110 as illustrated in FIG. 3. A bottle support plate 107 supports a bottom 120 of each bottle 12 as the bottles 12 are conveyed from station to station through the filler apparatus 50. Each conveying plate 94 passes through stations 1 through 41, around pulley 108, and returns around pulley 110 to repeat the process. The

8

main conveyor 106, conveying plates 94, and pulleys 108 and 110 are enclosed in the sterilization tunnel 90.

At station 4, the bottles 12 in the conveying plate 94 enter a bottle detection apparatus 112. The bottle detection apparatus 112 determines whether all twelve bottles 12 are actually present and correctly positioned in the conveying plate 94. Proximity sensors 114 detect the presence and the alignment of each bottle 12. In the present invention, a bottle 12 with correct alignment is in an upright position with the opening 16 of the bottle 12 located in an upward position. Information regarding the location of any misaligned or missing bottles 12 is relayed to the control system 550. The control system 550 uses this location information to ensure that, at future stations 92, bottle filling or sealing will not occur at the locations corresponding to the misaligned or missing bottles 12.

At station 7, as illustrated in FIGS. 3 and 10, the bottles 12 in the conveying plate 94 enter an interior bottle sterilization apparatus 116. A sterilant, such as hydrogen peroxide, oxonia, or any other suitable aseptic sterilant is applied as a heated vapor fog into the interior 118 of each bottle 12. Preferably, hydrogen peroxide is used as the sterilant in the present invention. The application of sterilant is accomplished with the use of a plurality of sterilant measuring devices 121 and a plurality of probes 123. Each probe 123 includes any practical means for transferring the sterilant from the probe 123 to the interior surface 119 of the bottle 12. For example, an opening or a plurality of openings may be used for ejecting the sterilant onto the interior surface 119. Preferably, in the present invention, an applicator spray nozzle 122 is included in each probe 123. The applicator spray nozzle 122 provides uniform sterilant application without droplet formation on the interior surface 119 of the bottle 12. A separate measuring device 121 and the probe 123 are used for each of the twelve bottle 12 locations in the conveying plate 94. Each sterilant measuring device 121 may include a spoon dipper 304 (e.g., approximately 0.5 ml each) as illustrated in FIG. 21. Each bottle 12 is supplied with the same measured quantity of sterilant, preferably in the form of a hot vapor fog. A pump 306 provides a sterilant (e.g., hydrogen peroxide) from a sterilant supply tank 310 to a reservoir 124. An overflow pipe 308 maintains the sterilant liquid level in the reservoir 124 by returning excess sterilant to the sterilant supply tank 310. The spoon dipper 304 connected to an air cylinder 316 is submerged into the reservoir 124 and is lifted above the liquid level. Thus, a measured volume of liquid hydrogen peroxide (e.g., approximately 0.5 ml) is contained in each spoon dipper 304.

Each spoon dipper 304 may include a conductivity probe that is configured to send a signal to the control system 550 indicating that the spoon dipper 304 is full. A tube 312 (e.g., having a diameter of about 1/16") is positioned in the center of the spoon dipper 304. A first end of the tube 312 is positioned near the bottom of the spoon dipper 304. A second end of the tube 312 is connected to an atomizing venturi 314.

A pressurized air source 318 is connected by a conduit 320 to a flow adjust valve 322. A conduit 324 connects the flow adjust valve 322 to a regulator valve 326. A conduit 328 connects the regulator valve 326 with a solenoid actuated valve 330. A conduit 332 connects the solenoid actuated valve 330 with the air cylinder 316. The control system 550 controls the solenoid actuated valve 330 which controls the compressed air supplied to the air cylinder 316. Compressed air supplied to the air cylinder 316 lowers or lifts the spoon dipper 304 into or out of the liquid sterilant.

9

A conduit 334 connects the flow adjust valve 322 with the regulator valve 336. A conduit 338 connects the regulator valve 336 with a sterile air filter 340. A conduit 342 connects the sterile air filter 340 with a solenoid actuated valve 344. A conduit 346 connects the solenoid actuated valve 344 with the atomizing venturi 314. When the spoon dipper 304 is full, and a signal is received from the control system 550, the solenoid actuated valve 344 is opened allowing pressurized sterile air to enter the atomizing venturi 314 through the conduit 346. The pressurized air flow causes a vacuum to be generated in the second end of the tube 312 causing liquid hydrogen peroxide to be pulled out of the spoon dipper 304.

A first supply of sterile air is supplied through conduit 346. The pressurized air supplied through conduit 346 is used to atomize the hydrogen peroxide sterilant in the atomizing venturi 314. Atomization of the liquid hydrogen peroxide may be provided by other means such as by using ultrasonic frequencies to atomize the liquid hydrogen peroxide.

A conduit 348 connects with the atomizing venturi 314, passes through a heat exchanger 350 (e.g., double tube heat exchanger), and connects with a probe 123 including the applicator spray nozzle 122. A conduit 352 connects a steam supply 354 with a valve 356. A conduit 358 connects the valve 356 with a regulator valve 360. A conduit 382 connects the regulator valve 360 with the heat exchanger 350.

A second supply of hot sterile air is supplied to the atomized sterilant through a conduit 378. A humidity control apparatus 362 maintains the humidity level of the air entering a blower 364. A conduit 366 connects the blower 364 with a heater 368. A conduit 370 connects the heater 368 with a sterile filter 372. A conduit 374 connects the sterile filter 372 with a flow adjust valve 376. The conduit 378 connects the flow adjust valve 376 with the conduit 348. A conduit 380 connects the sterile filter 372 with a bypass valve 382. The blower 364 operates continuously supplying humidity controlled air to the heater 368. The flow of heated sterile air is controlled with the flow adjust valve 376 and travels through conduit 378.

Exiting conduit 378, the second supply of hot sterile air enters the conduit 348 to mix with the atomized hydrogen peroxide from the atomizing venturi 314. Excess flow of heated sterile air travels through conduit 380 and passes through the bypass valve 382. The second supply of hot sterile air assists in obtaining a uniform concentration of hydrogen peroxide in the air stream in conduit 348 and provides enough momentum to ensure that all portions of the bottle 12 interior 118 are contacted by hydrogen peroxide. Furthermore, the second supply of hot sterile air is continuously blowing, whereas the first supply of sterile air and hydrogen peroxide in conduit 346 is intermittent corresponding to the movement of the bottles 12. Since the second supply of hot sterile air is continuous, hydrogen peroxide does not have the ability to fall out of the air stream and deposit in the delivery conduit 348 in the form of drops. This ensures that the delivery of hydrogen peroxide is consistent from one bottle 12 application to the next and does not allow a drop to be directed into the bottle 12 interior 118.

The mixture of heated sterile air and atomized hydrogen peroxide in conduit 348 passes through the double tube heat exchanger 350. The double tube heat exchanger 350 adds additional heat to the atomized hydrogen peroxide. Heat is supplied to the double tube heat exchanger 350 from the steam supply 354 controlled by the regulator valve 360. Generally, hydrogen peroxide has chemical stabilizers in it

10

that may cause a white powder precipitate to form on the inner surfaces of the double tube heat exchanger 350. This occurs when the temperature differential between the supplied steam heat and the gas to be heated is large. In the present invention, the temperature of the atomized hydrogen peroxide is typically about the same as the supplied steam heat so that a minimal amount of precipitate occurs. Another embodiment of the invention eliminates the need for the double tube heat exchanger 350 because the temperature of the atomized hydrogen peroxide is already at the desired temperature.

The temperature of the atomized gas entering the interior 118 of the bottle 12 is in the range of about 100° C. to 120° C. This temperature is limited to prevent the plastic bottles 12 from melting. The droplet size occurring on the interior surface 119 of the bottles 12 is in the range of about 300 to 500 micrometers. The initial concentration level of hydrogen peroxide on the interior surface 119 of the bottle 12 is about 35%.

As illustrated in FIG. 21, the control system 550 monitors the temperatures at locations denoted as "T" in the interior bottle sterilization apparatus 116. The temperartures "T" are measured in the conduit 348, in the heater 368, and in the conduit 370. Additionally, the control system 550 monitors the pressures at locations denoted as "P" as illustrated in FIG. 21. The pressures "p" are measured in the conduit 328, conduit 338, and in the conduit 382.

The control system 550 monitors and controls a spray apparatus 126 that includes the probe 123 including the applicator spray nozzles 122 FIG. 10. Each applicator spray nozzle 122 sprays the sterilant into the interior 118 of a corresponding bottle 12 as a hot vapor fog. The probe 123 including applicator spray nozzles 122 are designed to extend through the bottle openings 16. The probe 123 including applicator spray nozzles 122 descends into the interior 118 and toward the bottom of the bottles 12. This ensures the complete application of sterilant to the entire interior 118 and interior surface 119 of each bottle 12. Alternately, the probe 123 including the applicator spray nozzles 122 may be positioned immediately above the bottle openings 16 prior to the application of sterilant.

FIG. 9 illustrates a perspective view of a partition 130 that provides control of sterile air flow within the sterilization tunnel 90 of the filler apparatus 50. The partition 130 includes a top baffle plate 132, a middle baffle plate 134, and a bottom baffle plate 136. The top baffle plate 132 and the middle baffle plate 134 are provided with cut-outs 133 which correspond to the outer shape of each bottle 12 and to the outer shape of the conveyor plate 94. The cut-outs 133 allow each bottle 12 and each conveyor plate 94 to pass through the partition 130. A space 138 between the middle baffle plate 134 and the bottom baffle plate 136 allows each empty conveyor plate 94 to pass through the partition 130 as it travels on its return trip from the pulley 108 toward the pulley 110.

As illustrated in FIG. 3, partitions 130A, 130B, and 130C, are located within the sterilization tunnel 90. FIG. 10 illustrates a cross-sectional view of partition 130A including baffle plates 132A, 134A, and 136A. The partition 130A is located between stations 8 and 9. FIG. 11 illustrates a cross-sectional view of partition 130B including baffle plates 132B, 134B, and 136B. The partition 130B is located between stations 22 and 23. FIG. 12 illustrates a cross-sectional view of partition 130C including baffles 132C, 134C, and 136C. The partition 130C is located between stations 35 and 36. As illustrated in FIG. 3, sterile air is

US 6,209,591 B1

11

introduced through sterile air supply sources (e.g., conduits **140**, **142**, and **144**) into the sterilization tunnel **90**. The sterile air conduit **140** is located at station **23** (FIG. 11), the sterile air conduit **142** is located at station **27** (FIG. 3), and the sterile air conduit **144** is located at station **35** (FIG. 12).

The partition **130A** separates an activation and drying apparatus **152** from the interior bottle sterilization apparatus **116**. The partition **130B** separates the activation and drying apparatus **152** from a main product filler apparatus **160** and a lid sterilization and heat sealing apparatus **162**. Thus, a first sterilization zone **164** is created that includes the activation and drying apparatus **152**. Partition **130C** separates the main product filler apparatus **160** and the lid sterilization and heat sealing apparatus **162** from a bottle discharge apparatus **280**. Thus, partitions **130B** and **130C** create a second sterilization zone **166** that includes the main product filler apparatus **160** and the lid sterilization and heat sealing apparatus **162**. A third sterilization zone **172** includes the bottle discharge apparatus **280**. A fourth sterilization zone **165** includes the interior bottle sterilization apparatus **116**. The second sterilization zone **166** provides a highly sterile area where the bottles **12** are filled with a product and sealed. The second sterilization zone **166** is at a higher pressure than the first sterilization zone **164** and the third sterilization zone **172**. Therefore, any gas flow leakage is in the direction from the second sterilization zone **166** out to the first sterilization zone **164** and the third sterilization zone **172**. The first sterilization zone **164** is at a higher pressure than the fourth sterilization zone **165**. Therefore, gas flow is in the direction from the first sterilization zone **164** to the fourth sterilization zone **165**.

The partitions **130A**, **130B**, and **130C** create sterilization zones **164**, **165**, **166**, and **172** with different concentration levels of gas laden sterilant (e.g., hydrogen peroxide in air). The highest concentration level of sterilant is in the fourth sterilization zone **165**. For example, with the sterilant hydrogen peroxide, the concentration level of hydrogen peroxide is about 1000 ppm (parts per million) in the fourth sterilization zone **165**. The hydrogen peroxide sterilant level is about 3 ppm in the first sterilization zone **164**. The lowest concentration level of sterilant is in the second sterilization zone **166**. In the second sterilization zone **166**, the hydrogen peroxide sterilant concentration level is less than 0.5 ppm and typically about 0.1 ppm. Advantageously, this helps to maintain the main product filler apparatus **160** and the lid sterilization and heat sealing apparatus **162** at a low sterilant concentration level. This prevents unwanted high levels of sterilant to enter the food product during the filling and lidding process. The hydrogen peroxide sterilant concentration level is about 0.1 ppm in the third sterilization zone **172**.

As illustrated in FIG. 3, a gas such as hot sterile air enters the first sterilization zone **164** at a rate of about 2400 cfm (cubic feet per minute). The temperature of the hot sterile air is about 230° F. The hot sterile air enters the first sterilization zone **164** through conduit **148**. Additional hot sterile air enters the second sterile zone through sterile air conduits **140**, **142**, and **144** at a total rate of about 1000 cfm (FIG. 3). Also, hot sterile air enters at a rate of about 1800 cfm through ports **67** and **68** leading into the infeed and sterilization apparatus **60**. A portion of the hot sterile air exits the sterilization tunnel **90** at a rate of about 1500 cfm through a plurality of exhaust ports **153** located in the first sterilization zone **164** (FIG. 15). A portion of the hot sterile air exits the sterilization tunnel **90** at a rate about 100 cfm through an opening **282** (FIG. 14). The bottles **12** exit the sterilization tunnel **90** through the opening **282**. The continuous flow of sterile air flow out through the opening **282** prevents contaminants from entering the sterilization tunnel **90**.

12

As illustrated in FIG. 3, the hot sterile air is drawn out of the fourth sterilization zone **165** of the sterilization tunnel **90** through the bottom opening **62** in the bottle infeed and sterilization apparatus **60**. Next, the hot sterile air from the infeed and sterilization apparatus together with the fourth sterilization zone **165** exits out of the exhaust conduit **70** of the infeed and sterilization apparatus at a rate of about 3600 cfm. This outflow of hot sterile air from the bottle infeed and sterilization apparatus **60** prevents contaminants from entering the bottle infeed sterilization apparatus **60** and the sterilization tunnel **90**.

Stations **10** through **21** include twelve stations for directing hot sterile air into each bottle **12** for the activation and removal of the sterilant from the interior of the bottle **12**. In these twelve stations, a third supply of hot sterile air is provided through the sterile air supply system **146**. The sterile air supply system **146** supplies hot sterile air to a plurality of nozzles **150** in the activation and drying apparatus **152**. The hot sterile air flow in each bottle **12** is about 40 SCFM. Hot sterile air is supplied to the sterile air supply system **146** through conduit **148**. The air is first passed through a filtration system to sterilize the air. The air is then heated in a heating system to about 230° F. The air temperature is regulated by the control system **550**. Also, the control system **550** monitors the air pressure and flow rate to ensure that an adequate flow of hot sterile air is maintained in the sterilization tunnel **90** of the application and drying apparatus **152**.

As shown in FIG. 8, each bottle **12** generally has a small opening **16** compared to its height "H." A ratio of a diameter "D" of the bottle **12** to the height "H" of the bottle **12** is generally less than 1.0. The small bottle opening **16** combined with a larger height "H" restricts the flow of hot gas into the interior **118** of the bottle **12**. Also, PET and HDPE bottle materials have low heat resistance temperatures. These temperatures commonly are about 55° C. for PET and about 121° C. for HDPE. Typically, in the aseptic packaging industry, a low volume of air at a high temperature is applied to the packaging materials. This often results in deformation and softening of packaging materials formed of PET and HDPE. In order to prevent softening and deformation of the bottles **12**, when formed from these types of materials, the present invention applies high volumes of air at relatively low temperatures over an extended period of time in the activation and drying apparatus **152**. The plurality of nozzles **150** of the activation and drying apparatus **152** direct hot sterile air into the interior **118** of each bottle **12** (FIG. 11). A long exposure time is predicated by the geometry of the bottle **12** and the softening temperature of the material used to form the bottle **12**. In the present invention, about 24 seconds are allowed for directing hot sterile air from the plurality of nozzles **150** into each bottle for the activation and removal of sterilant from the interior surface **119** of the bottle **12**. To achieve aseptic sterilization, a minimum bottle temperature of about 131° F. should be held for at least 5 seconds. To achieve this bottle temperature and time requirements, including the time required to heat the bottle, the sterilant is applied for about 1 second and the hot sterile air is introduced for about 24 seconds. The hot sterile air leaves the nozzles **150** at about 230° F. and cools to about 131° F. when it enters the bottle **12**. The hot sterile air is delivered at a high volume so that the bottle **12** is maintained at about 131° F. for at least 5 seconds. The about 24 seconds provides adequate time for the bottle **12** to heat up to about 131° F. and to maintain this temperature for at least 5 seconds. After bottle **12** has dried, the residual hydrogen peroxide remaining on the bottle **12** surface is less than 0.5 PPM.

13

A foodstuff product is first sterilized to eliminate bacteria in the product. An "Ultra High Temperature" (UHT) pasteurization process is required to meet the aseptic FDA standard. The time and temperature required to meet the aseptic FDA standard depends on the type of foodstuff. For example, milk must be heated to 282° F. for not less than 2 seconds in order to meet the aseptic standards.

After UHT pasteurization, the product is delivered to a main product filler apparatus 160. The main product filler apparatus is illustrated in FIGS. 3, 13, and 22. The main product filler 160 can be sterilized and cleaned in place to maintain aseptic FDA and 3A standards. A pressurized reservoir apparatus 180 that can be steam sterilized is included in the main product filler apparatus. As illustrated in FIG. 22, the pressurized reservoir apparatus 180 includes an enclosed product tank 182 with a large capacity (e.g., 15 gallons). The product tank 182 is able to withstand elevated pressures of about 60 psig or more. The pressurized reservoir apparatus 180 also includes a level sensor 184, a pressure sensor 186, at least one volumetric measuring device 188 (two are shown as 188A, 188B), and at least one filling nozzle 190 (two are shown as 190A, 190B). The product tank 182 includes a single product inlet 250 with a valve cluster (not shown) including a sterile barrier to separate the product supply system (not shown) from the main product filler apparatus 160. The product tank 182 has an outlet with twelve connections. At each connections is a volumetric measuring device 188 such as a mass or volumetric flow meter. Pressurized steam or sterile air is supplied into the product tank 182 through the inlet 252. The product level 254 in the product tank 182 is measured by the level sensor 184. The control system 550 maintains the product level and pressure in the product tank 182. This supplies each filling nozzle 190 (e.g. 190A, 190B) with a constant pressure that ensures proper product delivery to the bottles 12.

Filling nozzles 190A, 190B are provided at stations 23, 25, respectively. Additionally, there are a plurality of corresponding volumetric measuring devices 188A and 188B to measure the volume of product entering each bottle 12 at stations 23 and 25, respectively. In accordance with the present invention, the volumetric measuring devices 188A and 188B are preferably electronic measuring devices such as a magnetic flow meter which measures the volume of product flow, or a mass flow meter which measures the weight of product flow. The electronic measuring devices provide filling accuracies of about 0.5%. The control system 550 calculates the desired volume of product to be inserted into each bottle 12, and controls the product volume by opening or closing a plurality of valves 194A and 194B included in the filling nozzles 190A and 190B, respectively. The amount of product delivered to the bottles 12 is controlled by the duration of time that the plurality of valves 194A and 194B are open. The control system 550 controls the duration of time. Thus, any desired quantity of product may be selected by controlling the duration of time that the valves 194A and 194B are open.

The activation mechanisms for valves 194A and 194B include valve stems 256A and 256B attached to actuators 258A and 258B, respectively. Each actuator 258A, 258B may include any suitable actuating apparatus (e.g. hydraulic, pneumatic, electrical, etc.). Preferably, in the present invention, the actuators 258A and 258B include air cylinders controlled by the control system 550. The actuators 258A and 258B are attached to the valve stems 256A and 256B, respectively. The actuators 258A and 258B displace the valve stems 256A and 256B in an upward and downward direction.

14

FIG. 23 illustrates the valve stem 256A attached to the valve 194A. A first sterile region 260 surrounds the nozzle 196A through which product 262A exits. The first sterile region 260 is connected to, and is at the same sterilization level as, the second sterilization zone 166 (FIG. 3) of the sterile tunnel 90. The valve 194A is in a closed position against nozzle 196A blocking the flow of product 262A into a bottle 12 (not shown) located in the first sterile region 260. A first portion 264A of the valve stem 256A is surrounded by a non-sterile region 268, for example, the area located outside of the sterile tunnel 90. Thus, the first portion 264A of the valve stem 256A is exposed with contaminants.

As illustrated in FIG. 24, the actuator 258A has displaced the valve stem 256A in a downward direction. The valve 194A is removed from the nozzle 196A allowing product 262A to flow into a bottle 12 (not shown). The first portion 264A of the valve stem 256A has entered the first sterile region 260. This may create a problem because the first portion 264A of the valve stem 256A may carry contaminants from the non-sterile region 268 into the first sterile region 260. In order to overcome this difficulty, the present invention has introduced a second sterile region 270 as illustrated in FIG. 25.

The second sterile region 270A is enclosed by a housing 272 and by a wall 274. The wall 274 separates the second sterile region 270A from the first sterile region 260. The first sterile region 260 is connected to, and is at the same sterilization level, as the second sterilization zone 166 of the sterile tunnel 90. A sterilizing media 424 is supplied to the second sterile region 270A through the inlet conduit 420A. An outlet conduit 422A may be added to allow the sterilizing media 424 to leave the second sterile region 270A. The sterilizing media 424 may include any suitable sterilant (e.g. steam, hydrogen peroxide, oxonia, etc.). The non-sterile region 268 lies outside of the housing 272. A second portion 266A of the valve stem lies in the non-sterile region 268. As illustrated in FIG. 25, the valve 194A is in a closed position against the nozzle 196A blocking the flow of product 262A into a bottle 12 (not shown) in the first sterile region 260. The first portion 264A of the valve stem 256A is surrounded by the second sterile region 270A. Thus, the first portion 266A of the valve stem 256A is maintained in a sterile condition.

As illustrated in FIG. 26, the actuator 258A has displaced the valve stem 256A in a downward direction. The valve 194A is removed from the nozzle 196A allowing product 262A to flow into a bottle 12 (not shown). The first portion 264A of the valve stem 256A has entered the first sterile region 260. In the present invention, the first portion 264A of the valve stem 256A has not introduced contaminants into the first sterile region 260 because the first portion 264A of the valve stem 256A was pre-sterilized in the second sterile region 270A before entering the first sterile region 260. The second portion 266A of the valve stem 256A has entered the second sterile region 270A from the non-sterile region 268. The second portion 266A of the valve stem 256A is sterilized in the second sterile region 270A removing any contaminants. Therefore, the second sterile region 270A removes any contaminants from the valve stem 256A before any portion of the valve stem 256A enters the first sterile region 260. Thus, contaminants are prevented from entering the sterile tunnel 90 through the filling nozzles 190A and 190B, and the valves 194A and 194B, respectively.

The plurality of valves 194A control the volume of product flowing through a corresponding plurality of nozzles 196A into the bottles 12 at station 23. The plurality of valves 194B control the volume of product flowing through a

US 6,209,591 B1

15

corresponding plurality of nozzles 196B into the bottles 12 at station 25. The control system 550 uses previously stored information provided by the bottle detection apparatus 112 to only allow filling to occur at the locations where bottles 12 are actually present and correctly aligned.

The initial sterilization process for the pressurized reservoir apparatus 180 includes the step of exposing all of the surfaces of the pressurized reservoir apparatus 180 that come in contact with the product to steam at temperatures above 250° F. for a minimum of about 30 minutes. Elements such as cups 198A and 198B (FIG. 22) are used to block off nozzle outlets 196A and 196B, respectively, to allow a build-up of steam pressure to about 50 psig inside the pressurized reservoir apparatus 180. Condensate generated as the steam heats the interior surfaces of the pressurized reservoir apparatus 180 is collected in the cups 198A and 198B. This condensate is released when the cups 198A and 198B are removed from the nozzle outlets 196A and 196B. Once the interior surfaces of the pressurized reservoir apparatus 180 are sterilized, the steam is shut off, and sterile air is used to replace the steam. The sterile air reduces the interior temperature of the pressurized reservoir apparatus 180 to the temperature of the product before the product is allowed to enter the enclosed product tank 182. As shown in FIG. 13, sterile air is directed through sterile air conduits 142 and 144 into the second sterilization zone 166 at a volume rate of about 800 scfm. The sterile air flow entering the second sterilization zone 166 provides sterile air to the main product filler apparatus 160 and to the lid sterilization and heat sealing apparatus 162.

The main product filler apparatus 160 includes a separate filling position for each bottle. A bottle 12 moves into position under a nozzle 196. The bottle stops and the valve 194 opens allowing product 262 to enter the bottle 12. The volumetric measuring device 188 measure the amount of product entering the bottle 12. Next, when the desired bottle 12 fill level is achieved, the valve 194 is closed. The control system 550 controls the valve opening and closing. Additionally, the control system 550 does not allow product 262 to flow if a bottle 12 is not present. The bottle 12 filling operation is completed for six bottles at station 23 and for six bottles at station 25. The filling cycle is repeated for each cycle of the aseptic processing apparatus 10. In the present invention the bottle filling time is about 1.5 seconds. Another embodiment of the present invention adds a second main product filler apparatus 160B located at, for example, stations 27 and 29 (FIG. 22). In this embodiment, the bottles 12 are partially filled by the first main product filler apparatus 160 at stations 23 and 25. Next, the bottles are moved to the second main product filler apparatus 160B where the filling of each bottle is completed at stations 27 and 29. For example, in filling each 16 fluid ounce bottle 12, the first main product filler apparatus 160 would fill the first 8 ounces in about 1.5 seconds. Next, the second main product filler apparatus 160 would fill the remaining 8 ounces in each bottle 12 in another about 1.5 seconds. The second main product filler 160B allows the operation to be kept to about 1.5 seconds at each main product filler apparatus 160, 160B. This allows the conveying apparatus 100 to move the bottles through the aseptic processing apparatus 10 at speeds greater than about 350 bottles 12 per minute.

FIGS. 3, 13, 16 and 19 illustrate the lid sterilization and heat sealing apparatus 162. A lid 200 is applied to each of the twelve bottles 12 at station 33. For a fully aseptic bottle filler, complete lid 200 sterilization is necessary, and therefore a sterilant such as hydrogen peroxide is typically used. In the present invention, the lids are formed of a material

16

such as foil or plastic. The lids 200 are joined together by a small interconnecting band 203 that holds them together to form a long continuous chain of lids 200, hereinafter referred to as a "daisy chain" 202. The daisy chain 202 of lids is illustrated in FIGS. 17. A daisy chain 202 of lids 200 is placed on each of a plurality of reels 210. For the twelve bottle configuration of the present invention, six of the reels 210, each holding a daisy chain 202 of lids 200, are located on each side of a heat sealing apparatus 214. Each daisy chain 202 of lids 200 winds off of a corresponding reel 210 and is sterilized, preferably using a hydrogen peroxide bath 204. The concentration of hydrogen peroxide can range from about 30 to 40%, however, preferably the concentration is about 35%. Each lid 200 remains in the hydrogen peroxide bath 204 for at least about 6 seconds. A plurality of hot sterile air knives 208, which are formed by jets of hot sterile air, activate the hydrogen peroxide to sterilize the lids 200 on the daisy chain 202. The hot sterile air temperature is about 135° C. The hot air knives 208 also remove excess hydrogen peroxide from the lids 200. A plurality of heated platens 205 further dry the lids 200 so that the residual concentration of hydrogen peroxide is less than 0.5 PPM. The hydrogen peroxide bath 204 prevents any contaminants from entering the sterilization tunnel 90 via the lidding operation.

Once sterilized, the lids 200 enter the sterilization tunnel 90 where they are separated from the daisy chain 202 and placed on a bottle 12. Each lid is slightly larger in diameter then that of the opening 16 of a bottle 12. During the placement of the lid 200 on the bottle 12, a slight mechanical crimp of the lid 200 is formed to locate and hold the lid 200 on the bottle 12. The crimp holds the lid 200 in place on the bottle 12 until the bottle 12 reaches a station 33 for sealing. Sealing may also be accomplished without having to provide the mechanical crimp on the lid 200.

Another embodiment of a lid sterilization and heat sealing apparatus 552 is illustrated in FIG. 19. As illustrated in FIG. 18, the daisy chain 215 of lids 200 includes a hole 207 located in each interconnecting band 203. Each hole 207 receives a pin 209 of a drive sprocket 211.

The daisy chain 215A, 215B of lids 200 is placed on each of a plurality of reels 210 (e.g. 210A and 210B). For the twelve bottle configuration of the present invention, six of the reels 210, each holding a daisy chain 215A, 215B of lids 200, are located on each side of a heat sealing apparatus 214. Each daisy chain 215A, 215B of lids 200 winds off of a corresponding reel 210 and is sterilized preferably using a hydrogen peroxide bath 204. The concentration of hydrogen peroxide can range from about 30 to 40%, however, preferably the concentration is about 35%. The lids 200 remain in the hydrogen peroxide bath 204 for at least about 6 seconds. A plurality of hot sterile air knives 208, which are formed by jets of hot sterile air, activate the hydrogen peroxide to sterilize the lids 200 on the daisy chain 215A, 215B. The hot sterile air temperature is about 135° C. The hot air knives 208 also remove excess hydrogen peroxide form the lids 200. A plurality of heated platens 205 further dry the lids 200 so that the residual concentration of hydrogen peroxide is less than 0.5 PPM. The hydrogen peroxide bath 204 prevents any contaminants from entering the sterilization tunnel 90 via the lidding operation. The drive sprocket 211A includes a plurality of pins 209 that engage with the holes 207 of the daisy chain 215A. The drive sprocket 211A rotates in a counterclockwise direction and indexes and directs the daisy chain 215A, through a plurality of guides 217A. The guides 217A may include a plurality of rollers 221A to further guide and direct an end 219A of the daisy chain 215A over the bottle 12A. The drive sprocket

US 6,209,591 B1

17

18

211B includes a plurality of pins 209 that engage with the holes 207 of the daisy chain 215B. The drive sprocket 211B rotates in a clockwise direction and indexes and directs the daisy chain 215B through a plurality of guides 217B. The guides 217B may include a plurality of rollers 221B to further guide and direct an end 219B of the daisy chain 215B over the bottle 12B.

Once sterilized, the lids 200 enter the sterilization tunnel 90 where they are separated from the daisy chain 215A, 217B and placed on the bottle 12A, 12B. At station 33, the lids 200 are applied to the bottles 12. As illustrated in FIGS. 13 and 20, the heat sealing apparatus 214 includes a heated platen 216 that applies heat and pressure against each lid 200 for a predetermined length of time, to form a seal between the lid 200 and the bottle 12A, 12B. Although lidding for a bottle has been described, it should be appreciated that lidding of other containers (e.g. jars) can be provided by the present invention. FIG. 20 illustrates a perspective view of the heat sealing apparatus 214, the daisy chain 215A, the gripper apparatus 554, the bottle 12A, and the conveying plate 94. The lid 200 is located above the bottle opening 16. The gripper apparatus 554 includes a grip 223 for capturing the bottle 12A by a bottle lip 225. The gripper apparatus 554 lifts the bottle 12A in an upward direction so that the lid 200 is pressed between a bottle top lip 227 and the heated platen 216. The interconnecting band 203 severs and separates the lid 200 on the bottle 12 from the next lid on the daisy chain 215A. The heated platen 216 is in a two by six configuration to seal twelve of the bottles 12 at a time. There is a separate gripper apparatus 554 for each of the twelve bottles 12. After each bottle 12 is sealed, its gripper apparatus 554 lowers and releases the bottle 12 and each bottle 12 continues to station 37.

At station 37, the lid 200 seal and bottle 12 integrity are checked in a known manner by a seal integrity apparatus (not shown) comprising, for example, a bottle squeezing mechanism and a proximity sensor. Each bottle 12 is squeezed by the bottle squeezing mechanism which causes the lid 200 on the bottle 12 to extend upward. The proximity sensor detects if the lid 200 has extended upward, which indicates an acceptable seal, or whether the seal remains flat, which indicates a leaking seal or bottle 12. The location of the defective bottles 12 are recorded by the control system 550 so that the defective bottles 12 will not be packed.

Bottle discharge from the sterilization tunnel 90 of the filler apparatus 50 occurs at stations 38 and 40 as illustrated in FIGS. 3, 13 and 14. A bottle discharge apparatus 280 is located at stations 38 and 40. At this point in the filler apparatus 50, the filled and sealed bottles 12 are forced in an upward direction such that a top portion 284 of each bottle 12 protrudes through the opening 282 in the sterilization tunnel 90 (FIG. 14). A rotating cam 290 or other suitable means (e.g., an inflatable diaphragm, etc.) may be used to apply a force against the bottom 120 of each bottle 12 to force the bottle 12 in an upward direction.

As illustrated in FIG. 14, the bottle discharge apparatus 280 comprises a lifting apparatus 286 that includes a gripper 288 that grasps the top portion 284 of each bottle 12 and lifts the bottle 12 out through the opening 282 in the sterilization tunnel 90. In order to ensure that contaminated air cannot enter the sterilization tunnel 90, the sterile air in the sterilization tunnel 90 is maintained at a higher pressure than the air outside the sterilization tunnel 90. Thus, sterile air is always flowing out of the sterilization tunnel 90 through the opening 282. In addition, the gripper 288 never enters the sterilization tunnel 90, because the top portion 284 of the bottle 12 is first lifted out of the sterilization tunnel 90 by the action of the rotating cam 290 before being grabbed by the gripper 288.

FIG. 15 illustrates a top view of the filler apparatus 50 including the bottle infeed and sterilization apparatus 60, the interior bottle sterilization apparatus 116, and the activation and drying apparatus 152. FIG. 15 additionally illustrates the main filler apparatus 160, the lid sterilization and heat sealing apparatus 162, and the bottle discharge apparatus 280.

Referring again to FIGS. 1 and 14, the lifting apparatus 286 lifts the bottles 12 at station 38 and places the bottles 12 in a first lane 292 that transports the bottles 12 to a first capping apparatus 410. In addition, the lifting apparatus 286 lifts the bottles 12 at station 40 and places the bottles 12 in a second lane 294 that transports the bottles 12 to a second capping apparatus 400.

The first capping apparatus 410 secures a cap (not shown) on the top of each bottle 12 in the first lane 292. The second capping apparatus 400 secures a cap on the top of each bottle 12 in the second lane 294. The caps are secured to the bottles 12 in a manner known in the art. It should be noted that the capping process may be performed outside of the sterilization tunnel 90 because each of the bottles 12 have previously been sealed within the sterilization tunnel 90 by the lid sterilization and heat sealing apparatus 162 using a sterile lid 200.

After capping, the bottles 12 are transported via the first and second lanes 292, 294 to labelers 460 and 470. The first labeling apparatus 470 applies a label to each bottle 12 in the first lane 292. The second labeling apparatus 460 applies a label to each bottle 12 in the second lane 294.

From the first labeling apparatus 470, the bottles 12 are transported along a first set of multiple lanes (e.g., 4) to a first case packing apparatus 490. From the second labeling apparatus 460, the bottles 12 are transported along a second set of multiple lanes to a second case packing apparatus 480. Each case packing apparatus 480, 490 gathers and packs a plurality of the bottles 12 (e.g., twelve) in each case in a suitable (e.g., three by four) matrix.

A first conveyor 296 transports the cases output by the first case packer 490 to a first palletizer 510. A second conveyor 298 transports the cases output by the second case packer 480 to a second palletizer 500. A vehicle, such as a fork lift truck, then transports the pallets loaded with the cases of bottles 12 to a storage warehouse.

Referring again to FIG. 3, the main conveyor 106 and each conveying plate 94 are cleaned and sanitized once during each revolution of the main conveyor 106. Specifically, after each empty conveying plate 94 passes around the pulley 108, the conveying plate 94 is passed through a liquid sanitizing apparatus 300 and a drying apparatus 302. The liquid sanitizing apparatus 300 sprays a mixture of a sterilizing agent (e.g., oxonia, (hydrogen peroxide and peroxyacetic acid)) over the entire surface of each conveying plate 94 and associated components of the main conveyor 106. In the drying apparatus 302, heated air with is used to dry the main conveyor 106 and conveying plates 94.

Stations 1 through 40 are enclosed in the sterilization tunnel 90. The sterilization tunnel 90 is supplied with air that is pressurized and sterilized. The interior of the sterilization tunnel 90 is maintained at a pressure higher than the outside environment in order to eliminate contamination during the bottle processing. In addition, to further ensure a sterile environment within the sterilization tunnel 90, the sterile air supply provides a predetermined number of air changes (e.g., 2.5 changes of air per minute) in the sterilization tunnel 90.

**19**

Before bottle production is initiated, the bottle infeed and sterilization apparatus 60 and the filler apparatus 50 are preferably sterilized with an aseptic sterilant. For example, a steriliant such as a hot hydrogen peroxide mist may be applied to all interior surfaces of the bottle infeed and sterilization apparatus 60 and the filler apparatus 50. Then, hot sterile air is supplied to activate and remove the hydrogen peroxide, and to dry the interior surfaces of the bottle infeed and sterilization apparatus 60 and the filler apparatus 50.

FIG. 16 is a side view of the aseptic processing apparatus 10 of the present invention indicating the location of the control and monitoring devices that are interfaced with the control system 550. The control system 550 gathers information and controls process functions in the aseptic processing apparatus 10. A preferred arrangement of the control and monitoring devices are indicated by encircled letters in FIG. 16. A functional description of each of the control and monitoring devices is listed below. It should be noted that these control and monitoring devices are only representative of the types of devices that may be used in the aseptic processing apparatus 10 of the present invention. Other types and combinations of control and monitoring devices may be used without departing from the intended scope of the present invention. Further, control system 550 may respond in different ways to the outputs of the control and monitoring devices. For example, the control system 550 may automatically adjust the operational parameters of the various components of the aseptic processing apparatus 10, may generate and/or log error messages, or may even shut down the entire aseptic processing apparatus 10. In the preferred embodiment of the present invention, the control and monitoring devices include:

A. A bottle counter to ensure that a predetermined number of the bottles 12 (e.g., six bottles) on each upper horizontal row 24, 28 enter the loading area of the bottle infeed and sterilization apparatus 60.

B. A proximity sensor to ensure that the first group of bottles 12 has dropped into the first bottle position in the bottle infeed and sterilization apparatus 60.

C1. A conductivity sensor to ensure that the measuring cup used by the steriliant application apparatus 36 is full.

C2. A conductivity sensor to ensure that the measuring cup used by the steriliant application apparatus 36 is emptied in a predetermined time.

C3. A pressure sensor to ensure that the pressure of the air used by the steriliant application apparatus 36 is within predetermined atomization requirements.

C4. A temperature sensor to ensure that each heat heating element used by the steriliant application apparatus 36 is heated to the correct temperature.

D. A proximity sensor (e.g., proximity sensor 71, FIG. 3) to ensure that a bottle jam has not occurred within the bottle infeed and sterilization apparatus 60.

E. A temperature sensor to ensure that the temperature of the heated sterile air entering the bottle infeed and sterilization apparatus 60 is correct.

F. A proximity sensor that to ensure that each conveying plate 94 is fully loaded with bottles 12.

G1. A conductivity sensor to ensure that the measuring cup used by the interior bottle sterilization apparatus 116 is full.

G2. A conductivity sensor to ensure that the measuring cup used by the interior bottle sterilization apparatus 116 is emptied in a predetermined time.

**20**

G3. A pressure sensor to ensure that the pressure of the air used by the interior bottle sterilization apparatus 116 is within predetermined atomization requirements.

G4. A temperature sensor to ensure that each heat heating element used by the interior bottle sterilization apparatus 116 is heated to the correct temperature.

H. A temperature sensor to ensure that the air drying temperature within the activation and drying apparatus 152 is correct.

I. A plurality of flow sensors to ensure that the airflow rate of the sterile air entering the sterilization tunnel 90 is correct.

J. A pressure sensor to ensure that the pressure of the sterile air entering the activation and drying apparatus 152 is correct.

K. A measuring device (e.g., volumetric measuring device 188, FIG. 3) to ensure that each bottle 12 is filled to a predetermined level.

L. A pressure sensor to ensure that the pressure in the product tank 182 is above a predetermined level.

M. A level sensor to ensure that the level of product in the product tank 182 is maintained at a predetermined level.

N. Proximity sensors to ensure that the daisy chains 202 of lids 200 are present in the lid sterilization and heat sealing apparatus 162.

O. A level sensor to ensure that the hydrogen peroxide level in the hydrogen peroxide bath 204 in the lid sterilization and heat sealing apparatus 162 is above a predetermined level.

P. A temperature sensor to ensure that the temperature of the hot sterile air knives 208 of the lid sterilization and heat sealing apparatus 162 is correct.

Q. A temperature sensor to ensure that the heat sealing apparatus 214 is operating at the correct temperature.

R. Proximity sensors to ensure that the bottles 12 are discharged from the filler.

S. A speed sensor to measure the speed of the conveying apparatus 100.

T. A concentration sensor to ensure that the concentration of oxonia is maintained at a predetermined level in the sanitizing apparatus 300.

U. A pressure sensor to ensure that the pressure of the oxonia is maintained above a predetermined level in the sanitizing apparatus 300.

V. A temperature sensor to ensure that the drying temperature of the drying apparatus 302 is correct. The following steps are performed during the "Clean In Place" (CIP) process in the filler apparatus 50;

23. Conductivity sensor to verify caustic and acid concentrations.

24. Temperature sensor to verify "Clean In Place" solution temperatures.

25. Flow meter to verify "Clean In Place" flow rates.

26. Time is monitored to ensure that adequate cleaning time is maintained.

The follow steps are performed during sterilization of the bottle filler apparatus 50;

27. Temperature sensors for measuring steam temperatures.

28. Proximity sensors to ensure filler nozzle cleaning/sterilization cups are in position.

29. Temperature sensors for air heating and cooling.

30. Flow meter for hydrogen peroxide injection.

21

31. Time is monitored to ensure the minimum time periods are met (steam, hydrogen peroxide application and activation/drying).

The foregoing description of the present invention has been presented for purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed, and many modifications and variations are possible in light of the above teaching. Such modifications and variations that may be apparent to a person skilled in the art are intended to be included within the scope of this invention.

I claim:

1. Apparatus comprising:

a valve for controlling a flow of product;

a first sterile region surrounding a region where the product exits the valve;

a continuously sterilized second sterile region positioned proximate said first sterile region whereby said second sterile region is continuously sterilized during operation;

a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the continuously sterilized second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the continuously sterilized second sterile region.

2. The apparatus of claim 1, further including:

a tank for containing a pressurized supply of the product; and

a measuring device connected to the tank for measuring an amount of the product flowing from the tank to the valve.

3. Apparatus comprising:

a tank for containing a supply of a pressurized product;

a measuring device connected to the tank for measuring an amount of the product flowing from the tank to a container;

a filling nozzle connected to the measuring device for directing product flow into the container;

a valve located within the filling nozzle for controlling the flow of product;

a first sterile region surrounding a region where the product exits the valve;

a valve stem attached to the valve for controlling the opening or closing of the valve;

a sterilization chamber surrounding a first portion of the valve stem; and

a valve activation mechanism for controlling the opening or closing of the valve by extending the first portion of the valve stem from the sterilization chamber into the first sterile region and by retracting the first portion of the valve stem from the first sterile region back into the sterilization chamber.

4. The apparatus of claim 3, wherein the container is a bottle.

5. The apparatus of claim 3, wherein the tank is pressurized with sterile air.

6. The apparatus of claim 3, further including a level measuring device for measuring the level of the product in the tank.

7. The apparatus of claim 6, wherein the measuring device is a volume flow meter.

8. The apparatus of claim 7, wherein the volume flow meter is a magnetic flow meter.

22

9. The apparatus of claim 6, wherein the measuring device is a mass flow meter.

10. The apparatus of claim 3, wherein the valve activation mechanism includes an air cylinder.

11. The apparatus of claim 3, wherein the sterilization chamber includes a sterilant flowing through the sterilization chamber to provide sterilization and cleaning of the first portion of the valve stem.

12. The apparatus of claim 11, wherein the sterilant is steam.

13. The apparatus of claim 11, wherein the sterilant is hydrogen peroxide.

14. The apparatus of claim 3, further including a removable device for blocking off an exit of the valve to allow a build-up of steam pressure inside the tank during an initial apparatus sterilization.

15. The apparatus of claim 3, wherein the container is filled to a first level with the product exiting from the filling nozzle and wherein the container is filled to a second level with product exiting from a second filling nozzle.

16. A method comprising the steps of:

controlling a flow of product using a valve;

surrounding a region where the product exits the valve with a sterile region;

providing a continuously sterilized second sterile region positioned proximate said first sterile region whereby said second sterile region is continuously sterilized during operation;

controlling the opening or closing of the valve by extending a portion of the valve from the continuously sterilized second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the continuously sterilized second sterile region.

17. The method of claim 16, further including the step of providing a tank for containing a supply of pressurized product flowing to the valve.

18. The method of claim 17, further including the step of providing a measuring device for measuring the amount of pressurized product flowing from the tank to the valve.

19. The method of claim 18 further including the steps of:

exposing the valve, an interior surface of the tank, and an interior surface of the measuring device with steam;

covering an exit of the valve; and

allowing a build-up of steam pressure inside the tank to above a temperature of about 250° F., a steam pressure of about 50 psig, for about 30 minutes.

20. The method of claim 16, further including the step of providing a second apparatus wherein the container is filled to a first level with the product exiting from the first apparatus, and the container is filled to a second level with the product exiting from the second apparatus.

21. The method of claim 20 further including the steps of:

uncovering the exit of the valve; and

providing sterile air to reduce the temperature of the valve, the interior surface of the tank, and the interior surface of the measuring device to the temperature of the product.

22. A method comprising the steps of:

controlling a flow of product using a valve;

surrounding a region where the product exits the valve with a sterile region;

providing a second sterile region positioned proximate said first sterile region;

controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region

US 6,209,591 B1

23

into the first sterile region and by retracting the portion of the valve from the first sterile region back into the second sterile region;

providing a tank for containing a supply of pressurized product flowing to the valve;

providing a measuring device for measuring the amount of pressurized product flowing from the tank to the valve;

exposing the valve, an interior surface of the tank, and an interior surface of the measuring device with steam;

covering an exit of the valve; and

allowing a build-up of steam pressure inside the tank to above a temperature of about 250° F., a steam pressure of about 50 psig, for about 30 minutes.

**23**. A method comprising the steps of:

controlling a flow of product using a valve;

surrounding a region where the product exits the valve with a sterile region;

providing a second sterile region positioned proximate said first sterile region;

controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the second sterile region;

providing a second apparatus wherein the container is filled to a first level with the product exiting from the first apparatus, and the container is filled to a second level with the product exiting from the second apparatus;

uncovering the exit of the valve; and

providing sterile air to reduce the temperature of the valve, the interior surface of the tank, and the interior surface of the measuring device to the temperature of the product.

24

**24**. Apparatus comprising:

an inline bottle filing apparatus including:

a valve for controlling a flow of product;

a first sterile region surrounding a region where the product exits the valve;

a second sterile region positioned proximate said first sterile region;

a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region into the second sterile region.

**25**. The apparatus of claim **24**, further comprising a sterile tunnel.

**26**. Apparatus comprising:

a valve for controlling a flow of product into a bottle;

a first sterile region surrounding a region where the product exits the valve;

a second sterile region positioned proximate said first sterile region;

a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region, such that the valve does not contact the bottle, and by retracting the portion of the valve from the first sterile region back into the second sterile region.

**27**. The apparatus of claim **26**, further comprising a sterile tunnel.

**28**. The apparatus of claim **27**, wherein the valve mechanism fills the bottle such that the atmospheric pressure of the interior of the bottle is the same atmospheric pressure of the sterile tunnel.

\*   \*   \*   \*   \*

US006209591C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (9958th)

# United States Patent

Taggart

(10) **Number:** US 6,209,591 C1
(45) **Certificate Issued:** Nov. 25, 2013

(54) **APPARATUS AND METHOD FOR PROVIDING CONTAINER FILLING IN AN ASEPTIC PROCESSING APPARATUS**

(75) Inventor: **Thomas D. Taggart**, South Wales, NY (US)

(73) Assignee: **Steuben Foods Incorporated**, Jamaica, NY (US)

**Reexamination Request:**
No. 90/012,533, Sep. 13, 2012

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **6,209,591** |
| Issued: | **Apr. 3, 2001** |
| Appl. No.: | **09/376,992** |
| Filed: | **Aug. 18, 1999** |

**Related U.S. Application Data**

(60) Provisional application No. 60/118,404, filed on Feb. 2, 1999.

(51) **Int. Cl.**
*B65B 1/04* (2006.01)

(52) **U.S. Cl.**
USPC ................................ **141/89**; 141/48; 141/129

(58) **Field of Classification Search**
USPC .............................................. 141/89, 48, 129
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,533, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Matthew C. Graham

(57) **ABSTRACT**

An apparatus and method for providing container product filling in an aseptic processing apparatus. An apparatus including a valve mechanism for controlling the opening or closing of a valve including extending a portion of the valve from a second sterile region into a first sterile region, thereby, preventing contaminants from being carried into the first sterile region.



US 6,209,591 C1

**1**

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claim **23** is cancelled.

Claims **1**, **3**, **16**, **22**, **24** and **26** are determined to be
patentable as amended.

Claims **2**, **4-15**, **17-21**, **25** and **27-28**, dependent on an
amended claim, are determined to be patentable.

1. Apparatus *for aseptically filling a series of bottles* comprising:
- a valve for controlling a flow of *low-acid food* product *at a rate sufficient to dispense the food product at a rate of more than 350 bottles per minute in a single production line;*
- a first sterile region surrounding a region where the product exits the valve;
- a continuously sterilized second sterile region positioned proximate said first sterile region whereby said second sterile region is continuously sterilized during operation;
- a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the continuously sterilized second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the continuously sterilized second sterile region.

3. Apparatus *for aseptically filling a series of bottles* comprising:
- a tank for containing a supply of a pressurized *low-acid food* product;
- a measuring device connected to the tank for measuring an amount of the product flowing from the tank to a container;
- a filling nozzle connected to the measuring device for directing product flow into the container;
- a valve located within the filling nozzle for controlling the flow of product *and dispensing the food product at a rate of more than 350 bottles per minute in a single production line;*
- a first sterile region surrounding a region where the product exits the valve;
- a valve stem attached to the valve for controlling the opening or closing of the valve;
- a sterilization chamber surrounding a first portion of the valve stem; and
- a valve activation mechanism for controlling the opening or closing of the valve by extending the first portion of the valve stem from the sterilization chamber into the first sterile region and by retracting the first portion of the valve stem from the first sterile region back into the sterilization chamber.

**2**

16. A method *for aseptically filling a series of bottles* comprising the steps of:
- controlling a flow of *low-acid food* product using a valve;
- surrounding a region where the product exits the valve with a sterile region;
- providing a continuously sterilized second sterile region positioned proximate said first sterile region whereby said second sterile region is continuously sterilized during operation; and
- controlling the opening or closing of the valve by extending a portion of the valve from the continuously sterilized second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the continuously sterilized second sterile region*; and*
- *dispensing the food product at a rate of more than 350 bottles per minute in a single production line.*

22. A method *for aseptically filling a series of bottles* comprising the steps of:
- controlling a flow of *low-acid food* product using a valve;
- surrounding a region where the product exits the valve with a sterile region;
- providing a second sterile region positioned proximate said first sterile region;
- controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the second sterile region;
- providing a tank for containing a supply of pressurized product flowing to the valve;
- providing a measuring device for measuring the amount of pressurized product flowing from the tank to the valve;
- exposing an exit of the valve, an interior surface of the tank, and an interior surface of the measuring device with steam;
- covering an exit of the valve; [and]
- allowing a build-up of steam pressure inside the tank to above a temperature of about 250° F., a steam pressure of about 50 psig, for about 30 minutes; *and*
- *dispensing the food product at a rate of more than 350 bottles per minute in a single production line.*

24. Apparatus comprising:
- an inline bottle filing apparatus *for aseptically filling a series of bottles at a rate of more than 350 bottles per minute in a single production line* including[:]
- a valve for controlling a flow of *low-acid food* product;
- a first sterile region surrounding a region where the product exits the valve;
- a second sterile region positioned proximate said first sterile region;
- a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region and by retracting the portion of the valve from the first sterile region back into the second sterile region.

**26.** Apparatus *for aseptically filling a series of bottles* comprising:
- a valve for controlling a flow of *low-acid food* product into a bottle *at a rate of more than 350 bottles per minute in a single production line;*
- a first sterile region surrounding a region where the product exits the valve;
- a second sterile region positioned proximate said first sterile region;
- a valve activation mechanism for controlling the opening or closing of the valve by extending a portion of the valve from the second sterile region into the first sterile region,

US 6,209,591 C1

3

4

such that the valve does not contact the bottle, and by retracting the portion of the valve from the first sterile region back into the second sterile region.

*   *   *   *   *

# EXHIBIT 56

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                 IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4
      STEUBEN FOODS, INC.,          :   CIVIL ACTION
 5                                  :
                    Plaintiff,      :
 6                                  :
          vs.                       :
 7                                  :
      SHIBUYA HOPPMANNCORP.,        :
 8    SHIBUYA KOGYO CO., LTD.,      :
      and HP HOOD LLC,              :
 9                                  :
                    Defendants.  :   NO. 19-2181-CFC-CJB
10

11                              - - -

12                             Wilmington, Delaware
                               Thursday, August 20, 2020
13                             10:00 o'clock, a.m.
                               ***Telephone conference
14
                                - - -
15
      BEFORE:  HONORABLE COLM F. CONNOLLY, U.S.D.C.J.
16
                                - - -
17
      APPEARANCES:
18

19             DEVLIN LAW FIRM LLC
               BY:  TIMOTHY DEVLIN ESQ.
20

21                  -and-

22

23
```

24                                         Valerie J. Gunning
                                           Official Court Reporter
25

✦

                                                              2

1    APPEARANCES (Continued):

2
                  GARDELLA GRACE
3                 BY:  COOK ALCIATI, ESQ.
                       (Washington, D.C.)
4

5                      -and-

6
                  KENT & RISLEY LLC
7                 BY:  OLIVIA MARBUTT, ESQ.
                       (Alpharetta, Georgia)
8

9                      -and-

10
                  STEUBEN FOODS, INC.
11                BY:  CHARLES AVIGLIANO, ESQ.,
                       SIDDHARTH FERNADES and
12                     JOSEPH STANGANELLI, ESQ.
                       (In-house Counsel)
13

14
                       Counsel for Plaintiff
15

16
                  SHAW KELLER LLP
17                BY:  KAREN E. KELLER, ESQ.

18
                           -and-
19

20                STERNE, KESSLER, GOLDSTEIN, & FOX P.L.L.C.
                  BY:  J.C. ROZENDAAL  ESQ.,
21                     BYRON L. PICKARD, ESQ.

                                    JEAN PAUL Y. NAGASHIMA, ESQ. and
22                                  DEIDRE M. WELLS, ESQ.
                                    (Washington, D.C.)
23

24                                  Counsel for Defendants

25

                                    -  -  -

                                                                    3


 1                        P R O C E E D I N G S

 2

 3              (The following telephone conference was head

 4    beginning at 10:00 a.m.)

 5

 6              THE COURT:  All right.  Good morning.  Can

 7    we have counsel for the plaintiff identify themselves,

 8    please?

 9              MR. DEVLIN:  Good morning your Honor.  For

10    plaintiff, Steuben Foods, this is Tim Devlin of Devlin Law

11    Firm.

12              With me today I have co-counsel Cook Alciati

13    from Gardella Grace and Olivia Marbutt from Kent & Risely.

14    And, Your Honor, with the Court's permission and approval,

15    we have three other members of the public, people listening

16    in today.  Two are in-house counsel for Steuben Foods and

17    the third is a counsel in the related cases in the Western

18    District of New York.  The two in-house counsel are Charles

9      And so if you only have one bottle unscrambler feeding that

10     plate, only one row of that plate is going to be filled such

11     that the other row is empty.

12              And so in that case --

13              THE COURT:  But this is an example where I think

14     meet-and-confers might work.

15              So then why do you really object then to what

16     their corresponding structure is?  I mean, because their

17     corresponding structure is, we've got a conveying plate,

18     which is item 94 in Figure 8, which you are even saying,

19     hey, your expert is not saying we get rid of that.  He's

20     just saying you don't fill one of those bottles, one of

21     those lanes.  I'm not even sure you disagree.

22              MR. ALCIATI:  So I think the defendants, as I

23     understand it, as they said in their briefing, are saying

24     that it has to be that particular conveying plate and only

25     that conveying plate that would be the appropriate

34

1      structure, and that's where we depart, is that, you know, in

2      other words, that entire conveying plate needs to be filled

3      and that's the structure that would be identified.

4               THE COURT:  But you just added the last thing.

5      They don't say that in their proposed construction.  All

6      they are saying is, the only thing where they talk about

7    fill is such that you've got a speed that over a hundred

8    bottles are filled per minute, but they are not saying you

9    have to have two lanes, or they are not saying every bottle

10   has to be filled.

11           And we can look at the transcript, but you just

12   said earlier that you're not saying this conveyor that's

13   pictured in Figure 8, you are not saying that's not the

14   right structure.  I think you guys are saying the same

15   thing.  I mean, you're free to argue based on their proposed

16   construction that, you know, that you don't have to have all

17   the bottles filled.  I mean, as long as that and you get

18   over 100 bottles being filled per minute.  If you had a fast

19   enough machine, you could have one bottle.

20           MR. ALCIATI:  I was trying to find the portion

21   in their brief, Your Honor, where --

22           THE COURT:  Don't go by their brief.  Don't go

23   by their brief.

24           MR. ALCIATI:  Okay.

25           THE COURT:  Go by their proposed construction.

                                                              35

1            MR. ALCIATI:  Right.  Throughout their briefing,

2    they took the position --

3            THE COURT:  So you just went by their brief.  I

4    said don't go by their briefing, go by their proposed

5      construction.

6                  MR. ALCIATI:  Right.  And I'm sorry.  I should

7      have said I'm looking at their proposed construction here

8      and it's a conveyor plate, (Figure 8, Item 94).

9                  I had understood throughout the briefing and in

10     Western New York earlier that when they say a conveyor

11     plate, Figure 8, Item 94, they mean that's it.  That

12     particular conveyor plate that looks like that, feels like

13     that, and is the only thing that can be that.  And that's

14     where I think we --

15                 THE COURT:  But you just said you don't have a

16     problem with what that picture is, but the issue is whether

17     the bottles are filled, whether two lanes of bottles are

18     filled.

19                 MR. ALCIATI:  I don't -- I didn't intend to say

20     I don't have a problem with that, Your Honor.  I was saying

21     that if one lane is filled, you can't say that the

22     particular two-by-six matrix is required.  You're going to

23     need a conveyor, you're going to need something to move the

24     bottles through.  We would agree with that.  But that

25     particular configuration there is just not necessary to

                                                             36


1      perform the function.  You could have one lane of bottles

2      and that would be just fine to meet the claim.

```
 7      because it seems to me there's a lot of room for

 8      interpretation as to what is needed.

 9                   Okay.  So do I need to say anything else as far

10      as my interpretation of that term, plaintiff?

11                   MR. ALCIATI:  No.

12                   THE COURT:  Defendant?

13                   MR. PICKARD:  No, Your Honor.

14                   THE COURT:  Okay.  All right.  Next?  Oh, is

15      this the infinity thing, the next one?

16                   MR. ALCIATI:  Yes.

17                   THE COURT:  Okay.  I think this is a silly

18      argument is my reaction to this.  How could you possibly --

19      I mean, were you supposed to actually concede that it's

20      possible to produce or to accomplish the function at a

21      rate of infinity?  I mean, is that what is being argued

22      here?

23                   MR. PICKARD:  Judge, Byron Pickard again.  I

24      assume that's directed to me.

25                   THE COURT:  Yes.
```

```
 1                   MR. PICKARD:  No.  I think what's going on here,

 2      the patentee has elected to claim an open-ended rate, if you

 3      will.  All it requires is a minimum.  It's our view, and we

 4      will at some appropriate time in the case file a motion that
```