## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:19-cv-02181-CFC-CJB |
| | ) |
| SHIBUYA HOPPMANN CORP., | ) |
| SHIBUYA KOGYO CO., LTD., and | ) |
| HP HOOD LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF STEUBEN FOODS, INC.'S RESPONSE TO DEFENDANTS'
COUNTERSTATEMENT OF FACTS IN OPPOSITION TO STEUBEN'S
MOTION FOR SUMMARY JUDGMENT NO. 3 –
NO ANTICIPATION BY THE ZFL REFERENCE**

Plaintiff Steuben Foods, Inc. respectfully submits this Response to Defendants' Counterstatement of Undisputed Material Facts in support of its Opposition to Steuben's Motion for Summary Judgment No. 3 – No Anticipation by the ZFL Reference.

**Defendants' Counterstatement No. 1:**   Undisputed.

**Defendants' Counterstatement No. 2:**   Undisputed.

**Defendants' Counterstatement No. 3:**   Disputed.  Paragraph 201 of Glancey's Opening Report states that ZFL's treating stations dry the bottles.  Ex. 13, ¶201. Glancey's "activation" is contained in ¶202.  *Id.*, ¶201.

**Defendants' Counterstatement No. 4:**   Disputed in part as written.  ZFL refers to the aseptic filling.  To the extent Defendants intend to use "aseptic" as construed by the Court, Steuben disputes that ZFL teaches aseptic bottling in compliance with the FDA level of aseptic.

**Defendants' Counterstatement No. 5:**   Undisputed.

**Defendants' Counterstatement No. 6:**   Undisputed.

**Defendants' Counterstatement No. 7:**   Undisputed.

**Defendants' Counterstatement No. 8:**   Undisputed.

**Defendants' Counterstatement No. 9:**   Undisputed.

DATED: June 30, 2021          */s/ Timothy Devlin*
                             Timothy Devlin (No. 4241)
                             DEVLIN LAW FIRM LLC
                             1526 Gilpin Avenue

Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

W. Cook Alciati
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
(703) 556-9600
calciati@gardellagrace.com
*Attorneys for Steuben Foods, Inc.*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's Scheduling Order, I hereby confirm that this Response to Defendants' Counterstatement of Facts in Opposition to Steuben's Motion for Summary Judgment No. 3 complies with the type and number limitations set in the Scheduling Order. I certify that this document contains 142 words, which were counted using the word count feature in Microsoft Word, in 14-point Times New Roman font.

DATED: June 30, 2021

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

W. Cook Alciati
GARDELLA GRACE P.A.
80 M Street SE, 1st Floor
Washington, DC 20003
(703) 556-9600
calciati@gardellagrace.com
*Attorneys for Steuben Foods, Inc.*