IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHIBUYA HOPPMANN CORP., SHIBUYA KOGYO CO., LTD., and HP HOOD LLC, <br><br> Defendants. | ) <br> ) Redacted: Public Version <br> ) <br> ) <br> ) C.A. No. 19-2181-CFC-CJB <br> ) <br> ) <br> ) ▮▮▮▮▮▮▮ <br> ) <br> ) <br> ) |

# DEFENDANTS' RESPONSE TO STEUBEN'S STATEMENT OF DISPUTED MATERIAL FACTS CONCERNING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT NO. 4

OF COUNSEL:
J.C. Rozendaal
Byron L. Pickard
Michael E. Joffre
Deirdre M. Wells
William H. Milliken
Jean Paul Y. Nagashima
Anna G. Phillips
Robert E. Niemeier
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600

Dated: June 30, 2021

Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC*

## DEFENDANTS' RESPONSES TO STEUBEN'S
## ADDITIONAL STATEMENT OF DISPUTED MATERIAL FACTS

11. Disputed, but immaterial. As explained in Defendants' briefing, the material point is a *legal* one that the claims do not have an explicit or implicit upper bound.

12. Disputed, but immaterial. As explained in Defendants' briefing, the material point is a *legal* one that the claims do not have an explicit or implicit upper bound.

13. Disputed, but immaterial. The speed of other aseptic fillers available on February 2, 1999 is not relevant to the claim construction of the limitations in question.

14. Disputed, but immaterial. The material point of Dr. Glancey's opinion, which Steuben does not dispute, is that the specifications of the '188 and '591 do not disclose how to build a machine with arbitrarily high throughput. SUMF ¶¶ 4-5.

## DEFENDANTS' RESPONSES TO
## STEUBEN'S ADDITIONAL DISPUTED FACTS

15. This assertion does not create a genuine dispute of material fact because, as explained in Defendants' briefing, no reasonable jury could credit it. *See Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 39 n.8 (1997).

16. This assertion does not create a genuine dispute of material fact because, as explained in Defendants' briefing, no reasonable jury could credit it. *See id.*

17. Immaterial. The material point is that the specifications of the '188 and the '591 patents do not describe how to implement an aseptic bottling machine with arbitrarily high speeds. SUMF ¶ 6.

18. Immaterial. The material point is that the specifications of the '188 and the '591 patents do not describe how to implement an aseptic bottling machine at arbitrarily high speeds. SUMF ¶ 6.

19. Disputed, but immaterial. The specifications do not disclose or suggest the use of duplicating the preferred embodiment many times in its specification.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | */s/ Karen E. Keller* |
| J.C. Rozendaal | Karen E. Keller (No. 4489) |
| Byron L. Pickard | Jeff Castellano (No. 4837) |
| Michael E. Joffre | Nathan R. Hoeschen (No. 6232) |
| Deirdre M. Wells | SHAW KELLER LLP |
| William H. Milliken | I.M. Pei Building |
| Jean Paul Y. Nagashima | 1105 North Market Street, 12th Floor |
| Anna G. Phillips | Wilmington, DE 19801 |
| Robert E. Niemeier | (302) 298-0700 |
| STERNE, KESSLER, GOLDSTEIN | kkeller@shawkeller.com |
|  & FOX P.L.L.C | jcastellano@shawkeller.com |
| 1100 New York Avenue NW, Suite 600 | nhoeschen@shawkeller.com |
| Washington, DC 20005 | |
| (202) 371-2600 | *Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC* |
| Dated: June 30, 2021 | |

3

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Defendants' Response to Steuben's Statement of Disputed Material Facts Concerning Defendants' Motion for Summary Judgment No. 4 complies with the typeface requirements and word limits of Paragraph 18 of the Scheduling Order entered in this case (D.I. 512). This statement has been prepared in 14-Point Times New Roman and contains 293 words, excluding the cover page, signature block, and this certificate of compliance.

/s/ *Karen E. Keller*
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on June 30, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**
Timothy Devlin
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

Olivia E. Marbutt
Kent & Risley LLC
5755 N. Point Parkway, Suite 57
Alpharetta, GA 30022
(404) 855-3865
oliviamarbutt@kentrisley.com

Cook Alciati
GARDELLA GRACE
80 M Street SE, 1st Floor
Washington, DC 20003
(703) 556-9600
calciati@gardellagrace.com

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC*