IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-2181-CFC/CJB |
| | ) |
| SHIBUYA HOPPMANN | ) |
| CORPORATION et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before me is Defendants' Motion for Summary Judgment (No. 1) of Non-Infringement of U.S. Patent No. 6,536,188. D.I. 608. In their Concise Statement of Undisputed Material Facts filed in support of their motion, Defendants state that "[t]he Hood Lines do not use a linear conveyor or conveying plate." D.I. 612. Plaintiff denies this asserted fact and cites record evidence that appears on its face to contradict the asserted fact. *See* D.I. 680 (citing Ex. 49; Ex. 50; Ex. 70). In particular, Plaintiff cites Rule 30(b)(6) deposition testimony in which Defendants' representative acknowledged that the Hood Lines feature "a conveyer that runs in a straight line," Ex. 49, 166:11-15, and a Shibuya document that depicts a linear "discharge conveyor chain" in the Hood P7 Lines, Ex. 70.

Because there is a disputed fact that Defendants have said is material to their motion for summary judgment, I will deny the motion. *See Anderson v. Liberty*

*Lobby, Inc.*, 477 U.S. 242, 248 (1986) (holding that summary judgment will not lie if there is a genuine dispute about a material fact).

NOW THEREFORE, at Wilmington on this Fourth day of October in 2021, Defendants' Motion for Summary Judgment (D.I. 608) is DENIED.

_____
Chief Judge