IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 19-2181-CFC-CJB |
| SHIBUYA HOPPMANN CORP., SHIBUYA KOGYO CO., LTD., and HP HOOD LLC, | |
| Defendants. | |

## **ORDER**

WHEREAS, Defendants filed four motions for summary judgment on June 4, 2021 (*see* D.I. 608; D.I. 615; D.I. 623; D.I. 630);

WHEREAS, in order to promote the effective management of summary judgment practice in patent cases and deter parties from filing meritless motions, the Court issued a Standing Order for Summary Judgment Practice in Patent Cases on April 30, 2021 (available at

https://www.ded.uscourts.gov/sites/ded/files/FINAL%20STANDING%20ORDER%20FOR%20SUMMARY%20JUDGMENT%20PRACTICE%20IN%20PATENT%20CASES.pdf);

WHEREAS, pursuant to the Standing Order, when a party in a patent case files more than one summary judgment motion, the Court reviews the motions in the order designated by the party and, barring exceptional reasons determined sua sponte by the Court, if the Court denies a party's summary judgment motion it will not review any further summary judgment motions filed by that party;

WHEREAS, the Court denied this afternoon Defendants' Motion for Summary Judgment (No. 1) of Non-Infringement of U.S. Patent No. 6,536,188 (D.I. 608), D.I. 751; and

WHEREAS, no exceptional reasons exist to depart from the general practice implemented by the Standing Order;

NOW THEREFORE, at Wilmington on this Fourth day of October in 2021, **IT IS HEREBY ORDERED** that

1. Defendants' Motion for Summary Judgment (No. 2) of Non-Infringement of U.S. Patent No. 6,702,985 (D.I. 615) is DENIED.

2. Defendants' Motion for Summary Judgment (No. 3) of Non-Infringement of U.S. Patent No. 6,209,591 (D.I. 623) is DENIED.

3. Defendants' Motion for Summary Judgment (No. 4) of Invalidity of U.S. Patent Nos. 6.536.188 And 6.209.591 (D.I. 630) is DENIED.

_____
CHIEF JUDGE