IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHIBUYA HOPPMANN CORP., ) <br> SHIBUYA KOGYO CO., LTD., and ) <br> HP HOOD LLC, ) <br> ) <br> Defendants. ) | C.A. No. 19-2181-CFC-CJB |

## **STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit proposed voir dire, preliminary jury instructions, final jury instructions, and special verdict forms is extended from October 20, 2021, through and including 5:00 p.m. October 22, 2021.

| | |
|---|---|
| /s/ *Peter Akawie Mazur* <br> Timothy Devlin (No. 4241) <br> Peter Akawie Mazur (#6732) <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br> tdevlin@devlinlawfirm.com <br> pmazur@devlinlawfirm.com <br> *Attorneys for Plaintiff* | /s/ *Nathan R. Hoeschen* <br> Karen E. Keller (No. 4489) <br> Jeff Castellano (No. 4837) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> jcastellano@shawkeller.com <br> nhoeschen@shawkeller.com <br> *Attorneys for Defendants* |

Dated: October 18, 2021

SO ORDERED this \_\_\_\_\_ day of October, 2021.

_____<br>United States District Judge