IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHIBUYA HOPPMANN CORP., SHIBUYA KOGYO CO., LTD., and HP HOOD LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 19-2181-CFC-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit proposed voir dire, preliminary jury instructions, final jury instructions, and special verdict forms is extended from October 20, 2021, through and including 5:00 p.m. October 22, 2021.

/s/ *Peter Akawie Mazur*
Timothy Devlin (No. 4241)
Peter Akawie Mazur (#6732)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
pmazur@devlinlawfirm.com
*Attorneys for Plaintiff*

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

Dated: October 18, 2021

SO ORDERED this _____ day of October, 2021.

                                                        _____
                                                        United States District Judge