# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHIBUYA HOPPMANN CORP., ) <br> SHIBUYA KOGYO CO., LTD., and ) <br> HP HOOD LLC, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 1:19-cv-02181-CFC-CJB |

## [PROPOSED] VOIR DIRE

Good morning, ladies and gentlemen. I am Judge Connolly. We are going to select a jury in a civil case called Steuben Foods, Inc. versus Shibuya Hoppmann Corp., Shibuya Kogyo, Ltd., and HP Hood LLC.

This case is an action for patent infringement arising under the patent laws of the United States. The plaintiff in this case is Steuben Foods, Inc. The defendants are Shibuya Hoppmann Corp., Shibuya Kogyo, Ltd., and HP Hood LLC.

For those of you selected to serve as jurors, I will give you more detailed instructions once you are sworn in as jurors and again at the conclusion of the trial. For now, I will simply tell you that Plaintiff accuses Defendants of infringing certain patent claims. Defendants deny that they have infringed these claims and assert that these claims are invalid.

I am going to ask you a series of questions in the jury selection process, the purpose of which is to enable the Court and the attorneys to determine whether or not any prospective juror should be excused. Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (*To Deputy*: Please swear the panel).

If any of you answer "yes" to any of the questions that I ask, please raise your hand, and, when recognized by me, please stand, state your name and your jury number. At the end of the questions, I may ask those of you who answered "yes" to one or more questions to come forward to discuss your answers with the lawyers and me.

The presentation of evidence in this case is expected to take 4-5 days, thus it will be completed by November 19, 2021. However, jury deliberations could extend your service beyond that. The schedule that I expect to keep over the days of evidence presentation will include a morning break of fifteen minutes, a lunch break of an hour, and an afternoon break of fifteen minutes. We will start at 9:00 a.m. and finish at 4:30 p.m. each day.

1. Does the schedule that I have just mentioned present a special problem to any of you?
2. Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

3. Do you have any conflicts, responsibilities, or health conditions that would interfere with you serving as a juror?

4. Have you heard or read anything about this case other than what I have told you?

5. The lawyers and law firms involved in this case are:

   - **Devlin Law Firm LLC:**
     - Tim Devlin

   - **Gardella Grace P.A.:**
     - Cook Alciati
     - Chad Ziegler

   - **Kent & Risley LLC:**
     - Olivia Marbutt

   - **Shaw Keller LLP:**
     - Karen E. Keller
     - Jeff Castellano
     - Nathan R. Hoeschen

   - **Sterne, Kessler, Goldstein& Fox, P.L.L.C.:**
     - J.C. Rozendaal
     - Byron L. Pickard
     - Michael E. Joffre
     - Deirdre M. Wells
     - William H. Milliken
     - Anna G. Phillips
     - Robert E. Niemeier
     - Lauren A. Watt
     - Davin Guinn

   - **FROST BROWN TODD LLC:**
     - Jean Paul Y. Nagashima

Do you or your immediate families, such as spouse, child, parent, or sibling, know any of the attorneys or law firms I have just named?

6. Have you, your immediate family members, or persons close to you had any business dealings with, or been employed by, any of these attorneys or law firms?

7. Have you, your immediate family members, or persons close to you ever been employed by or had a business relationship with any of the parties to this case--Steuben Foods, Inc., Shibuya Hoppmann Corp., Shibuya Kogyo, Ltd., or HP Hood LLC?

8. Have you, your immediate family members, or persons close to you ever had any experience, good or bad, with any of these companies or their products that might keep you from being a fair and impartial juror in this case?

9. Do you possess any opinions about any of these companies that might keep you from being a fair and impartial juror in this case?

10. Do you or anyone in your immediate family regularly purchase any Elmhurst, Steuben, or Hood brand products such that it might make it difficult for you to be a fair and impartial juror in this case?

11. You may also hear about other companies during this case. Have you or, your immediate family members, or persons close to you ever had any relationship with any of these companies:

    - Nestlé S.A. or Nestlé USA, Inc.
    - Oystar Group
    - GEA Process Engineering, Inc. or GEA Procomac S.P.A.
    - Jasper Products, LLC
    - KanPak, LLC or its parent corporation Golden State Foods
    - Gehl Foods, LLC
    - Stork Food and Dairy Systems, Inc.
    - Abbott Laboratories
    - CytoSport Inc.
    - KSF Acquisition Corporation

12. The potential witnesses in this case are:

    - Lee Baker
    - Dr. David Blackburn
    - David Bresnahan
    - Dr. James Glancey
    - Yoshikatsu Izumi
    - Thomas Krol
    - Bryan Larrick
    - Brian Manka
    - Daniel Newitt
    - Ken Schlossberg
    - Dr. Andre Sharon
    - Jeffrey Sokal
    - Thomas Stucki
    - Thomas D. Taggart
    - Vincent A. Thomas

    Do you know any of these potential witnesses?

13. Have you ever been a party in a lawsuit or seriously considered filing a lawsuit?

14. Have you, your immediate family members, or persons close to you ever worked for a lawyer, law firm, or the court system?

15. Do you have any education or experience with the legal system or courts?

16. Have you, your immediate family members, or persons close to you ever been employed by or had contact with the United States Patent and Trademark Office?

17. Have you, your immediate family members, or persons close to you ever applied for, or obtained, a United States or foreign patent?

18. Do you, your immediate family members, or persons close to you have any experience with licensing or royalty agreements for intellectual property, such as patents, copyrights, or trademarks?

19. Have you, your immediate family members, or persons close to you ever been involved in a dispute about patent rights?

20. Do you have any opinions about patents, patent rights, or the United States Patent and Trademark Office that might make it difficult for you to be a fair and impartial juror in this case?

21. Do you believe it would be wrong for someone to profit from his or her invention or discovery?

22. Do you have a degree in science or engineering, or have you taken any college classes in science or engineering?

23. Have you, your immediate family members, or persons close to you been employed by or had involvement with the United States Food and Drug Administration or FDA?

24. Do you, your immediate family members, or persons close to you have education, training, or experience in engineering?

25. Do you, your immediate family members, or persons close to you have education, training, or experience in commercial food packaging equipment or processes, including beverage bottling equipment or processes?

26. Do you, your immediate family members, or persons close to you have education, training, or experience in commercial food sterilization equipment or processes?

27. Do you or any member of your family have education, training, or experience involving food safety or food safety regulations?

28. Have you served on a jury in a civil case within the last 15 years?