## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEUBEN FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:19-cv-02181-CFC-CJB |
| | ) |
| SHIBUYA HOPPMANN CORP., | ) |
| SHIBUYA KOGYO CO., LTD., and | ) |
| HP HOOD LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **DEFENDANTS' [PROPOSED] JURY FORM**

**Instructions**: When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

1

## I. FINDINGS ON PATENT INFRINGEMENT

### A. U.S. Patent No. 6,536,188 ("the '188 Patent")

**Question 1:**

Has Steuben Foods, Inc. proven, by a preponderance of the evidence, that Shibuya and Hood infringed any of the following claims of the '188 Patent through the sale or use within the United States or importation into the United States of the Accused P4, P6, and P7 Machines?

*See* Jury Instruction ==XX==.

(Mark "YES" in favor of Plaintiff or "NO" in favor of Shibuya and Hood.)

| '188 Patent Claim | INFRINGED? (Answer "YES" or "NO" to Each) | | |
|---|---|---|---|
| | P4 | P6 | P7 |
| Claim 19 | | | |
| Claim 22 | n/a | n/a | |
| Claim 26 | n/a | n/a | |

### B. U.S. Patent No. 6,702,985 ("the '985 Patent")

**Question 2(a):**

Has Steuben Foods, Inc. proven, by a preponderance of the evidence, that Shibuya and Hood literally infringed any of the following claims of the '985 Patent through the sale or use within the United States or importation into the United States of the Accused P4, P6, and P7 Machines?

*See* Jury Instruction ==XX==.

(Mark "YES" in favor of Plaintiff or "NO" in favor of Shibuya and Hood.)

| '985 Patent Claim | LITERAL INFRINGEMENT? (Answer "YES" or "NO" to Each) |
|---|---|

|  | P4 | P6 | P7 |
|---|---|---|---|
| Claim 1 (unasserted but must be infringed to infringe claims 3 and 7) |  |  |  |
| Claim 3 |  |  |  |
| Claim 7 |  |  |  |

**Question 2(b):**

Has Steuben Foods, Inc. proven, by a preponderance of the evidence, that Shibuya and Hood infringed under the doctrine of equivalents any of the following claims of the '985 Patent through the sale or use within the United States or importation into the United States of the Accused P4, P6, and P7 Machines?

*See* Jury Instruction XX.

(Mark "YES" in favor of Plaintiff or "NO" in favor of Shibuya and Hood.)

| '985 Patent Claim | INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS? (Answer "YES" or "NO" to Each) | | |
|---|---|---|---|
|  | P4 | P6 | P7 |
| Claim 1 (unasserted but must be infringed to infringe claims 3 and 7) |  |  |  |
| Claim 3 |  |  |  |
| Claim 7 |  |  |  |

*Continue to the next question.*

### C. U.S. Patent No. 6,209,591 ("the '591 Patent")

**Question 3:**

Has Steuben proven, by a preponderance of the evidence, that Shibuya and Hood infringe Claim 26 of the '591 patent, despite Shibuya and Hood's argument that the structure in the P7 accused of infringement does not carry out substantially the same function in substantially the same way to achieve substantially the same result as the structure claimed in the patent?

*See* Jury Instruction XX.

(Mark "Yes" in favor of Steuben or "No" in favor of Shibuya and Hood.)

| '591 Patent Claim | INFRINGED? (Answer "YES" or "NO") |
|---|---|
|  | P7 |
| Claim 26 |  |

*Continue to the next question.*

## II. FINDINGS ON PATENT VALIDITY

### a. Obviousness

**Question 4 (Obviousness)**

Have Shibuya and Hood proven, by clear and convincing evidence, that any of the following claims are invalid as being obvious?

*See* Jury Instruction XX.

*Checking "Obvious" below indicates a finding for Shibuya and Hood.*

*Checking "Not Obvious" below indicates a finding for Steuben.*

|  | Obvious (Invalid) | Not Obvious (Not Invalid) |
|---|---|---|
| **'188 Patent** | | |
| Claim 19 | | |
| Claim 22 | | |
| Claim 26 | | |
| **'985 Patent** | | |
| Claim 3 | | |
| Claim 7 | | |
| **'591 Patent** | | |
| Claim 26 | | |

b. Enablement

**Question 5 (Enablement)**

Have Shibuya and Hood proven, by clear and convincing evidence, that any of the following claims are invalid because the patents fail to enable a person having ordinary skill in the art, at the time the patent application was filed, to make and use the full scope of claimed invention without undue experimentation:

(i) claimed bottling rates of "greater than 100 bottles per minute" ('188 patent claims 19 and 26); **or**

(ii) "more than 350 bottles per minute" (for '591 patent claim 26); **or**

(iii) the claimed limitation of "having at least about a 12 log reduction in Clostridium botulinum (for '188 patent claim 22)?

*See* Jury Instruction XX.

*Checking "Not Enabled" below indicates a finding for Shibuya and Hood.*

*Checking "Enabled" below indicates a finding for Steuben.*

|  | Not Enabled (Invalid) | Enabled (Not Invalid) |
|---|---|---|
| **'188 Patent** | | |
| Claim 19 | | |
| Claim 22 | | |
| Claim 26 | | |
| **'591 Patent** | | |
| Claim 26 | | |

c. **Written Description**

**Question 6 (Written Description)**

Have Shibuya and Hood proven, by clear and convincing evidence, that any of the following claims are invalid because the specification fails to describe to a person having ordinary skill in the art the full scope of the claimed:

(i) bottling rates of "greater than 100 bottles per minute" ('188 patent claims 19 and 26); **or**

(ii) bottling rates of "more than 350 bottles per minute" (for '591 patent claim 26); **or**

(iii) device "having at least about a 12 log reduction in Clostridium botulinum" (for '188 patent claim 22)?

*See* Jury Instruction XX.

*Checking "Not Described" below indicates a finding for Shibuya and Hood.*

*Checking "Described" below indicates a finding for Steuben.*

|  | Not Described (Invalid) | Described (Not Invalid) |
|---|---|---|
| **'188 Patent** | | |

|  | Not Described (Invalid) | Described (Not Invalid) |
|---|---|---|
| Claim 19 |  |  |
| Claim 22 |  |  |
| Claim 26 |  |  |
| **'591 Patent** | | |
| Claim 26 |  |  |

### d. Indefiniteness

### Question 7 (Indefiniteness)

Have Shibuya and Hood proven, by clear and convincing evidence, that any of the terms in the chart below are indefinite because they fail to inform a person having ordinary skill in the art about the scope of the invention with reasonable certainty?

*See* Jury Instruction XX.

> *Checking "Indefinite" below indicates a finding for Shibuya and Hood.*

> *Checking "Not Indefinite" below indicates a finding for Steuben.*

| Term | Indefinite (Invalid) | Not Indefinite (Not invalid) |
|---|---|---|
| "hot sterile air"<br><br>(claim 1 (and dependent claims 3 and 7) of the '985 patent) |  |  |
| "hot sterile drying air"<br><br>(claim 1 (and dependent claims 3 and 7) of the '985 patent) |  |  |

## III. WILLFUL INFRINGEMENT

*If you found that at least one claim was infringed in Questions 1-3 and not invalid in Questions 4-7, please answer Question 8.*

*Otherwise, please skip to Question 9.*

**Question 8:**

Has Steuben Foods, Inc. proven, by a preponderance of the evidence, that Shibuya and Hood's infringement was willful?

*See* Jury Instruction XX.

*Marking "No" below indicates a finding for Shibuya and Hood.*

*Marking "Yes" below indicates a finding for Steuben.*

| Patent | WILLFUL INFRINGEMENT? (Answer "NO" or "YES" to Each) | |
|---|---|---|
| | **Shibuya** | **Hood** |
| '188 Patent | | |
| '985 Patent | | |
| '591 Patent | | |

*Continue to next question.*

## IV. INTERVENING RIGHTS

*Answer Question 9 only if you found that the Accused P7 Machine infringed Claim 26 of the '591 Patent in Question 3.*

**Question 9 (Intervening Rights):**

Have Shibuya and Hood established that they made substantial preparations to manufacture or use the P7 Machine **before** November 25, 2013 (the date that claim 26 of the '591 patent issued)?

*See* Jury Instruction <mark>XX</mark>.

*"Yes" is in favor of Shibuya and Hood and "No" is in favor of Steuben*

|  | **Yes** | **No** |
|---|---|---|
| Substantial preparations to manufacture or use P7 Machine before November 25, 2013 |  |  |

## V.   DAMAGES

*Answer the questions in this section only if you found at least one Claim infringed in Questions 1-3 and not invalid in Questions 4-7.  Otherwise, proceed to the last page.*

### Question 10(a) (Lost Profits Entitlement):

Has Plaintiff proven by a preponderance of the evidence that, if Shibuya and Hood had not infringed Steuben's patents, sales of filled bottles made by Hood would have instead been made by Steuben?

*See* Jury Instruction <mark>XX</mark>.

**YES (for Steuben)**_____        **NO (for Shibuya and Hood)**_____

*If you answered Yes, continue to Question 10(b).*

*If you answered No, continue to Question 11.*

### Question 10(b) (Lost Profits Amount):

If you answered "Yes" to Question 10(a), what amount of lost profits do you award to compensate Plaintiff for Plaintiff's lost profits caused by Hood's infringement?

*You may not award damages for claim 26 of the '591 patent if you answered "Yes" to Question 9.*

 *See* Jury Instruction <mark>XX</mark>.

| | |
|---|---|
| **Total Lost Profits** | $_____ |

*Continue to the next question.*

**Question 11 (Reasonable Royalty):**

For any infringement that is not compensated by lost profits above, what amount do you determine to be a reasonable royalty amount to compensate Plaintiff for Shibuya and Hood's infringement?

*You may not award damages for claim 26 of the '591 patent if you answered "Yes" to Question 9.*

*See* Jury Instruction XX.

| | |
|---|---|
| **Total Reasonable Royalty** | $_____ |

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign and date the verdict form in the space below and notify the Jury Officer after you have reached a verdict.

| Name | Date |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |