# Pretrial Order Exhibit 11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEUBEN FOODS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:19-cv-02181-CFC-CJB |
| | ) | |
| SHIBUYA HOPPMANN CORP., | ) | |
| SHIBUYA KOGYO CO., LTD., and | ) | |
| HP HOOD LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## EXHIBIT 11: DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants provide the following case-in-chief deposition designations, which are based on the parties' pleadings, documentary and testimonial evidence, and on Defendants' current understanding of Plaintiff's claims and defenses and the Court's rulings to date. Defendants designate this testimony pursuant to Fed. R. Civ. P. 26(a)(3).

Defendants reserve the right to revise, amend, supplement, or modify their case-in-chief deposition designations based upon any pretrial rulings by the Court or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments.  Defendants further reserve the right to supplement these designations

to rebut or otherwise address deposition designations, exhibits, or other facts identified by Plaintiff.  All irrelevant and redundant material, including objections and colloquy of counsel will be eliminated from the deposition designations below when the designations are read to or played to the jury.  Defendants further reserve the right to designate any portion of the deposition transcripts of Plaintiff's 30(b)(6) representatives, officers, or employees should they fail to be in attendance at trial in this matter.  Defendants further reserve the right to later provide designations from any deposition for use in their rebuttal case and to use any portion of any deposition transcript, whether listed below or not, for purposes of impeachment.

Defendants also provide the following objections to Plaintiff's deposition counter-designations.[1]  Defendants reserve the right to revise, amend, supplement, or modify their objections and counter designations based upon any changes to Plaintiff's designations, in response to pretrial rulings by the Court, and/or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments.

---

[1] Please see Exhibit 10 at p. 29 for the parties' legend for objections to deposition designations. To the extent Defendants believe Plaintiff's counter-designations are outside the scope of Defendants' original designations, Defendants have objected to Plaintiff's counter-designations as not responsive.

**Deponent:   Thomas Taggart (August 18-19, 2016)**

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 14:9-13 | | | |
| 14:15 | | | |
| 16:5-11 | R, MIL, E, V, 403 | | |
| 16:13-18 | R, MIL, E, V, 403 | | |
| 16:20-22 | R, MIL, E, V, 403 | 16:23-17:9 | OBJ, S, L |
| 24:9-10 | | 22:20-24:13 | OBJ, R, 403 |
| 24:12-21 | | | |
| 24:23-25 | | | |
| 25:2-16 | | | |
| 25:10-23 | | | |
| 37:13-14 | | | |
| 37:16-18 | | | |
| 37:20-25 | R, E, V, 403 | | |
| 38:2-4 | R, E, V, 403 | | |
| 38:6-7 | R, E, V, 403 | | |
| 47:16-17 | | | |
| 47:19-24 | R, E, V, 403 | | |
| 48:2-3 | R, E, V, 403 | 48:4-11; 48:13-21;48:23-49:5; 49:7-25; 50:2-13 | OBJ, R, 403 |
| 100:9-13 | R, E, V, 403 | | |
| 100:15-24 | R, E, V, 403 | | |
| 101:24-25 | R, E, V, 403 | | |
| 102:2-9 | R, E, V, 403 | | |
| 102:24-25 | R, E, V, 403 | | |
| 103:2 | R, E, V, 403 | | |
| 103:4-10 | R, E, V, 403 | | |
| 103:11-14 | R, E, V, 403 | | |
| 103:16-21 | R, E, V, 403 | | |
| 103:23-24 | R, E, V, 403 | | |
| 104:20-25 | | | |
| 105:2 | | | |
| 114:3-9 | | | |
| 124:4-6 | | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 124:8-12 | | 124:13-19; 124:21-125:12 | R |
| 125:13-16 | | 125:17-25; 126:2-4 | |
| 127:8-9 | | | |
| 127:11-13 | | | |
| 128:14-25 | R, E, V, 403 | | |
| 129:2 | R, E, V, 403 | 129:3-5 | |
| 134:15-18 | | 133:20-21; 133:23-25; 134:2-14 | R, 403 |
| 134:20-25 | R, E, V, 403 | | |
| 135:2-9 | | | |
| 135:11-22 | | 135:23-136:2 | |
| 137:22-24 | | 137:13-14; 137:16-21 | |
| 138:2-10 | | 139:14-25; 140:2-8 | |
| 140:9-12 | | 140:13-25; 141:2-22; 141:24-25; 142:2-5 | Not responsive |
| 148:12-25 | | | |
| 159:12-25 | | | |
| 160:2-11 | | | |
| 167:12-14 | R, E, V, 403, MIL, Daubert | 172:2-5 | I |
| 167:16 | R, E, V, 403, MIL, Daubert | | |
| 169:19-25 | R, E, V, 403, MIL, Daubert | | |
| 170:2-7 | R, E, V, 403, MIL, Daubert | | |
| 170:18-21 | R, E, V, 403, MIL, Daubert | | |
| 170:23-25 | R, E, V, 403, MIL, Daubert | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 171:2-4 | R, E, V, 403, MIL, Daubert | 171:5-6; 171:9-11; 171:14-17 | I, not responsive, R, 403 |
| 171:18-20 | R, E, V, 403, MIL, Daubert | | |
| 171:22-24 | R, E, V, 403, MIL, Daubert | | |
| 172:2-5 | R, E, V, 403, MIL, Daubert | | |
| 172:7-8 | R, E, V, 403, MIL, Daubert | 172:9-18 | R, 403 |
| 173:2-4 | R, E, V, 403, MIL, Daubert | | |
| 173:14-25 | R, E, V, 403, MIL, Daubert | | |
| 174:3-5 | R, E, V, 403, MIL, Daubert | | |
| 174:7-10 | R, E, V, 403, MIL, Daubert | | |
| 175:21-25 | | | |
| 176:2-5 | | | |
| 176:7-25 | | | |
| 177:2-14 | | | |
| 187:20-25 | | | |
| 188:2-14 | | 188:15-20; 189:6-7; 190:14-18 | I, not responsive, R, 403 |
| 192:4-21 | R, V, 403 | | |
| 192:23-25 | R, V, 403 | | |
| 193:2-6 | R, V, 403 | | |
| 193:8-9 | R, V, 403 | 193:15-24 | OBJ, R, 403 |
| 193:25 | R, V, 403 | | |
| 194:2-10 | R, V, 403 | 194:11-20; | |
| 196:10-25 | R, V, 403 | | |
| 197:2-11 | R, V, E, 403, MIL Daubert | | |
| 197:13-25 | R, V, E, 403, MIL, Daubert | 197:5 | I |

5

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 198:2 | R, V, E, 403, MIL, Daubert | | |
| 198:4-9 | R, V, E, 403, MIL, Daubert | | |
| 198:11-17 | R, V, E, 403, MIL, Daubert | | |
| 198:19-22 | R, V, E, 403, MIL, Daubert | | |
| 228:5-11 | R, V, E, 403, MIL, Daubert | | |
| 228:21-25 | R, V, E, 403, MIL, Daubert | | |
| 229:2 | R, V, E, 403, MIL, Daubert | | |
| 229:4-14 | R, V, E, 403, MIL, Daubert | | |
| 229:16-19 | R, V, E, 403, MIL, Daubert | | |
| 230:11-20 | R, V, E, 403, MIL, Daubert | | |
| 230:22-25 | R, V, E, 403, MIL, Daubert | | |
| 231:2 | R, V, E, 403, MIL, Daubert | | |
| 231:4-5 | R, V, E, 403, MIL, Daubert | | |
| 284:18-25 | | | |
| 323:21-23 | | | |
| 324:11-23 | R, V, L | 324:24; 324:2-3 | I |
| 325:4-16 | R, V, L | 325:18-25; 326:2-3 | |
| 344:5-25 | R, V, E, MIL, 403 | | |
| 345:2-25 | R, V, E, MIL, 403 | | |
| 346:2-3 | R, V, E, MIL, 403 | | |
| 349:13-16 | R, V, E, F, 403 | | |
| 349:18-25 | R, V, E, F, 403 | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 350:3 | R, V, E, 403 | | |
| 354:11-12 | R, V, E, MIL, 403 | | |
| 354:14-18 | R, V, E, MIL, 403 | | |
| 354:20-25 | R, V, E, MIL, 403 | | |
| 355:2 | R, V, E, MIL, 403 | | |
| 355:4-5 | R, V, E, MIL, 403 | 355:18-22; 355:23-25; 356:2-5; 356:7 | OBJ, not responsive, L |
| 363:13-16 | R, V, E, MIL, 403 | | |
| 363:18-25 | R, V, E, MIL, 403 | | |
| 365:5-23 | R, 403 | | |
| 377:10-25 | R, 403 | | |
| 378:2 | R, 403 | 378:3-24 | R, 403 |
| 391:23-25 | R, V, E, MIL, Daubert, 403 | | |
| 392:2 | R, V, E, MIL, Daubert, 403 | | |
| 392:4-8 | R, V, E, MIL, Daubert, 403 | | |
| 392:10-12 | R, V, E, MIL, Daubert, 403 | | |
| 392:14-16 | R, V, E, MIL, Daubert, 403 | | |
| 394:5-7 | R, V, E, MIL, Daubert, 403 | | |
| 394:10-13 | R, V, E, MIL, Daubert, 403 | | |
| 395:12-15 | R, V, E, MIL, Daubert, 403 | 395:17-25; 396:2-14 | I |
| 396:15-16 | R, V, E, MIL, Daubert, 403 | | |
| 396:18-25 | R, V, E, MIL, Daubert, 403 | | |
| 397:2-16 | R, V, E, MIL, Daubert, 403 | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 397:19-25 | R, V, E, MIL, Daubert, 403 | | |
| 398:2-5 | R, V, E, MIL, Daubert, 403 | | |
| 398:7-16 | R, V, E, MIL, Daubert, 403 | | |
| 398:18-25 | R, V, E, MIL, Daubert, 403 | | |
| 399:2-3 | R, V, E, MIL, Daubert, 403 | | |
| 399:5-11 | R, V, E, MIL, Daubert, 403 | | |
| 399:13-16 | R, V, E, MIL, Daubert, 403 | | |
| 403:24-25 | R, V, E, MIL, Daubert, 403 | | |
| 404:2-3 | R, V, E, MIL, Daubert, 403 | | |
| 404:5-8 | R, V, E, MIL, Daubert, 403 | | |
| 404:10-12 | R, V, E, MIL, Daubert, 403 | | |
| 404:14-17 | R, V, E, MIL, Daubert, 403 | | |
| 404:20-21 | R, V, E, MIL, Daubert, 403 | 404:22-25; 405:6 | I |
| 408:16-19 | R, V, E, MIL, Daubert, 403 | | |
| 408:21-23 | R, V, E, MIL, Daubert, 403 | | |
| 408:25 | R, V, E, MIL, Daubert, 403 | | |
| 409:2 | R, V, E, MIL, Daubert, 403 | 410:4-5; 410:7-13 | Not responsive |
| 413:16-25 | R, V, E, MIL, Daubert, 403 | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 414:2-3 | R, V, E, MIL, Daubert, 403 | | |
| 414:5-10 | R, V, E, MIL, Daubert, 403 | | |
| 414:12-19 | R, V, E, MIL, Daubert, 403 | | |
| 414:21-25 | R, V, E, MIL, Daubert, 403 | | |
| 415:2-4 | R, V, E, MIL, Daubert, 403 | | |
| 415:6-8 | R, V, E, MIL, Daubert, 403 | | |
| 415:10-13 | R, V, E, MIL, Daubert, 403 | | |
| 415:15-16 | R, V, E, MIL, Daubert, 403 | | |
| 416:4-8 | R, V, E, MIL, Daubert, 403 | | |
| 416:10 | R, V, E, MIL, Daubert, 403 | | |
| 418:12-25 | R, V, E, MIL, Daubert, 403 | | |
| 419:3-6 | R, V, E, MIL, Daubert, 403 | | |
| 448:10-16 | R, V, E, 403 | | |
| 448:18 | R, V, E, 403 | | |
| 449:23-25 | R, V, E, 403 | | |
| 450:2-14 | R, V, E, 403 | | |
| 450:16-20 | R, V, E, 403 | | |
| 450:25 | R, V, E, 403 | | |
| 451:2-6 | R, V, E, 403 | | |
| 451:8 | R, V, E, 403 | | |
| 466:21-25 | R, V, E, 403 | | |
| 467:2-3 | R, V, E, 403 | | |
| 467:5-25 | R, V, E, 403 | | |
| 468:2-3 | R, V, E, 403 | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 494:16-495:4 | R, V, E, F, 403 | | |
| 503:18-25 | R, V, E, F, 403 | | |
| 504:2-15 | R, V, E, F, 403 | | |
| 505:5-13 | R, V, E, F, 403 | | |
| 505:15-18 | R, V, E, F, 403 | | |
| 505:20-23 | R, V, E, F, 403 | | |
| 505:25 | R, V, E, F, 403 | | |
| 506:2-3 | R, V, E, F, 403 | | |
| 506:6 | R, V, E, F, 403 | | |

**Deponent:   Thomas Krol (November 5, 2020)**

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 6:25-7:3 | | | |
| 9:23-11:4 | | | |
| 14:14-16 | R, 403 | | |
| 16:13-19 | | | |
| 17:13-22 | MIS | | |
| 18:2-19 | | | |
| 20:16-18 | V, R | | |
| 21:3-22 | | | |
| 22:12-18 | R | | |
| 23:25-24:6 | | | |
| 25:9-26:10 | R | | |
| 27:8-28:3 | | | |
| 29:2-13 | | | |
| 29:17-25 | | | |
| 30:4-23 | | 30:24-25; 31:2-21 | |
| 32:3-16 | | | |
| 32:19-21 | | | |
| 33:4-7 | | | |
| 33:20-24 | | | |
| 43:7-44:4 | | | |
| 46:16-47:9 | R, I, V, 403 | 47:12-7 | R, I, 403, F, S, MIS, not responsive |
| 47:18-20 | | 47:23-25; 48:2-7 | R, F, S, MIS, 403, not responsive |
| 48:14-19 | | | |
| 48:22-50:7 | | 51:5-6 | R, F, AF, S, MIS, 403, I, not responsive |
| 56:17-25 | R, I, V, 403 | 47:18-25; 48:2-7 | R, F, S, MIS, 403, not responsive |
| 57:2-5 | R, I, V, 403 | 47:18-25; 48:2-7 | R, F, S, MIS, 403, not responsive |

11

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 58:8-18 | R, I, V, 403 | 52:16-20 | R, MIS, 403, not responsive |
| 63:4-64:11 | R, I, V, E, 403 | 64:12-22 | R, 403, not responsive |
| 69:15-16 | | | |
| 69:21-70:5 | | | |
| 70:10-16 | | | |
| 71:13-16 | | | |
| 71:19-22 | | | |
| 85:22-88:15 | R, I, V, 403 | | |
| 90:7-18 | R, I, V, 403 | 90:19-22 | |
| 92:8-93:7 | R, I, V, 403 | | |
| 93:13-17 | R, I, V, 403 | 93:18-24; 94:2-6 | MIS, 403, S, F, not responsive |
| 94:7-10 | S, R, I, V, 403 | | |
| 94:13-18 | S, R, I, V, 403 | | |
| 94:21 | S, R, I, V, 403 | | |
| 112:20-113:5 | S, R, I, V, 403 | 111:17-25; 112:2-12; 113:6-25; 114-2-25; 115:2-21 | MIS, 403, not responsive |
| 124:13-24 | R, 403 | | |
| 125:5-21 | R, 403 | | |
| 130:9-12 | R, 403 | | |
| 130:15 | R, 403 | | |
| 131:6-8 | R, 403 | | |
| 131:11-24 | R, 403 | | |
| 132:10-133:16 | R, E, 403 | | |
| 134:13-135:3 | R, 403 | | |
| 136:3-11 | F, R, 403 | | |
| 143:17-144:6 | F, R, 403 | | |
| 145:3-7 | F, R, 403 | | |
| 145:16-146:10 | F, R, 403 | | |
| 148:10-22 | F, R, 403 | | |
| 149:13-150:13 | | 150:14-25 | S, F, MIS, 403 |
| 166:25-167:6 | | | |
| 167:15-168:8 | | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 168:17-23 | | 168:25; 169:2-6 | I, V |
| 169:7-170:3 | | 171:10-25;172;2-25; 173:2-6 | I, OBJ, MIS, L, V, F, AF, 403 |
| 173:7-174:13 | | 174:18-19; 174:22-25; 175:2-4 | I, F, AF, 403 |
| 175:5-12 | F, I, R, 403 | | |
| 175:16-20 | F, I, R, 403 | | |
| 176:2-7 | | | |
| 176:12-23 | S, F, R, 403 | | |
| 177:2-17 | | | |
| 177:19-179:2 | | | |
| 179:11-17 | MIS | | |
| 179:19-180:21 | MIS | 180:22-25; 181: 2-4 | L, E |
| 181:5-15 | | | |
| 182:7-9 | | 182:10-19 | MIS, 403, S |
| 183:3-7 | | | |
| 183:23-184:14 | R, S, I, F | | |
| 187:15-18 | R, 403 | | |
| 187:21-24 | R, 403 | | |
| 188:3-4 | R, 403 | | |
| 188:6-7 | R, 403 | | |
| 188:15-19 | R, 403 | | |
| 193:7-25 | R, S, V,  F, 403 | | |
| 194:4-195:3 | | | |
| 195:16-19 | | 195:20-25; 196:2-21 | |
| 197:12-199:2 | R, S, F, 403, AF | | |
| 199:5-200:4 | R, S, F, 403, AF | | |
| 200:18-24 | R, S, F, 403, AF | | |
| 201:3-202:5 | R, S, F, 403, AF, E | | |
| 203:2-4 | R, 403 | | |
| 203:10-204:12 | | | |
| 205:10-13 | R, E, S, F, 403 | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 205:16-25 | R, E, S, F, 403 | | |
| 209:14-210:9 | | | |
| 210:13-15 | | | |
| 210:17-24 | | | |
| 211:4-10 | | | |
| 211:14-21 | | | |
| 212:3-7 | | | |
| 212:10-18 | | | |
| 213:4-214:9 | R, F, S, 403, L | | |
| 214:17-215:24 | R, F, S, 403, L, I | 215:25-216:4; 216:8-14; 218:2-17 | I, L, MIS, 403 |
| 219:7-10 | | | |
| 221:7-12 | | | |
| 221:21-222:3 | | 222:4-8 | |
| 223:6-8 | R, F, S, 403 | | |
| 223:14-224:19 | R, F, S, 403 | | |
| 225:2-25 | | | |
| 235:24-236:9 | | | |
| 237:4-24 | R, F, S, 403 | | |
| 238:3-9 | R, F, S, 403 | | |
| 239:10-22 | | | |
| 240:24-241:24 | | | |
| 242:6-11 | | 242:14-21 | S, F, 403 |
| 242:22-243:14 | | 246:23-25; 247:2-22 | 403, L, not responsive |

**Deponent:   Daniel Newitt (November 24, 2020)**

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation[2,3] | Defendants' Objections |
|---|---|---|---|
| 6:14-17 | | | |
| 7:6-8:4 | | | |
| 10:18-25 | | | |
| 11:4-15:2 | | | |
| 15:11-20 | | | |
| 15:23-17:13 | R, 403, MIS, E, MIL | | |
| 18:2-12 | R, 403, MIS, E, MIL | | |
| 18:15-18 | R, 403, MIS, E, MIL | | |
| 19:22-20:4 | R, 403, MIS, E, MIL | | |
| 20:6 | R, 403, MIS, E, MIL | | |
| 21:9-22:4 | R, 403, MIS, E, MIL | | |
| 22:8-14 | | | |
| 22:22 | | | |
| 22:24-23:20 | | | |
| 23:24-24:3 | | | |
| 24:7-9 | | | |
| 24:12-25:21 | | | |
| 27:7-9 | | | |
| 27:23-25 | | 28:1-6 | |
| 28:7-18 | | 28:19-21; 29:6-11 | I |

[2] Steuben counter-designates the following testimony, which Steuben would intend to play to the extent Defendants' offer any of Mr. Newitt's deposition at trial: 116:20-25; 117:1-23; 118:1-4; 118:13-16; 118:19-25.  This counter-designation would be in addition to any specific counter-designated testimony identified above.
[3] Defendants object to Steuben playing the portions of Mr. Newitt's deposition cited in footnote 2 for the jury because Steuben has waived its right to affirmatively designate Mr. Newitt's deposition testimony, not having designated Mr. Newitt's deposition testimony in Exhibit 10 to the pretrial order.

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation[2,3] | Defendants' Objections |
|---|---|---|---|
| 29:12-14 | F, S | | |
| 29:17-21 | F, S | 29:25-30:2 | I |
| 30:3-31:4 | F, S | | |
| 31:6-15 | F, S | | |
| 31:17-24 | F, S | | |
| 32:2-6 | F, S | 32:7-9; 33:9-13; 33:16-20 | |
| 33:23-25 | | | |
| 38:25-39:4 | | | |
| 39:17-40:13 | | 40:18-41:6 | I |
| 41:16-42:5 | | | |
| 42:8-18 | | | |
| 43:3-7 | | 43:8-15 | OBJ |
| 43:16-20 | AF | | |
| 43:23 | | | |
| 43:25-44:2 | AF, F | | |
| 44:5-6 | | | |
| 44:8-14 | F, S | | |
| 44:17-23 | F, S, 403 | | |
| 45:8-10 | F, S | | |
| 45:12-13 | F, S | | |
| 45:15-46:5 | H | | |
| 46:18-20 | | | |
| 47:22-48:24 | S | | |
| 49:2-10 | S, F | | |
| 49:13-14 | S, F | | |
| 49:20-50:1 | S, F | | |
| 50:7-11 | S, F | | |
| 50:15-25 | S, F | | |
| 51:3-52:1 | S, F | | |
| 52:4-5 | | | |
| 52:9-16 | | | |
| 52:19 | | | |
| 52:21-53:6 | F, S, R, 403 | | |
| 53:10-22 | F | | |
| 54:5-10 | R, 403 | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation[2,3] | Defendants' Objections |
|---|---|---|---|
| 54:13-23 | R, S, 403 | | |
| 55:2-4 | F, S, 403 | | |
| 55:9-13 | F, S, 403 | | |
| 55:15-18 | V, F, 403, MIL | | |
| 55:21-22 | V, F, 403, MIL | | |
| 55:24-56:3 | V, F, 403, MIL | | |
| 56:5-11 | V, F, 403, MIL | | |
| 56:13-23 | S, F | | |
| 57:9-17 | | | |
| 57:21-58:22 | MIS, 403, R, F, AF | | |
| 59:1-7 | MIS, 403, R, F, AF | | |
| 59:10-11 | MIS, 403, R, F, AF | | |
| 60:10-17 | | | |
| 61:12-62:2 | R, E, F, MIS, 403, MIL | | |
| 62:6-23 | R, E, F, MIS, 403, MIL | | |
| 62:25-63:6 | R, E, F, MIS, 403, MIL | | |
| 63:9-14 | R, E, F, MIS, 403, MIL | | |
| 64:2-4 | | | |
| 64:7-65:6 | | | |
| 65:10-18 | F, MIS, S | | |
| 65:21 | F, MIS, S | | |
| 65:23-25 | F, MIS, S | | |
| 66:2-3 | S | | |
| 66:6-11 | MIS, R | | |
| 66:13-22 | | | |
| 66:24-67:17 | F, S | | |
| 67:20-68:3 | F, S | | |
| 69:4-6 | | | |
| 69:9-22 | | 69:23-71:22 | R, MIS, 403, OBJ |

17

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation[2,3] | Defendants' Objections |
|---|---|---|---|
| 71:23-25 | | | |
| 72:2-10 | | | |
| 72:12-17 | | | |
| 74:9-75:13 | R, MIL, MIS, E | 75:14-17 | |
| 75:18-21 | R | | |
| 75:25-76:5 | S | | |
| 76:15-17 | | | |
| 77:11-78:20 | | | |
| 79:18-20 | | | |
| 79:22-25 | | | |
| 80:19-82:15 | | | |
| 83:15-84:6 | | | |
| 84:9-17 | | | |
| 84:19-24 | | | |
| 85:2-4 | | | |
| 85:6-87:21 | | | |
| 87:24-25 | | 88:3-14 | I |
| 88:15-90:4 | | 90:5-21; 92:6-11 | MIS |
| 92:18-22 | | | |
| 93:4-14 | | | |
| 93:18-94:8 | S | | |
| 94:12-14 | S | | |
| 94:17-22 | | | |
| 94:24-95:18 | | 95:19-24 | |
| 95:25-96:2 | | | |
| 96:4-15 | | | |
| 96:17-20 | L, F, E, MIL | | |
| 96:23-25 | | | |
| 97:2-8 | L, F, E, MIL | | |
| 97:10-14 | L | | |
| 97:16-20 | | | |
| 97:24-98:1 | | | |
| 98:9-13 | | | |
| 99:2-8 | | | |
| 103:3-6 | S, F | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation[2,3] | Defendants' Objections |
|---|---|---|---|
| 103:9-13 | | 103:15-17; 103:20-22 | R, 403 |
| 104:9-13 | S, MIL | | |
| 104:17-25 | S, MIL, L, E | | |
| 105:2-5 | F, MIL, L | | |
| 105:8-17 | | | |
| 105:19-22 | L, E, MIL | | |
| 105:25 | L, E, MIL | | |
| 107:1-3 | MIL | | |
| 107:14-21 | MIL | | |
| 107:25-108:11 | MIL | | |
| 108:14-18 | MIL, S | | |
| 108:21-22 | MIL, S | | |
| 108:24-109:19 | MIL, S | | |
| 114:12-115:6 | | 112:2-5; 112:13-15; 112:21-25; 113:12-20 | I, not responsive |
| 115:11-116:3 | | 119:21-120:13; 120:15-21; 121:24-122:10 | F, OBJ, R, S, not responsive, |

**Deponent:   Jeffrey Sokal (November 13, 2020)**

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 6:23-7:1 | | | |
| 14:10-14:12 | | | |
| 14:18-14:23 | | | |
| 15:2-15:15 | | | |
| 16:1-16:6 | | | |
| 16:8-16:9 | | | |
| 16:11-17:4 | | 17:5-12 | R, not responsive |
| 18:19-19:1 | | | |
| 19:20-20:6 | | | |
| 21:15-21:18 | | | |
| 23:5-23:11 | | 23:3-4 | I, R, not responsive |
| 23:19-23:25 | | | |
| 45:16-45:25 | | | |
| 48:21-49:24 | | 49:25-50:2 | V, AF, F |
| 55:22-55:24 | | | |
| 56:5-56:10 | | | |
| 59:18-59:20 | | 59:21-60:2 | MIS, 403 |
| 60:3-60:9 | | | |
| 63:13-63:18 | S | | |
| 63:21-63:24 | S, V | | |
| 65:8-65:11 | S, V | 65:12-13; 65:16-19 | |
| 68:11-68:17 | | | |
| 69:3-69:12 | V | 69:13-22 | R, MIS, 403, S |
| 71:24-72:6 | | | |
| 76:16-76:25 | | | |
| 77:3-77:6 | | | |
| 77:8-78:5 | | | |
| 79:11-79:20 | R, 403 | 79:21-80:4 | S |
| 80:17-81:2 | | 81:3-82:4 | S, not responsive |
| 82:5-82:8 | | | |
| 82:11-82:25 | | | |
| 83:2-83:5 | | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 83:7-83:12 | | 83:13-85:24; 86:1-7 | MIS, S, not responsive |
| 100:16-100:19 | | 97:10-100:15; 101:3-25 | F, AF, MIS, R, V, 403, not responsive |
| 102:21-102:24 | | | |
| 103:13-103:16 | I, S, V | | |
| 103:21-104:2 | | | |
| 107:9-107:10 | V, I, S, E, F | | |
| 107:13 | V, I, S, E, F | | |
| 108-5:108:8 | F, S, I, E | | |
| 108:10-108:18 | | | |
| 108:20-109:1 | | 109:2-7 | OBJ |
| 110:11-110:12 | V, F, R, E, L, S | | |
| 110:15-110:16 | V, F, R, E, L, S | | |
| 110:18-110:20 | V, F, R, E, L, S | | |
| 111:2-111:3 | V, F, R, E, L, S | 111:4-5; 111:8-11 | |
| 111:13-111:15 | MIS, V, R | 111:16-23 | V, MIS, 403, not responsive |
| 117:6-117:8 | | | |
| 117:10-117:15 | | | |
| 118:8-118:13 | | | |
| 122:17-122:21 | S, F, V | | |
| 123:21-124:5 | S, F, V | | |
| 124:16-124:24 | | 124:25-1; 125:5-6; 125:9-15; 125:19-20; 125:23-25 | I, F, 403, S, MIS |
| 126:10 | | | |
| 126:12-126:13 | | | |
| 126:20-126:23 | | | |
| 127:1-127:5 | | | |
| 127:11-127:13 | | | |
| 135:19-135:21 | | | |
| 136:7-136:23 | | 136:25-137:7 | I, OBJ, S |
| 145:12 | | | |
| 145:14-145:15 | | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 145:18 | | | |
| 145:25-146:14 | | | |
| 147:2-147:8 | | | |
| 147:12-148:4 | | 148:5-149:8 | MIS, 403, OBJ, R |
| 149:11-149:23 | | 149:24-150:4 | |
| 150:5-150:7 | | 150:8-16 | |
| 150:17-151:3 | | 151:4-8 | |
| 151:9-151:19 | | 151:20-23; 152:16 | V, HYP, I |
| 152:24-153:1 | | 153:2-10: 153:18-24 | 403, R |
| 154:2-154:16 | | | |
| 155:18-155:19 | | | |
| 155:25-156:2 | | | |
| 156:4-156:5 | F, S | | |
| 156:8-156:10 | F, S | | |
| 156:12-156:15 | F, S | | |
| 156:17 | F, S | | |
| 156:19-157:3 | F, S | | |
| 157:5-157:8 | E | | |
| 157:10-157:15 | V | | |
| 157:17-158:2 | V | | |
| 158:17-158:19 | V | | |
| 159:22-160:6 | E, R | | |
| 160:9-160:10 | E, R | | |
| 160:12-160:25 | E, R | | |
| 161:19-161:21 | | | |
| 162:4-162:9 | | | |
| 162:24-163:8 | R, E, S | | |
| 163:11-163:12 | R, E, S | | |
| 163:14-163:18 | R, E, S | | |
| 164:21-165:21 | | 163:22-164:2; 164:7-20 | |
| 165:23-166:3 | V, F | | |
| 215:20-215:25 | | | |
| 216:4-216:7 | | | |
| 218:18-219:1 | | | |

| Defendants' Designation | Plaintiff's Objections | Plaintiff's Counter-Designation | Defendants' Objections |
|---|---|---|---|
| 219:4-219:5 | | | |
| 219:7-220:3 | | | |