

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

November 18, 2021

The Honorable Colm F. Connolly
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re:   *Steuben Foods, Inc. v. Shibuya Hoppmann Corp., et al.*,
             C.A. No. 1:19-cv-02181-CFC-CJB

Dear Chief Judge Connolly:

      As ordered by Your Honor, this letter brief is submitted in opposition to Defendants' Motion for Judgment as a Matter of Law that Plaintiff has failed to introduce evidence sufficient to show that either Shibuya entity committed an act of infringement for the '591 patent.

      Defendants do not dispute that the accused P7 Filling was imported into the United States after the reexamination of claim 26 of the '591 Patent within the meaning of 35 U.S.C. § 271(a). Rather, Defendants' JMOL contends that Plaintiff has failed to offer sufficient proof as to which of the two Shibuya Defendants was the infringing importer. This issue of fact was nowhere raised in Defendants' Statement of Uncontested Facts (Exhibit 3) to the Pretrial Order.

      Defendants have thus waived the issue of fact raised for the first time in the present JMOL. On that basis, Steuben respectfully requests that the Court deny Defendants' motion. However, to the extent the Court disagrees that the issue has been waived, Plaintiff requests argument and, if necessary, further substantive

The Honorable Colm F. Connolly
November 18, 2021
Page 2

briefing on the motion, as it is unclear from the motion what purpose Defendants have in bringing it.

                                              Respectfully submitted,

                                              Timothy Devlin (No. 4241)