IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEUBEN FOODS, INC.,

    Plaintiff,

v.

SHIBUYA HOPPMANN CORP.,
SHIBUYA KOGYO CO., LTD., and
HP HOOD LLC,

    Defendants.

C.A. No. 19-2181-CFC

## ORDER

At Wilmington on this Fourteenth day of March in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS HEREBY ORDERED that Defendants' Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial (D.I. 795) is GRANTED IN PART and DENIED IN PART:

1.    The motion is GRANTED insofar as it seeks a judgment of noninfringement of the asserted patents;

2.    The motion is DENIED insofar as it seeks a judgment of invalidity of the asserted patents;

3. The motion is CONDITIONALLY GRANTED insofar as it seeks a new trial.

It is FURTHER ORDERED that the parties shall file no later than March 21, 2023 a proposed judgment for the Court to enter.

_____
COLM F. CONNOLLY
CHIEF DISTRICT JUDGE