IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEUBEN FOODS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 19-2181-CFC-CJB |
| SHIBUYA HOPPMANN CORP., SHIBUYA KOGYO CO., LTD., and HP HOOD LLC, | ) | |
| Defendants. | ) | |

**~~[PROPOSED]~~ PARTIAL JUDGMENT**

This action came before the Court for a trial by jury between Plaintiff Steuben Foods, Inc. ("Steuben") and Defendants Shibuya Hoppman Corp., Shibuya Kogyo Co., LTD, and HP Hood LLC ("Shibuya").

The Court held a trial before a jury on the claims and counterclaims between Steuben and Shibuya, and the jury rendered its verdict on November, 22, 2021, accompanied by a verdict form (ECF No. 786, unsealed at ECF No. 787). Pursuant to Federal Rules of Civil Procedure 50 and 59 Shibuya moved for Judgment as a Matter of Law or, Alternatively, for a New Trial (ECF No. 795). On March 14, 2023, the Court issued an Opinion (ECF No. 807) and Order (ECF No. 808) holding the asserted patents not infringed as a matter of law and conditionally granting a new trial.

Now, therefore, for the reasons set forth in that Opinion and Order,

Pursuant to Federal Rule of Civil Procedure 54(b), IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Shibuya and against Plaintiff Steuben that:

1. As a matter of law, Shibuya does not infringe claims 3 and 7 of U.S. Patent No. 6,702,985 within the scope of 35 U.S.C. § 271(a), (b), and (c);
2. As a matter of law, Shibuya does not infringe claims 19 and 22 of U.S. Patent No. 6,536,188 within the scope of 35 U.S.C. § 271(a), (b), and (c); and
3. As a matter of law, Shibuya does not infringe claim 26 of U.S. Patent No. 6,209,591 within the scope of 35 U.S.C. § 271(a), (b), and (c).

There is no just reason for delay for entering final judgment as to the infringement liability issues, as doing so minimizes the need for three separate trials on the asserted patents.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 50(c), the Court conditionally grants a new trial regarding the issues of infringement and invalidity of U.S. Patent Nos. 6,702,985, 6,536,188, and 6,209,591, along with any possible damages, if this Partial Judgment with respect to noninfringement is later vacated or reversed.

Dated: 4.5.23

The Honorable Colm F. Connolly
United States District Judge